EXHIBIT

exhibitsticker.com

**From:** Ben Zywicki <BZywicki@frictionlessworld.com>
**Sent:** Monday, June 10, 2013 5:19 PM EDT
**To:** janicejia1983@163.com <janicejia1983@163.com>
**CC:** Dan Banjo <dbanjo@frictionlessworld.com>
**Subject:** RE: FW: 27 ton drawing package 3
**Attachment(s):** "100378 REV B.PDF","100217 REV B.PDF"

Janice,

Please find updated drawings for the 4.5 in cylinder and the 15 inch, 2000lb lifting capacity jack attached. 100217 includes an update to make the mounting bracket 57mm wide. 100378 includes new views showing the stroke of the Jack based on the solidworks model. I will have detail drawings of the jack for you shortly.

Ben Zywicki

---

**From:** Dan Banjo
**Sent:** Monday, June 10, 2013 1:44 PM
**To:** Ben Zywicki
**Subject:** FW: FW: 27 ton drawing package 3

---

**From:** janicejia1983 [**To:** Dan Banjo
**Cc:** 殷格磊
**Subject:** Re: FW: 27 ton drawing package 3

Hi Dan,

You request the width of BRKT,MOUNTING is 50.8mm,we think it's too narrow and will affect the strength,if we can still use 57mm fof it?

There is a drawing of Jack for 28T splitter,it's 100378,could you please get us the stroke,what 's the distance of open and close?

Thanks!

---

janice

---

**From:** Dan Banjo
**Date:** 2013-06-04 22:21
**To:** Janice; Allen
**Subject:** FW: 27 ton drawing package 3

This is corrected. Thanks!

---

**From:** Ben Zywicki
**Sent:** Tuesday, June 04, 2013 8:20 AM
**To:** Dan Banjo
**Subject:** RE: 27 ton drawing package 3

Here is the 2 of 3 folder update.

Ben

---

**From:** Dan Banjo
**Sent:** Tuesday, June 04, 2013 7:40 AM
**To:** janicejia1983
**Cc:** 殷格磊; Ben Zywicki
**Subject:** RE: 27 ton drawing package 3

It should be the shorter one, Rev B. Thanks for catching this. We will revise and re-send.

---

**From:** janicejia1983 [mailto:janicejia1983@163.com]
**Sent:** Tuesday, June 04, 2013 2:38 AM
**To:** Dan Banjo
**Cc:** 殷格磊
**Subject:** Re: 27 ton drawing package 3

Hi Dan,

Please help us to confirm the drawing for 100154.You have adviced us to use short one which version is B,but you got us th today,and we found it's still version A,it's longer.Please confirm which one is correct.

Exhibit 21

Thanks!

---

janice

**From:** Dan Banjo
**Date:** 2013-06-04 04:13
**To:** Janice; Allen
**Subject:** 27 ton drawing package 3

REV B — PART NUMBER: 100217

# 100217: CYLINDER, HYDRAULIC, 4-1/2 IN, F 1/2 NPT

| REVISIONS | | | | |
|---|---|---|---|---|
| REV | DESCRIPTION | DATE | ECN | ECR |
| A | INITIAL RELEASE | 02/28/13 | | |
| B | UPDATED BRKT, MOUNTING FROM 50.8mm TO 57mm | 06/10/13 | | |

| CYLINDER SPECIFICATIONS | |
|---|---|
| PISTON SIZE | 114.3 MM (4.5 IN) |
| ROD SIZE | 44.5 MM (1.75 IN) |
| CYCLINDER STROKE | 609.6 MM (24 IN) |
| MAX OPERATING PRESSURE | 24,132 KPA (3,500 PSI) |
| MIN BURST PRESSURE | 44,815 KPA (7,000 PSI) |
| BURST SAFETY FACTOR | 48,263 KPA / 24,132 KPA = 2 |

| TEST SPECIFICATIONS | | |
|---|---|---|
| TEST ENVIRONMENT | OIL TYPE | 100SUS OR EQV @ 37.7°C (100°F) |
| | OIL TEMPERATURE | 26.6°C - 48.8°C (80°F - 120°F) |
| | SET RELIEF VALVE | 24,132 KPA (3,500 PSI) |

**TEST PROCEDURES:**

1. CYCLE THE CYLINDER FULLY IN BOTH DIRECTIONS AT A PRESSURE OF 24,132 KPA (3,500 PSI), A MINIMUM OF (3) TIMES, ALLOWING THE SYSTEM PASS THROUGH THE RELIEF VALVE WITH THE PORTS IN AN UPRIGHT POSITION TO REMOVE ALL AIR FROM SYSTEM.
2. EXTEND CYLINDER FULLY AND HOLD AT A PRESSURE OF 24,132 KPA (3,500 PSI). INSPECT FOR LEAKS AROUND THE BASE PORT WELD AND END CAP WELD.
3. RETRACT CYLINDER FULL AND HOLD AT A PRESSURE OF 24,132 KPA (3,500 PSI). INSPECT FOR LEAKS AROUND THE GUIDE SEALS, THE ROD, AND ROD END PORT WELD.

***NOTE: ONLY PERFORM THE NEXT TEST IF NO LEAKS ARE FOUND FROM THE PREVIOUS (3) STEPS.***

4. RETRACT CYLINDER, RELIEVE PRESSURE FROM THE EXTEND LINE AND REMOVE THE BASE PORT COUPLING. NOW WITH THE CYLINDER FULLY RETRACTED HOLD AT A PRESSURE OF 24,132 KPA (3,500 PSI) FOR MORE THAN 15 SECONDS AND INSPECT FOR LEAKS AROUND THE PISTON SEAL.
5. IF NO LEAKS ARE OBSERVED DURING THE ABOVE TESTS, DRAIN THE OIL FROM THE CYLINDER AND CAP WITH THREADED PLASTIC PLUGS.

NOTE:
- EXTERNAL LEAKS ARE **NOT** ACCEPTABLE.
- PISTON SEAL LEAKS **NOT** ACCEPTABLE

| DATE STAMP | | | | | | |
|---|---|---|---|---|---|---|
| SAMPLE | YEAR 1ST DIGIT (0-9) | MONTH LETTER (A-L) | DAY OF MONTH 2 DIGITS (01-31) | SEQUENCE (0001-9999) | YEAR 2ND DIGIT (0-9) | DATE STAMP NUMBER |
| 99TH UNIT ON 04/02/2012 | 1 | D | 02 | 0099 | 2 | 1D0200992 |
| 325TH UNIT ON 10/03/2012 | 1 | J | 03 | 0325 | 2 | 1J0303252 |

823.1
75.0
644.5
56.2
27.0
A
DATE STAMP
45°
R10 TYP
2 X 1/2 NPT
⌵ Ø 22.2 X 90°, Near Side
ADD DATE STAMP
TO OUTSIDE OF CLEVIS.
Ø 26.5
Ø 44.5
Ø 14.0
DETAIL A
SCALE 1 : 2

MATERIAL SUBSTITUTIONS ARE ALLOWED PER EQUIVALENTS AS SPECIFIED IN THE ASM INTERNATIONAL, WORLDWIDE GUIDE TO EQUIVALENT IRONS AND STEELS

**PROPRIETARY AND CONFIDENTIAL**

THE INFORMATION CONTAINED IN THIS DRAWING IS THE SOLE PROPERTY OF FRICTIONLESS WORLD, LLC. ANY REPRODUCTION IN PART OR AS A WHOLE WITHOUT THE WRITTEN PERMISSION OF FRICTIONLESS WORLD, LLC. IS PROHIBITED.

UNLESS OTHERWISE SPECIFIED DIMENSIONS ARE IN MM
TOLERANCES:
ANGLE ± 2° X ± 2.5; X.X ± 0.5; X.XX ± 0.25
BREAK ALL SHARP EDGES

| ENG APPR: | -- | DATE | -- |
|---|---|---|---|
| DRAWN BY: | BZ | DATE | 06/10/13 |

WEIGHT: 29.06 KG
FINISH: PAINTED BLACK, SEE DWG 100017
MATERIAL: --

FrictionlessWorld

TITLE: CYLINDER, HYDRAULIC, 4-1/2 IN, F 1/2 NPT

| SIZE | PART NUMBER: | REV |
|---|---|---|
| A | 100217 | B |
| SCALE: 1:5 | INITIAL ECN: | SHEET 1 OF 2 |

SHEET FORMAT REV A

PART NUMBER: 100217
REV B
100217: CYLINDER, HYDRAULIC, 4-1/2 IN, F 1/2 NPT
22.0
B
DATE STAMP
103.5
28.5
15.0
57.0
B
45°
DATE STAMP
⌀26.5
DETAIL B
SCALE 2 : 5
MATERIAL SUBSTITUTIONS ARE ALLOWED PER EQUIVALENTS AS SPECIFIED IN THE ASM INTERNATIONAL, WORLDWIDE GUIDE TO EQUIVALENT IRONS AND STEELS
PROPRIETARY AND CONFIDENTIAL
THE INFORMATION CONTAINED IN THIS DRAWING IS THE SOLE PROPERTY OF FRICTIONLESS WORLD, LLC. ANY REPRODUCTION IN PART OR AS A WHOLE WITHOUT THE WRITTEN PERMISSION OF FRICTIONLESS WORLD, LLC. IS PROHIBITED.
UNLESS OTHERWISE SPECIFIED DIMENSIONS ARE IN MM
TOLERANCES:
ANGLE ± 2°
X ± 2.5
X.X ± 0.5
X.XX ± 0.25
BREAK ALL SHARP EDGES
ENG APPR: -- DATE --
DRAWN BY: BZ DATE 06/10/13
WEIGHT: 29.06 KG
FINISH PAINTED BLACK, SEE DWG 100017
MATERIAL --
FrictionlessWorld
TITLE: CYLINDER, HYDRAULIC, 4-1/2 IN, F 1/2 NPT
SIZE A
PART NUMBER: 100217
REV B
SCALE: 1:5
INITIAL ECN:
SHEET 2 OF 2
SHEET FORMAT REV A

100378: ASSY, JACK, SCREW, 2T
PART NUMBER: 100378
REV B
REVISIONS
REV | DESCRIPTION | DATE | ECN | ECR
A | INITIAL RELEASE | 06/03/2013
B | ADDED VIEW FOR STROKE LENGTH | 06/10/2013
( 802.1 )
( 405.4 )
STROKE LENGTH: 396.8mm
MATERIAL SUBSTITUTIONS ARE ALLOWED PER EQUIVALENTS AS SPECIFIED IN THE ASM INTERNATIONAL, WORLDWIDE GUIDE TO EQUIVALENT IRONS AND STEELS
PROPRIETARY AND CONFIDENTIAL
THE INFORMATION CONTAINED IN THIS DRAWING IS THE SOLE PROPERTY OF FRICTIONLESS WORLD, LLC. ANY REPRODUCTION IN PART OR AS A WHOLE WITHOUT THE WRITTEN PERMISSION OF FRICTIONLESS WORLD, LLC. IS PROHIBITED.
UNLESS OTHERWISE SPECIFIED DIMENSIONS ARE IN MM
TOLERANCES:
ANGLE ± 2° X ± 2.5 X.X ± 0.5 X.XX ± 0.25
BREAK ALL SHARP EDGES
ENG APPR: -- DATE --
DRAWN BY: BZ DATE 06/10/13
WEIGHT: 2.1 KG
FINISH --
MATERIAL --
FrictionlessWorld
TITLE: ASSY, JACK, SCREW, 2T
SIZE A
PART NUMBER: 100378
REV B
SCALE: 1:10
INITIAL ECN: --
SHEET 1 OF 1
SHEET FORMAT REV A

| ITEM NO. | PART NUMBER | DESCRIPTION | QTY. |
|---|---|---|---|
| 1 | 100368 | WLDMNT, JACK, TUBE, BODY, 2T | 1 |
| 2 | 100377 | WLDMNT, JACK, TUBE LOWER, 2T | 1 |
| 3 | 100076 | ROD, LOCK PIN, TONGUE STAND | 1 |
| 4 | 100079 | SPRING, COMPRESSION, LOCK PIN | 1 |
| 5 | 100077 | FSTNR, FLAT WASHER, 1/2IN | 1 |
| 6 | 100149 | FSTNR, SLOTTED SPRING PIN, 1/4IN X 1-1/2IN | 1 |
| 7 | 100373 | ASSY, JACK, HANDLE, 2K | 1 |
| 8 | 100376 | ROD, SCREW, JACK, 2T | 1 |
| 9 | 100380 | ROD, NUT, JACK, 2T | 1 |
| 10 | 100381 | ROD, SPACER, JACK, 2T | 1 |
| 11 | 100383 | ROD, CAPTURE SPACER, JACK, 2T | 1 |
| 12 | 100382 | ASSY, BEARING, JACK, 2T | 1 |
| 13 | 100384 | ROD, SPACER, 1-1/4IN OD, JACK, 2T | 1 |
| 14 | 100386 | ROD, GEAR, SCREW, JACK, 2T | 1 |
| 15 | 100387 | ROD, GEAR, HANDLE, JACK, 2T | 1 |
| 16 | 100389 | ROD, BUSHING, HANDLE, JACK, 2T | 1 |
| 17 | 100388 | ROD, PIN, GEAR, HANDLE, JACK, 2T | 1 |
| 18 | 100385 | ROD, PIN, GEAR, SCREW, JACK, 2T | 1 |
| 19 | 100074 | END CAP, TONGUE STAND | 1 |

EXHIBIT

2

exhibitsticker.com

**From:** Ben Zywicki <BZywicki@frictionlessworld.com>
**Sent:** Friday, August 30, 2013 6:01 PM EDT
**To:** janicejia1983@163.com <janicejia1983@163.com>
**CC:** Allen (yingelei@sina.com) <yingelei@sina.com>; Dan Banjo <dbanjo@frictionlessworld.com>
**Subject:** Opening Price Point 22 Ton Log Splitter
**Attachment(s):** "OPP Weldments.zip"

Janice,

As I am sure you have heard, we are designing an OPP, opening price point, 22 Ton Log splitter that is more simply designed and more cost effective. I have attached weldment packages for the OPP Beam, OPP Tank, and OPP Log Catcher. Could you please quote these and provide feedback on them? As an alternative, please also quote the OPP Beam Powder Coated Black. The OPP unit is meant to be lighter weight and strong enough for only a 22 Ton unit.

More drawings for the entire unit with packaging will be coming shortly.

Thanks,

**Benjamin Zywicki**
Design Engineer

720-287-5182 ext 106 (Office)
719-650-3604 (Cell)
720-287-5172 (Fax)

bzywicki@frictionlessworld.com
www.frictionlessworld.com

_
_

_

*The message you received and any attachments (the "Message") may contain confidential, proprietary or privileged information and are only for their intended recipient(s). Do not, directly or indirectly, use, disseminate, distribute, alter or copy the Message. If you have received this message in error, you are prohibited from copying, distributing, or using the information. Please contact the sender immediately by return e-mail and delete the original message from your system.*

# Project: CIU

## New Product Development (NPD) and Direct Import (DI) Initiative for CIU

# 2012-2014 Project Proposal

2/20/2012

Exhibit 22

# Contents

- Get an update from Mr Li on the “Summit”
- Update Long Term Blount Plan for CIU
- Update Long Term Blount Plan for CZ office
- Plans to leave SpeeCo
- Project#1: Short Term Cost Adjustments
- Project#2: Develop product directly for CIU by DB/SV
- Project#3: Give CIU non-SpeeCo business
- Project#4: Invest in Retail Tool Company
- Timeline
- Summary
- Next Steps

# Mr Li’s thoughts on the “Summit”

- What did Mr Li think of the people that were here earlier in the month?
- Does he believe what is being told to him?
- Does he like working with them?
- Does he trust them?

# Update Long Term Blount Plan for CIU

- Blount wants to develop and improve CIU in the short term. They are investing a lot of time and money to do this now.
- Long term, over the next few years, CIU will probably lose most of the SpeeCo business.
- Blounts plan is to build a manufacturing facility in Suzhou in a trade free zone.
- Log Splitters will be assembled there or in KC.
- The next generation SpeedPro will be made in the USA and partially sourced in the USA.
- Blount does not have a long term commitment to CIU, in fact it is our belief that they want "out" as soon as possible.
- No loyalty to anyone, lots of over head.

# Update Long Term Blount Plan for CZ Office

- Over the next year as the Suzhou office gets up and running the CZ office will probably be closed.

- The Blount supply team has no respect for LiShan or the CZ office employees.

- They would rather build their own office with their own people.

# Plans to leave SpeeCo

- Dan will leave SpeeCo to work part time on a consulting job for another company April 2nd.
- Steve would like to leave at this same time if we can get some of the projects supported by Mr Li.
- Dan and Steve would like to partner with CIU on several projects which are shown later in this presentation.

# Project#1: Short Term Cost Adjustments & Plans w/ Blount

- DO NOT sign anything that Blount has given CIU.
- Adjust prices to Blount up 5-10% effective May 1st. Dan and Steve can review the parts to move up.
- This will result in $2 to $3 million more profit for CIU. Use some of this money to invest on other projects.
- Keep accepting the "help" from Blount. Take their suggestions seriously as some of them will really help make CIU a better facility.
- Do not do anything to stop flowing parts or product to Blount. Keep this business running as usual, just know that they do not have your best interest in mind.
- Do not take on any new projects with Blount, have Steve/Dan sell these directly for CIU.

# Project#2: Develop product directly for CIU

- Steve / Dan would like to partner with CIU to develop product directly for the US market.

- Develop Log Splitters first.

- Share development costs with Mr Li.

# Project#3: Give CIU non-SpeeCo business

- Company Dan is going to consult with will want to visit CIU in May.

- Dan will be giving CIU many new parts to quote.

- Opportunity to assemble whole goods for this company in a separate factory.

- Could be $1 to $5 million of business for CIU.

- No benefit for Dan.

# Project#4: Invest in Retail Tool Company

- See Presentation.
- $9 Million investment for 35% of the company.
- Long term objective is to have 300 retail stores across the country and be a $1 Billion company.
- Ability to move to the US.
- Steve and Dan both invested in this company.
- Dan will be head of Merchandising.
- 5 year investment.  $9 million should be worth 36 million in 5 years

# Project #5 – 22 Ton Log Splitter

- Private label and develop direct.
- Patented design exclusive for TSC.
- Conform to new EPA regulations.
- Savings to TSC $180 per unit.  Estimated total potential volume 26,000/year based on 2011 sales.
- $4.7 million savings per year.
- Option #1
  - Start project at month 13
  - Launch the project at month 24
  - Ramp to full volume at month 36



# Project: IRVA Tool

3 Year Proposal with Financial Analysis

Daniel Banjo
5/28/2012





# Contents

- Deliverables
- Fiscal analysis
- Timeline
- Summary
- Next Steps





# Deliverables

- After Mr Li's trip to Colorado Dan agreed to:
  - Perform a financial analysis of different options and present them to Mr Li and the founding members.
  - Recommend a course of action.
  - Create a timeline with goals and objectives.
  - Update on what has been done and what needs to be done.





# Financial Analysis

- Projected 4 scenarios

  1. What happens if we grow to 15% the size of SpeeCo in 3 years.

  2. What happens if we grow to 25% the size of SpeeCo in 3 years.

  3. What happens if we grow to 50% the size of SpeeCo in 3 years.

  4. What happens if we grow to 75% the size of SpeeCo in 3 years.





# Financial Analysis

- For each scenario projected the following:
  - # of employees and salary's
  - Revenue on a monthly and yearly basis
  - Profit on a monthly and yearly basis
  - Costs associated with growth
  - Fixed and variable costs
  - Profit as a percentage of sales
  - How much Mr Li would need to invest monthly until the company supported itself





# Financial Analysis

- For purposes of this analysis 4 categories were created:

    1. Log Splitters
    2. Post Hole Diggers
    3. OE Parts
    4. Parts and Accessories (fencing, gates, etc.)





# Financial Analysis - scenario

- See spreadsheet for details of the 15%, 25%, 50%, and 75% projections
- Spreadsheet details: hiring, sales, expenses, profits, etc. all by month for the first 36 months.

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | SUM YEAR 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6/1/2012 | 7/1/2012 | 8/1/2012 | 9/1/2012 | 10/1/2012 | 11/1/2012 | 12/1/2012 | 1/1/2013 | 2/1/2013 | 3/1/2013 | 4/1/2013 | 5/1/2013 | |
| | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | |
| Fixed Personnel Costs | | | | | | | | | | | | | |
| Dan Banjo | $9,500 | $9,500 | $9,500 | $9,500 | $9,500 | $9,500 | $9,500 | $9,500 | $9,500 | $9,500 | $9,500 | $9,500 | $114,000 |
| General Manager | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| New Product Development Engineer (Will or Jon) | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $66,000 |
| Customer Service | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $25,000 |
| Design Engineer | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $25,000 |
| Marketing and advertising | $0 | $0 | $0 | $0 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $12,000 |
| Sourcing Engineer (Steve V) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sr. Sales Manager (Tom J) | $0 | $0 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $90,000 |
| Jr. Sales Manager (Kevin K) | $0 | $0 | $6,600 | $6,600 | $6,600 | $6,600 | $6,600 | $6,600 | $6,600 | $6,600 | $6,600 | $6,600 | $66,000 |
| Office assistant | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,800 | $2,800 | $2,800 | $8,400 |
| Supply Chain manager | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $30,000 |
| Buyer/Planner | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Warehouse Manager | $0 | $0 | $0 | $0 | $0 | $0 | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $33,000 |
| Warehouse workers | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $20,000 |
| IT Engineer | $0 | $0 | $0 | $0 | $0 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $3,000 | $15,000 |
| Accounting | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $500 | $500 | $750 | $1,000 | $1,000 | $3,750 |
| HR administrator | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Employment taxes / Healthcare (State and Federal) | $4,800 | $4,800 | $9,792 | $9,792 | $10,272 | $10,912 | $12,672 | $19,232 | $19,232 | $20,208 | $20,288 | $20,608 | $162,608 |
| SUM of Personnel Costs (monthly) | $19,800 | $19,800 | $40,392 | $40,392 | $42,372 | $45,012 | $52,272 | $79,332 | $79,332 | $83,358 | $83,688 | $85,008 | $670,758 |
| SUM of Personnel Costs (extrapolated yearly) | $237,600 | $237,600 | $484,704 | $484,704 | $508,464 | $540,144 | $627,264 | $951,984 | $951,984 | $1,000,296 | $1,004,256 | $1,020,096 | |
| Fixed and Variable Costs EXCLUDING Personnel | | | | | | | | | | | | | |
| Start up office Dan has now | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $0 | $0 | $0 | $0 | $0 | $0 | $6,000 |
| Company offices and small starting warehouse | $0 | $0 | $0 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $99,000 |
| Primary warehouse in Denver | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Utilities monthly | $500 | $500 | $500 | $500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $14,000 |
| General office expenses (phones, fax, copier, internet) yearly | $500 | $500 | $500 | $500 | $800 | $800 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $9,600 |
| BCAD maintenance fees recurring yearly at 2.5k /each | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,000 | $0 | $0 | $0 | $0 | $5,000 |
| Insurance on liability and space, equipment and product sold | $0 | $0 | $0 | $0 | $500 | $500 | $500 | $500 | $500 | $2,000 | $2,000 | $2,000 | $8,500 |
| Travel international per year @ 4K / week | $1,500 | $8,000 | $8,000 | $3,500 | $3,500 | $2,500 | $2,500 | $2,500 | $3,500 | $5,000 | $5,000 | $5,000 | $50,500 |
| Domestic travel to sell and launch product | $500 | $1,500 | $1,500 | $1,500 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $45,000 |
| Samples from suppliers yearly (assumed to be free from CIU) | $0 | $0 | $0 | $0 | $0 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $3,500 |
| Air Freight (lbs. of freight per year @ $4/lb.) (assumed free from CIU) | $0 | $0 | $0 | $0 | $0 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $3,500 |
| Ship samples to customer domestically | $0 | $0 | $0 | $0 | $3,000 | $2,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $11,000 |
| Legal/Patent work | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $18,000 |
| Outside material tests and analysis | $0 | $0 | $0 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $3,150 |
| ERP Computer System | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $10,000 | $10,000 | $10,000 | $0 | $0 | $30,000 |
| SUM of Fixed & Variable Costs EXCLUDING Personnel (monthly) | $5,500 | $13,000 | $13,000 | $19,850 | $28,150 | $27,150 | $25,350 | $40,350 | $36,350 | $39,350 | $29,350 | $29,350 | $306,750 |
| SUM of Fixed & Variable Costs EXCLUDING Personnel (extrapolated yearly) | $66,000 | $156,000 | $156,000 | $238,200 | $337,800 | $325,800 | $304,200 | $484,200 | $436,200 | $472,200 | $352,200 | $352,200 | |
| Start Up / Growing Costs | | | | | | | | | | | | | |
| Used desks, phone, chairs | $1,500 | $0 | $0 | $0 | $10,000 | $1,000 | $1,000 | $250 | $250 | $250 | $250 | $250 | $14,750 |
| Computers, high end CAD computers at 4k/ea. | $6,000 | $5,000 | $1,500 | $0 | $0 | $5,000 | $3,000 | $5,000 | $2,000 | $0 | $0 | $0 | $27,500 |
| Solidworks licenses at 7,500/each | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $7,500 | $7,500 | $0 | $0 | $0 | $15,000 |
| Warehouse shipping equipment | $0 | $0 | $0 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $4,500 |
| Forklifts | $0 | $0 | $0 | $7,500 | $0 | $0 | $0 | $0 | $0 | $0 | $7,500 | $0 | $15,000 |
| Trade shows | $0 | $0 | $0 | $0 | $0 | $5,000 | $0 | $3,500 | $3,000 | $3,000 | $3,000 | $0 | $17,500 |
| SUM of Start Up / Growing Costs (monthly) | $7,500 | $5,000 | $1,500 | $8,000 | $10,500 | $11,500 | $4,500 | $16,750 | $13,250 | $3,750 | $11,250 | $750 | $94,250 |
| **Monthly Sum of Expenses** | **$32,800** | **$37,800** | **$54,892** | **$68,242** | **$81,022** | **$83,662** | **$82,122** | **$136,432** | **$128,932** | **$126,458** | **$124,288** | **$115,108** | **$1,071,758** |
| **Profit / Loss per month** | | | | | | | | | | | | | |
| Estimated OE sales | $0 | $0 | $0 | $0 | $25,000 | $50,000 | $75,000 | $100,000 | $100,000 | $125,000 | $125,000 | $125,000 | $725,000 |
| Estimated OE Profit (not including OH) 40% | $0 | $0 | $0 | $0 | $10,000 | $20,000 | $30,000 | $40,000 | $40,000 | $50,000 | $50,000 | $50,000 | $290,000 |
| Estimated log splitter sales | $0 | $0 | $0 | $0 | $0 | $0 | $10,000 | $10,000 | $10,000 | $100,000 | $300,000 | $400,000 | $830,000 |
| Estimated log splitter profit (not including OH) 32% | $0 | $0 | $0 | $0 | $0 | $0 | $3,200 | $3,200 | $3,200 | $32,000 | $96,000 | $128,000 | $265,600 |
| Estimated PHD sales | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $60,000 | $80,000 | $150,000 | $150,000 | $90,000 | $530,000 |
| Estimated PHD profit (not including OH) 40% | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $24,000 | $32,000 | $60,000 | $60,000 | $36,000 | $212,000 |
| Estimated parts and accessories | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $15,000 | $25,000 | $75,000 | $75,000 | $10,000 | $200,000 |
| Estimated parts and accessories profit (not including OH) 35% | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,250 | $8,750 | $26,250 | $26,250 | $3,500 | $70,000 |
| **Profit on sales per month** | **$0** | **$0** | **$0** | **$0** | **$10,000** | **$20,000** | **$33,200** | **$72,450** | **$83,950** | **$168,250** | **$232,250** | **$217,500** | **$837,600** |
| **Net Profit/Loss for the company** | **-$32,800** | **-$37,800** | **-$54,892** | **-$68,242** | **-$71,022** | **-$63,662** | **-$48,922** | **-$63,982** | **-$44,982** | **$41,792** | **$107,962** | **$102,392** | **-$234,158** |
| | | | | | | | | | | | | | |
| Yearly Revenue for the Company | | | | | | | | | | | | | **$2,285,000** |
| Profit as a % of sales | | | | | | | | | | | | | **-10.2%** |
| | | | | | | | | | | | | | |
| Amount Mr Li would need to wire Monthly | $33,000 | $38,000 | $55,000 | $69,000 | $71,000 | $64,000 | $49,000 | $64,000 | $45,000 | $20,000 | $20,000 | $20,000 | **$548,000** |

| | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 | SUM YEAR 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6/1/2013 | 7/1/2013 | 8/1/2013 | 9/1/2013 | 10/1/2013 | 11/1/2013 | 12/1/2013 | 1/1/2014 | 2/1/2014 | 3/1/2014 | 4/1/2014 | 5/1/2014 | |
| | Year 2 | Year 2 | Year 2 | Year 2 | Year 2 | Year 2 | Year 2 | Year 2 | Year 2 | Year 2 | Year 2 | Year 2 | |
| Fixed Personnel Costs | | | | | | | | | | | | | |
| Dan Banjo | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $120,000 |
| General Manager | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $90,000 |
| New Product Development Engineer (Will or Jon) | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $72,000 |
| Customer Service | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $180,000 |
| Design Engineer | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $120,000 |
| Marketing and advertising | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $71,000 |
| Sourcing Engineer (Steve V) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sr. Sales Manager (Tom J) | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $108,000 |
| Jr. Sales Manager (Kevin K) | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $144,000 |
| Office assistant | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $42,000 |
| Supply Chain manager | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $84,000 |
| Buyer/Planner | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $132,000 |
| Warehouse Manager | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $72,000 |
| Warehouse workers | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $240,000 |
| IT Engineer | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $102,000 |
| Accounting | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $156,000 |
| HR administrator | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $72,000 |
| Employment taxes / Healthcare (State and Federal) | $46,720 | $46,720 | $46,720 | $46,720 | $46,720 | $46,720 | $47,680 | $49,920 | $49,920 | $49,920 | $49,920 | $49,920 | $577,600 |
| SUM of Personnel Costs (monthly) | $192,720 | $192,720 | $192,720 | $192,720 | $192,720 | $192,720 | $196,680 | $205,920 | $205,920 | $205,920 | $205,920 | $205,920 | $2,382,600 |
| SUM of Personnel Costs (extrapolated yearly) | $2,312,640 | $2,312,640 | $2,312,640 | $2,312,640 | $2,312,640 | $2,312,640 | $2,360,160 | $2,471,040 | $2,471,040 | $2,471,040 | $2,471,040 | $2,471,040 | |
| Fixed and Variable Costs EXCLUDING Personnel | | | | | | | | | | | | | |
| Start up office Dan has now | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Company offices and small starting warehouse | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $132,000 |
| Primary warehouse in Denver | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $300,000 |
| Utilities monthly | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $48,000 |
| General office expenses (phones, fax, copier, internet) yearly | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $36,000 |
| BCAD maintenance fees recurring yearly at 2.5k /each | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,000 | $0 | $0 | $0 | $0 | $5,000 |
| Insurance on liability and space, equipment and product sold | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $60,000 |
| Travel international per year @ 4K / week | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $60,000 |
| Domestic travel to sell and launch product | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $96,000 |
| Samples from suppliers yearly (assumed to be free from CIU) | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $18,000 |
| Air Freight (lbs. of freight per year @ $4/lb.) (assumed free from CIU) | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $18,000 |
| Ship samples to customer domestically | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $24,000 |
| Legal/Patent work | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $36,000 |
| Outside material tests and analysis | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $4,200 |
| ERP Computer System | $10,000 | $10,000 | $10,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $39,000 |
| SUM of Fixed & Variable Costs EXCLUDING Personnel (monthly) | $79,350 | $79,350 | $79,350 | $70,350 | $70,350 | $70,350 | $70,350 | $75,350 | $70,350 | $70,350 | $70,350 | $70,350 | $876,200 |
| SUM of Fixed & Variable Costs EXCLUDING Personnel (extrapolated yearly) | $952,200 | $952,200 | $952,200 | $844,200 | $844,200 | $844,200 | $844,200 | $904,200 | $844,200 | $844,200 | $844,200 | $844,200 | |
| Start Up / Growing Costs | | | | | | | | | | | | | |
| Used desks, phone, chairs | $3,000 | $5,000 | $1,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $9,000 |
| Computers, high end CAD computers at 4k/ea. | $2,500 | $2,500 | $1,000 | $1,000 | $1,000 | $5,000 | $0 | $0 | $0 | $0 | $1,000 | $1,000 | $15,000 |
| Solidworks licenses at 7,500/each | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $7,500 | $0 | $0 | $0 | $0 | $7,500 |
| Warehouse shipping equipment | $10,000 | $2,000 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $37,000 |
| Forklifts | $0 | $0 | $7,500 | $0 | $0 | $0 | $0 | $0 | $0 | $7,500 | $0 | $0 | $15,000 |
| Trade shows | $0 | $0 | $1,000 | $5,000 | $5,000 | $5,000 | $0 | $5,000 | $3,000 | $5,000 | $5,000 | $3,000 | $37,000 |
| SUM of Start Up / Growing Costs (monthly) | $15,500 | $9,500 | $13,000 | $8,500 | $8,500 | $12,500 | $2,500 | $15,000 | $5,500 | $15,000 | $8,500 | $6,500 | $120,500 |
| **Monthly Sum of Expenses** | **$287,570** | **$281,570** | **$285,070** | **$271,570** | **$271,570** | **$275,570** | **$269,530** | **$296,270** | **$281,770** | **$291,270** | **$284,770** | **$282,770** | **$3,379,300** |
| **Profit / Loss per month** | | | | | | | | | | | | | |
| Estimated OE sales | $200,000 | $200,000 | $200,000 | $200,000 | $200,000 | $200,000 | $150,000 | $350,000 | $350,000 | $450,000 | $500,000 | $550,000 | $3,550,000 |
| Estimated OE Profit (not including OH) 40% | $80,000 | $80,000 | $80,000 | $80,000 | $80,000 | $80,000 | $60,000 | $140,000 | $140,000 | $180,000 | $200,000 | $220,000 | $1,420,000 |
| Estimated log splitter sales | $600,000 | $2,000,000 | $2,000,000 | $2,000,000 | $2,000,000 | $400,000 | $200,000 | $200,000 | $200,000 | $300,000 | $750,000 | $1,750,000 | $12,400,000 |
| Estimated log splitter profit (not including OH) 32% | $192,000 | $640,000 | $640,000 | $640,000 | $640,000 | $128,000 | $64,000 | $64,000 | $64,000 | $96,000 | $240,000 | $560,000 | $3,968,000 |
| Estimated PHD sales | $100,000 | $100,000 | $100,000 | $20,000 | $20,000 | $20,000 | $20,000 | $125,000 | $400,000 | $600,000 | $600,000 | $600,000 | $2,705,000 |
| Estimated PHD profit (not including OH) 40% | $40,000 | $40,000 | $40,000 | $8,000 | $8,000 | $8,000 | $8,000 | $50,000 | $160,000 | $240,000 | $240,000 | $240,000 | $1,082,000 |
| Estimated parts and accessories | $75,000 | $75,000 | $75,000 | $75,000 | $100,000 | $250,000 | $200,000 | $200,000 | $500,000 | $500,000 | $500,000 | $500,000 | $3,050,000 |
| Estimated parts and accessories profit (not including OH) 35% | $26,250 | $26,250 | $26,250 | $26,250 | $35,000 | $87,500 | $70,000 | $70,000 | $175,000 | $175,000 | $175,000 | $175,000 | $1,067,500 |
| **Profit on sales per month** | **$338,250** | **$786,250** | **$786,250** | **$754,250** | **$763,000** | **$303,500** | **$202,000** | **$324,000** | **$539,000** | **$691,000** | **$855,000** | **$1,195,000** | **$7,537,500** |
| **Net Profit/Loss for the company** | **$50,680** | **$504,680** | **$501,180** | **$482,680** | **$491,430** | **$27,930** | **-$67,530** | **$27,730** | **$257,230** | **$399,730** | **$570,230** | **$912,230** | **$4,158,200** |
| | | | | | | | | | | | | | |
| Yearly Revenue for the Company | | | | | | | | | | | | | **$21,705,000** |
| Profit as a % of sales | | | | | | | | | | | | | **19.2%** |
| | | | | | | | | | | | | | |
| Amount Mr Li would need to wire Monthly | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |

| | Month 25 | Month 26 | Month 27 | Month 28 | Month 29 | Month 30 | Month 31 | Month 32 | Month 33 | Month 34 | Month 35 | Month 36 | SUM YEAR 3 | Employees in each dept @ year 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6/1/2014 | 7/1/2014 | 8/1/2014 | 9/1/2014 | 10/1/2014 | 11/1/2014 | 12/1/2014 | 1/1/2015 | 2/1/2015 | 3/1/2015 | 4/1/2015 | 5/1/2015 | | |
| | Year 3 | Year 3 | Year 3 | Year 3 | Year 3 | Year 3 | Year 3 | Year 3 | Year 3 | Year 3 | Year 3 | Year 3 | | |
| Fixed Personnel Costs | | | | | | | | | | | | | | |
| Dan Banjo | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $132,000 | 1 |
| General Manager | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $96,000 | 1 |
| New Product Development Engineer (Will or Jon) | $7,200 | $7,200 | $7,200 | $7,200 | $7,200 | $7,200 | $7,200 | $7,200 | $7,200 | $7,200 | $7,200 | $7,200 | $86,400 | 1 |
| Customer Service | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $300,000 | 4 |
| Design Engineer | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $216,000 | 3 |
| Marketing and advertising | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $132,000 | 2 |
| Sourcing Engineer (Steve V) | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $102,000 | 1 |
| Sr. Sales Manager (Tom J) | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $108,000 | 1 |
| Jr. Sales Manager (Kevin K) | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $264,000 | 3 |
| Office assistant | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $48,000 | 1 |
| Supply Chain manager | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $78,000 | 1 |
| Buyer/Planner | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 | $204,000 | 3 |
| Warehouse Manager | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $156,000 | 2 |
| Warehouse workers | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $720,000 | 13 |
| IT Engineer | $14,000 | $14,000 | $14,000 | $14,000 | $14,000 | $14,000 | $14,000 | $14,000 | $14,000 | $14,000 | $14,000 | $14,000 | $168,000 | 2 |
| Accounting | $23,000 | $23,000 | $23,000 | $23,000 | $23,000 | $23,000 | $23,000 | $23,000 | $23,000 | $23,000 | $23,000 | $23,000 | $276,000 | 4 |
| HR administrator | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $78,000 | 1 |
| Employment taxes / Healthcare (State and Federal) | $84,384 | $84,384 | $84,384 | $84,384 | $84,384 | $84,384 | $84,384 | $84,384 | $84,384 | $84,384 | $84,384 | $84,384 | $1,012,608 | |
| SUM of Personnel Costs (monthly) | $348,084 | $348,084 | $348,084 | $348,084 | $348,084 | $348,084 | $348,084 | $348,084 | $348,084 | $348,084 | $348,084 | $348,084 | $4,177,008 | Total Employees 44 |
| SUM of Personnel Costs (extrapolated yearly) | $4,177,008 | $4,177,008 | $4,177,008 | $4,177,008 | $4,177,008 | $4,177,008 | $4,177,008 | $4,177,008 | $4,177,008 | $4,177,008 | $4,177,008 | $4,177,008 | | |
| Fixed and Variable Costs EXCLUDING Personnel | | | | | | | | | | | | | | |
| Start up office Dan has now | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Company offices and small starting warehouse | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $132,000 | |
| Primary warehouse in Denver | $35,000 | $35,000 | $35,000 | $35,000 | $35,000 | $35,000 | $35,000 | $35,000 | $35,000 | $35,000 | $35,000 | $35,000 | $420,000 | |
| Utilities monthly | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $60,000 | |
| General office expenses (phones, fax, copier, internet) yearly | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $42,000 | |
| BCAD maintenance fees recurring yearly at 2.5k /each | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $7,500 | $0 | $0 | $0 | $0 | $7,500 | |
| Insurance on liability and space, equipment and product sold | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $102,000 | |
| Travel international per year @ 4K / week | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $96,000 | |
| Domestic travel to sell and launch product | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $120,000 | |
| Samples from suppliers yearly (assumed to be free from CIU) | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $30,000 | |
| Air Freight (lbs. of freight per year @ $4/lb.) (assumed free from CIU) | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $30,000 | |
| Ship samples to customer domestically | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $42,000 | |
| Legal/Patent work | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $54,000 | |
| Outside material tests and analysis | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $18,000 | |
| ERP Computer System | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $24,000 | |
| SUM of Fixed & Variable Costs EXCLUDING Personnel (monthly) | $97,500 | $97,500 | $97,500 | $97,500 | $97,500 | $97,500 | $97,500 | $105,000 | $97,500 | $97,500 | $97,500 | $97,500 | $1,177,500 | |
| SUM of Fixed & Variable Costs EXCLUDING Personnel (extrapolated yearly) | $1,170,000 | $1,170,000 | $1,170,000 | $1,170,000 | $1,170,000 | $1,170,000 | $1,170,000 | $1,260,000 | $1,170,000 | $1,170,000 | $1,170,000 | $1,170,000 | | |
| Start Up / Growing Costs | | | | | | | | | | | | | | |
| Used desks, phone, chairs | $250 | $5,000 | $1,000 | $500 | $1,000 | $1,000 | $1,000 | $1,000 | $0 | $0 | $0 | $0 | $10,750 | |
| Computers, high end CAD computers at 4k/ea. | $1,000 | $2,500 | $1,000 | $1,000 | $1,000 | $5,000 | $500 | $500 | $500 | $500 | $500 | $500 | $14,500 | |
| Solidworks licenses at 7,500/each | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $7,500 | $0 | $0 | $0 | $0 | $7,500 | |
| Warehouse shipping equipment | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $42,000 | |
| Forklifts | $0 | $0 | $7,500 | $0 | $0 | $7,500 | $0 | $0 | $0 | $7,500 | $0 | $0 | $22,500 | |
| Trade shows | $0 | $0 | $1,000 | $5,000 | $5,000 | $5,000 | $0 | $5,000 | $3,000 | $5,000 | $5,000 | $3,000 | $37,000 | |
| SUM of Start Up / Growing Costs (monthly) | $4,750 | $11,000 | $14,000 | $10,000 | $10,500 | $22,000 | $5,000 | $17,500 | $7,000 | $16,500 | $9,000 | $7,000 | $134,250 | |
| **Monthly Sum of Expenses** | **$450,334** | **$456,584** | **$459,584** | **$455,584** | **$456,084** | **$467,584** | **$450,584** | **$470,584** | **$452,584** | **$462,084** | **$454,584** | **$452,584** | **$5,488,758** | |
| **Profit / Loss per month** | | | | | | | | | | | | | | |
| Estimated OE sales | $650,000 | $650,000 | $650,000 | $650,000 | $650,000 | $500,000 | $500,000 | $500,000 | $650,000 | $650,000 | $650,000 | $650,000 | $7,350,000 | |
| Estimated OE Profit (not including OH) 40% | $260,000 | $260,000 | $260,000 | $260,000 | $260,000 | $200,000 | $200,000 | $200,000 | $260,000 | $260,000 | $260,000 | $260,000 | $2,940,000 | |
| Estimated log splitter sales | $3,500,000 | $4,000,000 | $4,000,000 | $5,000,000 | $4,500,000 | $2,000,000 | $750,000 | $750,000 | $750,000 | $750,000 | $1,250,000 | $2,000,000 | $29,250,000 | |
| Estimated log splitter profit (not including OH) 32% | $1,120,000 | $1,280,000 | $1,280,000 | $1,600,000 | $1,440,000 | $640,000 | $240,000 | $240,000 | $240,000 | $240,000 | $400,000 | $640,000 | $9,360,000 | |
| Estimated PHD sales | $250,000 | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $250,000 | $750,000 | $1,000,000 | $1,000,000 | $400,000 | $3,950,000 | |
| Estimated PHD profit (not including OH) 40% | $100,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $100,000 | $300,000 | $400,000 | $400,000 | $160,000 | $1,580,000 | |
| Estimated parts and accessories | $750,000 | $750,000 | $750,000 | $750,000 | $750,000 | $500,000 | $500,000 | $500,000 | $750,000 | $750,000 | $750,000 | $750,000 | $8,250,000 | |
| Estimated parts and accessories profit (not including OH) 35% | $262,500 | $262,500 | $262,500 | $262,500 | $262,500 | $175,000 | $175,000 | $175,000 | $262,500 | $262,500 | $262,500 | $262,500 | $2,887,500 | |
| **Profit on sales per month** | **$1,742,500** | **$1,822,500** | **$1,822,500** | **$2,142,500** | **$1,982,500** | **$1,035,000** | **$635,000** | **$715,000** | **$1,062,500** | **$1,162,500** | **$1,322,500** | **$1,322,500** | **$16,767,500** | |
| **Net Profit/Loss for the company** | **$1,292,166** | **$1,365,916** | **$1,362,916** | **$1,686,916** | **$1,526,416** | **$567,416** | **$184,416** | **$244,416** | **$609,916** | **$700,416** | **$867,916** | **$869,916** | **$11,278,742** | |
| | | | | | | | | | | | | | | |
| Yearly Revenue for the Company | | | | | | | | | | | | | **$48,800,000** | |
| Profit as a % of sales | | | | | | | | | | | | | **23.1%** | |
| | | | | | | | | | | | | | | |
| Amount Mr Li would need to wire Monthly | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | |







# Financial Analysis – Yearly Revenue







# Financial Analysis – Profit Yearly







# Financial Analysis – Profit as % of Sales







# Financial Analysis – Sales by Category

(75% model)
$30,000,000
$25,000,000
$20,000,000
$15,000,000
$10,000,000
$5,000,000
$0
Year 1
Year 2
Year 3
OE Sales (75%)
Log Splitter Sales (75%)
Post Hole Diggers (75%)
Parts and Accessories (75%)

DIRTY HAND TOOLS
BOULDER, CO

IRVA
TOOL & EQUIPMENT

DIRTY HAND
TOOLS







# Financial Analysis – Employees in the USA







# Financial Analysis – Amount of Mr Li's investment by month and yearly

- Amount Mr Li. invests each month is almost independent of the scenario modeled for the first 12 months.
- After 12 months the company should operate on its own without financial assistance.











# Financial Summary

- This analysis was very conservative.
- Using the 50% to 75% models this company could generate $35 to $50 million / year in revenue after 36 months with profits of up to $12 million per year.  For reference SpeeCo made $15 million on $90 million in revenue.
- Company is profitable at month 11.
- Year 2 profit could be $4.2 million, Year 3 profit almost $12 million. (EBITA)
- Mr. Li's investment is nearly the same for the first 12 months regardless of the 15%, 25%, 50%, or 75% scenario.
- Mr. Li's total investment in the US business would be about $500k over twelve months.  This excludes investment on his end and investment on inventory.
- Recommend following the 50% business model with hopes of achieving the 75% business model results.





# 22 Ton Log Splitter Design

- Models are 75% done.
- Will have drawings complete by mid-June.
- Travel to China in July and August to begin builds.
- Build 15 container loads, 1050 units for the fall of 2012.
- Arrive in Colorado by October 1st, 2012.
- Estimated volume of 35,000 units in 36 months.
- 3 other log splitter models will launch in 2013.











# Sales goals

- Sell 1,000 – 1,500 splitters in fall of 2012.

- Sell 1,000 Post Hole Diggers in the Spring of 2013.

- Really push hard to sell 15,000 Splitters in 2013.
  - Need one large customer to make this happen: TSC, Home Depot, etc.

- Start selling parts and accessories in 2013.
  - Add larger warehouse in 2013 as required.

- Start selling OE in 2012, as soon as this fall.

- Mr. Li will need to support first shipments of inventory until the company is profitable.





# Company Name and Brand

- Company name:
  - Four letter domain name purchased
  - www.irva.com
  - Named after my grandfather and mother
    - Irving and IrvaJean



- Brand logo:
  - Developing other brands as well
  - This will be the first brand for diggers and splitter

 

  

# Items Completed

- Models for 22 ton Log Splitter 75% complete.
- Patent Lawyer retainer paid, ready to file patents.  Need letter drafted to avoid conflict with Blount.
- Business Lawyer retainer paid.
- Accountants will start in October.
- 3 high speed computers and CAD licenses paid for. Installation of software complete.
- Paid for first set of drawings.





# Timeline

- Start transferring money in June
  - Use private accounts until October
  - Officially do company to company transfers in October.
- Add Mr Li as co-owner in October
  - Determine ownership of all employees after 24 months
- Hire Engineer and Sales people in June once Mr. Li approves the plan.
  - Tom Jereb is going to quit SpeeCo and will join our team after 1 year.
  - Need 1 more sales guy to start in June/July.
  - Hire 1 engineer in June.
- Sign lease for new building starting in August (R&D and small starter warehouse).
- Source the ERP computer system and warehouse system for inventory.  Need IT person for this.
- Follow the timeline and the fiscal analysis for the 50% model on the spreadsheet provided.
- This outlines support needed by Mr Li.  It also shows when we will make key hires for the company and what we will be spending the money on.  All of the details for what we will spend money on are on this document.





# Suggested Titles

- Mr Li:  Principal Owner and President of Chinese Operations
- Dan: President of US Operations (minority owner)
- LiShan: Head of Logistics and Quality (minority owner)
- Steve: VP of Sourcing





# Company Structure

- I will have an international business lawyer draft an agreement that will create an entity that will take effect in October.  This will take several months to structure.  I will work with the founders to make sure we all agree on the structure.

- It will be a US based company and Mr. Li will be the primary owner.

- As discussed Mr Li and Dan will determine ownership percentages of all founding employees after 24 months.







# Responsibilities

- Mr. Li in China
  - All manufacturing and assembly
  - Quality Control
  - Shipping of direct import product
  - Financing of company in the US

- LiShan in China
  - Sourcing of additional components
  - Translations
  - Banking and PO processing
  - Shipping and Receiving

- Dan in the USA
  - Setting up the company
  - Design and Engineering
  - Sales and Marketing
  - Warehousing and Inventory
  - Legal and Human Resources
  - Financial and Accounting
  - Customer Service and Warranty Satisfaction





# To do

- Get Mr. Li’s approval and start working on this project full time.
- Transfer money.
- Make job offers.
- Follow the timeline on the spreadsheet.

- Have fun….make money!!





# Project: IRVA Tool

New Product Development (NPD) and Direct Import (DI) Initiative for CIU

# 3 Year Project Proposal with Financial Analysis

5/28/2012

# Contents

- Deliverables
- Fiscal analysis
- Timeline
- Summary
- Next Steps

# Deliverables

- After Mr Li's trip to Colorado Dan agreed to:
    - Perform a financial analysis of different options and present them to Mr Li
    - Recommend a course of action
    - Create a timeline with goals and objectives
    - Update on what has been done and what needs to be done

# Financial Analysis

- Projected 4 scenarios
  1. What happens if we are 15% the size of SpeeCo in 3 years.
  2. What happens if we are 25% the size of SpeeCo in 3 years.
  3. What happens if we are 50% the size of SpeeCo in 3 years.
  4. What happens if we are 75% the size of SpeeCo in 3 years.

# Financial Analysis

- For each scenario projected the following:
  - # of employees and salary's
  - Revenue on a monthly and yearly basis
  - Profit on a monthly and yearly basis
  - Costs associated with growth
  - Fixed and variable costs
  - Profit as a percentage of sales
  - How much Mr Li would need to invest monthly until the company supported itself

# Financial Analysis

- For purposes of this analysis 4 categories were created:

  1. Log Splitters
  2. Post Hole Diggers
  3. OE Parts
  4. Parts and Accessories (fencing, gates, etc.)

# Items Completed

- Drawings for 22 ton Post Hole Digger 70% complete

- Patent Lawyer retainer paid

- Business Lawyer retainer paid

- Accountants will start in October

- 3 high speed computers and CAD licenses paid for.  Installation of software complete.

- Paid for first set of drawings

# To do

# Timeline

- Start transferring money in June
  - Use private accounts until October
- Add Mr Li as co-owner in October
  - Determine ownership of all employees after 24 months
- Hire Engineer and Sales people in June once Mr. Li approves the plan
- Sign lease for new building starting in August (R&D and small starter warehouse)
- Source the ERP computer system and warehouse system for inventory

# Suggested Titles

- Mr Li:  Principal Owner and President of Chinese Operations

- Dan: President of US Operations (minority owner)

- LiShan: Head of Logistics and Quality (minority owner)

- Steve: VP of Sourcing

# Company Structure

- I will have an international business lawyer draft an agreement that will create an entity that will take effect in October.

- It will be a US based company and Mr Li will be the primary owner.

- As discussed Mr Li and Dan will determine ownership percentages of all founding employees after 24 months.

# Responsibilities

- Mr Li in China
  - All manufacturing and assembly
  - Quality Control
  - Shipping of direct import product
  - Financing of company in the US
- LiShan in China
  - Sourcing of additional components
  - Translations
  - Banking and PO processing
  - Shipping and Receiving

# Responsibilities

Dan in USA

# Update Long Term Blount Plan for CIU

- Blount wants to develop and improve CIU in the short term. They are investing a lot of time and money to do this now.
- Long term, over the next few years, CIU will probably lose most of the SpeeCo business.
- Blounts plan is to build a manufacturing facility in Suzhou in a trade free zone.
- Log Splitters will be assembled there or in KC.
- The next generation SpeedPro will be made in the USA and partially sourced in the USA.
- Blount does not have a long term commitment to CIU, in fact it is our belief that they want "out" as soon as possible.
- No loyalty to anyone, lots of over head.

# Update Long Term Blount Plan for CZ Office

- Over the next year as the Suzhou office gets up and running the CZ office will probably be closed.

- The Blount supply team has no respect for LiShan or the CZ office employees.

- They would rather build their own office with their own people.

# Plans to leave SpeeCo

- Dan will leave SpeeCo to work part time on a consulting job for another company April 2nd.
- Steve would like to leave at this same time if we can get some of the projects supported by Mr Li.
- Dan and Steve would like to partner with CIU on several projects which are shown later in this presentation.

# Project#1: Short Term Cost Adjustments & Plans w/ Blount

- DO NOT sign anything that Blount has given CIU.
- Adjust prices to Blount up 5-10% effective May 1st. Dan and Steve can review the parts to move up.
- This will result in $2 to $3 million more profit for CIU. Use some of this money to invest on other projects.
- Keep accepting the “help” from Blount. Take their suggestions seriously as some of them will really help make CIU a better facility.
- Do not do anything to stop flowing parts or product to Blount. Keep this business running as usual, just know that they do not have your best interest in mind.
- Do not take on any new projects with Blount, have Steve/Dan sell these directly for CIU.

# Project#2: Develop product directly for CIU

- Steve / Dan would like to partner with CIU to develop product directly for the US market.

- Develop Log Splitters first.

- Share development costs with Mr Li.

# Project#3: Give CIU non-SpeeCo business

- Company Dan is going to consult with will want to visit CIU in May.

- Dan will be giving CIU many new parts to quote.

- Opportunity to assemble whole goods for this company in a separate factory.

- Could be $1 to $5 million of business for CIU.

- No benefit for Dan.

# Project #5 – 22 Ton Log Splitter

- Private label and develop direct.
- Patented design exclusive for TSC.
- Conform to new EPA regulations.
- Savings to TSC $180 per unit.  Estimated total potential volume 26,000/year based on 2011 sales.
- $4.7 million savings per year.
- Option #1
  - Start project at month 13
  - Launch the project at month 24
  - Ramp to full volume at month 36



# Project: IRVA Tool

3 Year Proposal with Financial Analysis

Daniel Banjo
5/28/2012

# Contents

- Deliverables
- Fiscal analysis
- Timeline
- Summary
- Next Steps







# Deliverables

- After Mr Li's trip to Colorado Dan agreed to:
  - Perform a financial analysis of different options and present them to Mr Li and the founding members.
  - Recommend a course of action.
  - Create a timeline with goals and objectives.
  - Update on what has been done and what needs to be done.





# Financial Analysis

- Projected 4 scenarios

  1. What happens if we grow to 15% the size of SpeeCo in 3 years.

  2. What happens if we grow to 25% the size of SpeeCo in 3 years.

  3. What happens if we grow to 50% the size of SpeeCo in 3 years.

  4. What happens if we grow to 75% the size of SpeeCo in 3 years.







# Financial Analysis

- For each scenario projected the following:
  - # of employees and salary's
  - Revenue on a monthly and yearly basis
  - Profit on a monthly and yearly basis
  - Costs associated with growth
  - Fixed and variable costs
  - Profit as a percentage of sales
  - How much Mr Li would need to invest monthly until the company supported itself





# Financial Analysis

- For purposes of this analysis 4 categories were created:

    1. Log Splitters

    2. Post Hole Diggers

    3. OE Parts

    4. Parts and Accessories (fencing, gates, etc.)







# Financial Analysis - scenario

- See spreadsheet for details of the 15%, 25%, 50%, and 75% projections
- Spreadsheet details: hiring, sales, expenses, profits, etc. all by month for the first 36 months.

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | SUM YEAR 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6/1/2012 | 7/1/2012 | 8/1/2012 | 9/1/2012 | 10/1/2012 | 11/1/2012 | 12/1/2012 | 1/1/2013 | 2/1/2013 | 3/1/2013 | 4/1/2013 | 5/1/2013 | |
| | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | |
| Fixed Personnel Costs | | | | | | | | | | | | | |
| Dan Banjo | $9,500 | $9,500 | $9,500 | $9,500 | $9,500 | $9,500 | $9,500 | $9,500 | $9,500 | $9,500 | $9,500 | $9,500 | $114,000 |
| General Manager | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| New Product Development Engineer (Will or Jon) | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $66,000 |
| Customer Service | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $25,000 |
| Design Engineer | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $25,000 |
| Marketing and advertising | $0 | $0 | $0 | $0 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $12,000 |
| Sourcing Engineer (Steve V) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sr. Sales Manager (Tom J) | $0 | $0 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $90,000 |
| Jr. Sales Manager (Kevin K) | $0 | $0 | $6,600 | $6,600 | $6,600 | $6,600 | $6,600 | $6,600 | $6,600 | $6,600 | $6,600 | $6,600 | $66,000 |
| Office assistant | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,800 | $2,800 | $2,800 | $8,400 |
| Supply Chain manager | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $30,000 |
| Buyer/Planner | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Warehouse Manager | $0 | $0 | $0 | $0 | $0 | $0 | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $33,000 |
| Warehouse workers | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $20,000 |
| IT Engineer | $0 | $0 | $0 | $0 | $0 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $3,000 | $15,000 |
| Accounting | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $500 | $500 | $750 | $1,000 | $1,000 | $3,750 |
| HR administrator | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Employment taxes / Healthcare (State and Federal) | $4,800 | $4,800 | $9,792 | $9,792 | $10,272 | $10,912 | $12,672 | $19,232 | $19,232 | $20,208 | $20,288 | $20,608 | $162,608 |
| SUM of Personnel Costs (monthly) | $19,800 | $19,800 | $40,392 | $40,392 | $42,372 | $45,012 | $52,272 | $79,332 | $79,332 | $83,358 | $83,688 | $85,008 | $670,758 |
| SUM of Personnel Costs (extrapolated yearly) | $237,600 | $237,600 | $484,704 | $484,704 | $508,464 | $540,144 | $627,264 | $951,984 | $951,984 | $1,000,296 | $1,004,256 | $1,020,096 | |
| Fixed and Variable Costs EXCLUDING Personnel | | | | | | | | | | | | | |
| Start up office Dan has now | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $0 | $0 | $0 | $0 | $0 | $0 | $6,000 |
| Company offices and small starting warehouse | $0 | $0 | $0 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $99,000 |
| Primary warehouse in Denver | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Utilities monthly | $500 | $500 | $500 | $500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $14,000 |
| General office expenses (phones, fax, copier, internet) yearly | $500 | $500 | $500 | $500 | $800 | $800 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $9,600 |
| BCAD maintenance fees recurring yearly at 2.5k /each | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,000 | $0 | $0 | $0 | $0 | $5,000 |
| Insurance on liability and space, equipment and product sold | $0 | $0 | $0 | $0 | $500 | $500 | $500 | $500 | $500 | $2,000 | $2,000 | $2,000 | $8,500 |
| Travel international per year @ 4K / week | $1,500 | $8,000 | $8,000 | $3,500 | $3,500 | $2,500 | $2,500 | $2,500 | $3,500 | $5,000 | $5,000 | $5,000 | $50,500 |
| Domestic travel to sell and launch product | $500 | $1,500 | $1,500 | $1,500 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $45,000 |
| Samples from suppliers yearly (assumed to be free from CIU) | $0 | $0 | $0 | $0 | $0 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $3,500 |
| Air Freight (lbs. of freight per year @ $4/lb.) (assumed free from CIU) | $0 | $0 | $0 | $0 | $0 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $3,500 |
| Ship samples to customer domestically | $0 | $0 | $0 | $0 | $3,000 | $2,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $11,000 |
| Legal/Patent work | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $18,000 |
| Outside material tests and analysis | $0 | $0 | $0 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $3,150 |
| ERP Computer System | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $10,000 | $10,000 | $10,000 | $0 | $0 | $30,000 |
| SUM of Fixed & Variable Costs EXCLUDING Personnel (monthly) | $5,500 | $13,000 | $13,000 | $19,850 | $28,150 | $27,150 | $25,350 | $40,350 | $36,350 | $39,350 | $29,350 | $29,350 | $306,750 |
| SUM of Fixed & Variable Costs EXCLUDING Personnel (extrapolated yearly) | $66,000 | $156,000 | $156,000 | $238,200 | $337,800 | $325,800 | $304,200 | $484,200 | $436,200 | $472,200 | $352,200 | $352,200 | |
| Start Up / Growing Costs | | | | | | | | | | | | | |
| Used desks, phone, chairs | $1,500 | $0 | $0 | $0 | $10,000 | $1,000 | $1,000 | $250 | $250 | $250 | $250 | $250 | $14,750 |
| Computers, high end CAD computers at 4k/ea. | $6,000 | $5,000 | $1,500 | $0 | $0 | $5,000 | $3,000 | $5,000 | $2,000 | $0 | $0 | $0 | $27,500 |
| Solidworks licenses at 7,500/each | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $7,500 | $7,500 | $0 | $0 | $0 | $15,000 |
| Warehouse shipping equipment | $0 | $0 | $0 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $4,500 |
| Forklifts | $0 | $0 | $0 | $7,500 | $0 | $0 | $0 | $0 | $0 | $0 | $7,500 | $0 | $15,000 |
| Trade shows | $0 | $0 | $0 | $0 | $0 | $5,000 | $0 | $3,500 | $3,000 | $3,000 | $3,000 | $0 | $17,500 |
| SUM of Start Up / Growing Costs (monthly) | $7,500 | $5,000 | $1,500 | $8,000 | $10,500 | $11,500 | $4,500 | $16,750 | $13,250 | $3,750 | $11,250 | $750 | $94,250 |
| **Monthly Sum of Expenses** | **$32,800** | **$37,800** | **$54,892** | **$68,242** | **$81,022** | **$83,662** | **$82,122** | **$136,432** | **$128,932** | **$126,458** | **$124,288** | **$115,108** | **$1,071,758** |
| **Profit / Loss per month** | | | | | | | | | | | | | |
| Estimated OE sales | $0 | $0 | $0 | $0 | $25,000 | $50,000 | $75,000 | $100,000 | $100,000 | $125,000 | $125,000 | $125,000 | $725,000 |
| Estimated OE Profit (not including OH) 40% | $0 | $0 | $0 | $0 | $10,000 | $20,000 | $30,000 | $40,000 | $40,000 | $50,000 | $50,000 | $50,000 | $290,000 |
| Estimated log splitter sales | $0 | $0 | $0 | $0 | $0 | $0 | $10,000 | $10,000 | $10,000 | $100,000 | $300,000 | $400,000 | $830,000 |
| Estimated log splitter profit (not including OH) 32% | $0 | $0 | $0 | $0 | $0 | $0 | $3,200 | $3,200 | $3,200 | $32,000 | $96,000 | $128,000 | $265,600 |
| Estimated PHD sales | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $60,000 | $80,000 | $150,000 | $150,000 | $90,000 | $530,000 |
| Estimated PHD profit (not including OH) 40% | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $24,000 | $32,000 | $60,000 | $60,000 | $36,000 | $212,000 |
| Estimated parts and accessories | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $15,000 | $25,000 | $75,000 | $75,000 | $10,000 | $200,000 |
| Estimated parts and accessories profit (not including OH) 35% | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,250 | $8,750 | $26,250 | $26,250 | $3,500 | $70,000 |
| **Profit on sales per month** | **$0** | **$0** | **$0** | **$0** | **$10,000** | **$20,000** | **$33,200** | **$72,450** | **$83,950** | **$168,250** | **$232,250** | **$217,500** | **$837,600** |
| **Net Profit/Loss for the company** | **-$32,800** | **-$37,800** | **-$54,892** | **-$68,242** | **-$71,022** | **-$63,662** | **-$48,922** | **-$63,982** | **-$44,982** | **$41,792** | **$107,962** | **$102,392** | **-$234,158** |
| | | | | | | | | | | | | | |
| Yearly Revenue for the Company | | | | | | | | | | | | | $2,285,000 |
| Profit as a % of sales | | | | | | | | | | | | | -10.2% |
| | | | | | | | | | | | | | |
| Amount Mr Li would need to wire Monthly | $33,000 | $38,000 | $55,000 | $69,000 | $71,000 | $64,000 | $49,000 | $64,000 | $45,000 | $20,000 | $20,000 | $20,000 | $548,000 |

| | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 | SUM YEAR 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6/1/2013 | 7/1/2013 | 8/1/2013 | 9/1/2013 | 10/1/2013 | 11/1/2013 | 12/1/2013 | 1/1/2014 | 2/1/2014 | 3/1/2014 | 4/1/2014 | 5/1/2014 | |
| | Year 2 | Year 2 | Year 2 | Year 2 | Year 2 | Year 2 | Year 2 | Year 2 | Year 2 | Year 2 | Year 2 | Year 2 | |
| Fixed Personnel Costs | | | | | | | | | | | | | |
| Dan Banjo | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $120,000 |
| General Manager | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $90,000 |
| New Product Development Engineer (Will or Jon) | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $72,000 |
| Customer Service | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $180,000 |
| Design Engineer | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $120,000 |
| Marketing and advertising | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $71,000 |
| Sourcing Engineer (Steve V) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sr. Sales Manager (Tom J) | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $108,000 |
| Jr. Sales Manager (Kevin K) | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $144,000 |
| Office assistant | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $42,000 |
| Supply Chain manager | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $84,000 |
| Buyer/Planner | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $132,000 |
| Warehouse Manager | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $72,000 |
| Warehouse workers | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $240,000 |
| IT Engineer | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $102,000 |
| Accounting | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $156,000 |
| HR administrator | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $72,000 |
| Employment taxes / Healthcare (State and Federal) | $46,720 | $46,720 | $46,720 | $46,720 | $46,720 | $46,720 | $47,680 | $49,920 | $49,920 | $49,920 | $49,920 | $49,920 | $577,600 |
| SUM of Personnel Costs (monthly) | $192,720 | $192,720 | $192,720 | $192,720 | $192,720 | $192,720 | $196,680 | $205,920 | $205,920 | $205,920 | $205,920 | $205,920 | $2,382,600 |
| SUM of Personnel Costs (extrapolated yearly) | $2,312,640 | $2,312,640 | $2,312,640 | $2,312,640 | $2,312,640 | $2,312,640 | $2,360,160 | $2,471,040 | $2,471,040 | $2,471,040 | $2,471,040 | $2,471,040 | |
| Fixed and Variable Costs EXCLUDING Personnel | | | | | | | | | | | | | |
| Start up office Dan has now | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Company offices and small starting warehouse | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $132,000 |
| Primary warehouse in Denver | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $300,000 |
| Utilities monthly | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $48,000 |
| General office expenses (phones, fax, copier, internet) yearly | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $36,000 |
| BCAD maintenance fees recurring yearly at 2.5k /each | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,000 | $0 | $0 | $0 | $0 | $5,000 |
| Insurance on liability and space, equipment and product sold | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $60,000 |
| Travel international per year @ 4K / week | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $60,000 |
| Domestic travel to sell and launch product | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $96,000 |
| Samples from suppliers yearly (assumed to be free from CIU) | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $18,000 |
| Air Freight (lbs. of freight per year @ $4/lb.) (assumed free from CIU) | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $18,000 |
| Ship samples to customer domestically | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $24,000 |
| Legal/Patent work | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $36,000 |
| Outside material tests and analysis | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $4,200 |
| ERP Computer System | $10,000 | $10,000 | $10,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $39,000 |
| SUM of Fixed & Variable Costs EXCLUDING Personnel (monthly) | $79,350 | $79,350 | $79,350 | $70,350 | $70,350 | $70,350 | $70,350 | $75,350 | $70,350 | $70,350 | $70,350 | $70,350 | $876,200 |
| SUM of Fixed & Variable Costs EXCLUDING Personnel (extrapolated yearly) | $952,200 | $952,200 | $952,200 | $844,200 | $844,200 | $844,200 | $844,200 | $904,200 | $844,200 | $844,200 | $844,200 | $844,200 | |
| Start Up / Growing Costs | | | | | | | | | | | | | |
| Used desks, phone, chairs | $3,000 | $5,000 | $1,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $9,000 |
| Computers, high end CAD computers at 4k/ea. | $2,500 | $2,500 | $1,000 | $1,000 | $1,000 | $5,000 | $0 | $0 | $0 | $0 | $1,000 | $1,000 | $15,000 |
| Solidworks licenses at 7,500/each | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $7,500 | $0 | $0 | $0 | $0 | $7,500 |
| Warehouse shipping equipment | $10,000 | $2,000 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $37,000 |
| Forklifts | $0 | $0 | $7,500 | $0 | $0 | $0 | $0 | $0 | $0 | $7,500 | $0 | $0 | $15,000 |
| Trade shows | $0 | $0 | $1,000 | $5,000 | $5,000 | $5,000 | $0 | $5,000 | $3,000 | $5,000 | $5,000 | $3,000 | $37,000 |
| SUM of Start Up / Growing Costs (monthly) | $15,500 | $9,500 | $13,000 | $8,500 | $8,500 | $12,500 | $2,500 | $15,000 | $5,500 | $15,000 | $8,500 | $6,500 | $120,500 |
| **Monthly Sum of Expenses** | **$287,570** | **$281,570** | **$285,070** | **$271,570** | **$271,570** | **$275,570** | **$269,530** | **$296,270** | **$281,770** | **$291,270** | **$284,770** | **$282,770** | **$3,379,300** |
| **Profit / Loss per month** | | | | | | | | | | | | | |
| Estimated OE sales | $200,000 | $200,000 | $200,000 | $200,000 | $200,000 | $200,000 | $150,000 | $350,000 | $350,000 | $450,000 | $500,000 | $550,000 | $3,550,000 |
| Estimated OE Profit (not including OH) 40% | $80,000 | $80,000 | $80,000 | $80,000 | $80,000 | $80,000 | $60,000 | $140,000 | $140,000 | $180,000 | $200,000 | $220,000 | $1,420,000 |
| Estimated log splitter sales | $600,000 | $2,000,000 | $2,000,000 | $2,000,000 | $2,000,000 | $400,000 | $200,000 | $200,000 | $200,000 | $300,000 | $750,000 | $1,750,000 | $12,400,000 |
| Estimated log splitter profit (not including OH) 32% | $192,000 | $640,000 | $640,000 | $640,000 | $640,000 | $128,000 | $64,000 | $64,000 | $64,000 | $96,000 | $240,000 | $560,000 | $3,968,000 |
| Estimated PHD sales | $100,000 | $100,000 | $100,000 | $20,000 | $20,000 | $20,000 | $20,000 | $125,000 | $400,000 | $600,000 | $600,000 | $600,000 | $2,705,000 |
| Estimated PHD profit (not including OH) 40% | $40,000 | $40,000 | $40,000 | $8,000 | $8,000 | $8,000 | $8,000 | $50,000 | $160,000 | $240,000 | $240,000 | $240,000 | $1,082,000 |
| Estimated parts and accessories | $75,000 | $75,000 | $75,000 | $75,000 | $100,000 | $250,000 | $200,000 | $200,000 | $500,000 | $500,000 | $500,000 | $500,000 | $3,050,000 |
| Estimated parts and accessories profit (not including OH) 35% | $26,250 | $26,250 | $26,250 | $26,250 | $35,000 | $87,500 | $70,000 | $70,000 | $175,000 | $175,000 | $175,000 | $175,000 | $1,067,500 |
| **Profit on sales per month** | **$338,250** | **$786,250** | **$786,250** | **$754,250** | **$763,000** | **$303,500** | **$202,000** | **$324,000** | **$539,000** | **$691,000** | **$855,000** | **$1,195,000** | **$7,537,500** |
| **Net Profit/Loss for the company** | **$50,680** | **$504,680** | **$501,180** | **$482,680** | **$491,430** | **$27,930** | **-$67,530** | **$27,730** | **$257,230** | **$399,730** | **$570,230** | **$912,230** | **$4,158,200** |
| | | | | | | | | | | | | | |
| Yearly Revenue for the Company | | | | | | | | | | | | | $21,705,000 |
| Profit as a % of sales | | | | | | | | | | | | | 19.2% |
| | | | | | | | | | | | | | |
| Amount Mr Li would need to wire Monthly | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |

| | Month 25 | Month 26 | Month 27 | Month 28 | Month 29 | Month 30 | Month 31 | Month 32 | Month 33 | Month 34 | Month 35 | Month 36 | SUM YEAR 3 | Employees in each dept @ year 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6/1/2014 | 7/1/2014 | 8/1/2014 | 9/1/2014 | 10/1/2014 | 11/1/2014 | 12/1/2014 | 1/1/2015 | 2/1/2015 | 3/1/2015 | 4/1/2015 | 5/1/2015 | | |
| | Year 3 | Year 3 | Year 3 | Year 3 | Year 3 | Year 3 | Year 3 | Year 3 | Year 3 | Year 3 | Year 3 | Year 3 | | |
| Fixed Personnel Costs | | | | | | | | | | | | | | |
| Dan Banjo | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $132,000 | 1 |
| General Manager | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $96,000 | 1 |
| New Product Development Engineer (Will or Jon) | $7,200 | $7,200 | $7,200 | $7,200 | $7,200 | $7,200 | $7,200 | $7,200 | $7,200 | $7,200 | $7,200 | $7,200 | $86,400 | 1 |
| Customer Service | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $300,000 | 4 |
| Design Engineer | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $216,000 | 3 |
| Marketing and advertising | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $132,000 | 2 |
| Sourcing Engineer (Steve V) | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $102,000 | 1 |
| Sr. Sales Manager (Tom J) | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $108,000 | 1 |
| Jr. Sales Manager (Kevin K) | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $264,000 | 3 |
| Office assistant | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $48,000 | 1 |
| Supply Chain manager | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $78,000 | 1 |
| Buyer/Planner | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 | $204,000 | 3 |
| Warehouse Manager | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $156,000 | 2 |
| Warehouse workers | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $720,000 | 13 |
| IT Engineer | $14,000 | $14,000 | $14,000 | $14,000 | $14,000 | $14,000 | $14,000 | $14,000 | $14,000 | $14,000 | $14,000 | $14,000 | $168,000 | 2 |
| Accounting | $23,000 | $23,000 | $23,000 | $23,000 | $23,000 | $23,000 | $23,000 | $23,000 | $23,000 | $23,000 | $23,000 | $23,000 | $276,000 | 4 |
| HR administrator | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $78,000 | 1 |
| Employment taxes / Healthcare (State and Federal) | $84,384 | $84,384 | $84,384 | $84,384 | $84,384 | $84,384 | $84,384 | $84,384 | $84,384 | $84,384 | $84,384 | $84,384 | $1,012,608 | |
| SUM of Personnel Costs (monthly) | $348,084 | $348,084 | $348,084 | $348,084 | $348,084 | $348,084 | $348,084 | $348,084 | $348,084 | $348,084 | $348,084 | $348,084 | $4,177,008 | Total Employees 44 |
| SUM of Personnel Costs (extrapolated yearly) | $4,177,008 | $4,177,008 | $4,177,008 | $4,177,008 | $4,177,008 | $4,177,008 | $4,177,008 | $4,177,008 | $4,177,008 | $4,177,008 | $4,177,008 | $4,177,008 | | |
| Fixed and Variable Costs EXCLUDING Personnel | | | | | | | | | | | | | | |
| Start up office Dan has now | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Company offices and small starting warehouse | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $132,000 | |
| Primary warehouse in Denver | $35,000 | $35,000 | $35,000 | $35,000 | $35,000 | $35,000 | $35,000 | $35,000 | $35,000 | $35,000 | $35,000 | $35,000 | $420,000 | |
| Utilities monthly | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $60,000 | |
| General office expenses (phones, fax, copier, internet) yearly | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $42,000 | |
| BCAD maintenance fees recurring yearly at 2.5k /each | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $7,500 | $0 | $0 | $0 | $0 | $7,500 | |
| Insurance on liability and space, equipment and product sold | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $102,000 | |
| Travel international per year @ 4K / week | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $96,000 | |
| Domestic travel to sell and launch product | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $120,000 | |
| Samples from suppliers yearly (assumed to be free from CIU) | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $30,000 | |
| Air Freight (lbs. of freight per year @ $4/lb.) (assumed free from CIU) | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $30,000 | |
| Ship samples to customer domestically | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $42,000 | |
| Legal/Patent work | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $54,000 | |
| Outside material tests and analysis | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $18,000 | |
| ERP Computer System | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $24,000 | |
| SUM of Fixed & Variable Costs EXCLUDING Personnel (monthly) | $97,500 | $97,500 | $97,500 | $97,500 | $97,500 | $97,500 | $97,500 | $105,000 | $97,500 | $97,500 | $97,500 | $97,500 | $1,177,500 | |
| SUM of Fixed & Variable Costs EXCLUDING Personnel (extrapolated yearly) | $1,170,000 | $1,170,000 | $1,170,000 | $1,170,000 | $1,170,000 | $1,170,000 | $1,170,000 | $1,260,000 | $1,170,000 | $1,170,000 | $1,170,000 | $1,170,000 | | |
| Start Up / Growing Costs | | | | | | | | | | | | | | |
| Used desks, phone, chairs | $250 | $5,000 | $1,000 | $500 | $1,000 | $1,000 | $1,000 | $1,000 | $0 | $0 | $0 | $0 | $10,750 | |
| Computers, high end CAD computers at 4k/ea. | $1,000 | $2,500 | $1,000 | $1,000 | $1,000 | $5,000 | $500 | $500 | $500 | $500 | $500 | $500 | $14,500 | |
| Solidworks licenses at 7,500/each | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $7,500 | $0 | $0 | $0 | $0 | $7,500 | |
| Warehouse shipping equipment | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $42,000 | |
| Forklifts | $0 | $0 | $7,500 | $0 | $0 | $7,500 | $0 | $0 | $0 | $7,500 | $0 | $0 | $22,500 | |
| Trade shows | $0 | $0 | $1,000 | $5,000 | $5,000 | $5,000 | $0 | $5,000 | $3,000 | $5,000 | $5,000 | $3,000 | $37,000 | |
| SUM of Start Up / Growing Costs (monthly) | $4,750 | $11,000 | $14,000 | $10,000 | $10,500 | $22,000 | $5,000 | $17,500 | $7,000 | $16,500 | $9,000 | $7,000 | $134,250 | |
| **Monthly Sum of Expenses** | **$450,334** | **$456,584** | **$459,584** | **$455,584** | **$456,084** | **$467,584** | **$450,584** | **$470,584** | **$452,584** | **$462,084** | **$454,584** | **$452,584** | **$5,488,758** | |
| **Profit / Loss per month** | | | | | | | | | | | | | | |
| Estimated OE sales | $650,000 | $650,000 | $650,000 | $650,000 | $650,000 | $500,000 | $500,000 | $500,000 | $650,000 | $650,000 | $650,000 | $650,000 | $7,350,000 | |
| Estimated OE Profit (not including OH) 40% | $260,000 | $260,000 | $260,000 | $260,000 | $260,000 | $200,000 | $200,000 | $200,000 | $260,000 | $260,000 | $260,000 | $260,000 | $2,940,000 | |
| Estimated log splitter sales | $3,500,000 | $4,000,000 | $4,000,000 | $5,000,000 | $4,500,000 | $2,000,000 | $750,000 | $750,000 | $750,000 | $750,000 | $1,250,000 | $2,000,000 | $29,250,000 | |
| Estimated log splitter profit (not including OH) 32% | $1,120,000 | $1,280,000 | $1,280,000 | $1,600,000 | $1,440,000 | $640,000 | $240,000 | $240,000 | $240,000 | $240,000 | $400,000 | $640,000 | $9,360,000 | |
| Estimated PHD sales | $250,000 | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $250,000 | $750,000 | $1,000,000 | $1,000,000 | $400,000 | $3,950,000 | |
| Estimated PHD profit (not including OH) 40% | $100,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $100,000 | $300,000 | $400,000 | $400,000 | $160,000 | $1,580,000 | |
| Estimated parts and accessories | $750,000 | $750,000 | $750,000 | $750,000 | $750,000 | $500,000 | $500,000 | $500,000 | $750,000 | $750,000 | $750,000 | $750,000 | $8,250,000 | |
| Estimated parts and accessories profit (not including OH) 35% | $262,500 | $262,500 | $262,500 | $262,500 | $262,500 | $175,000 | $175,000 | $175,000 | $262,500 | $262,500 | $262,500 | $262,500 | $2,887,500 | |
| **Profit on sales per month** | **$1,742,500** | **$1,822,500** | **$1,822,500** | **$2,142,500** | **$1,982,500** | **$1,035,000** | **$635,000** | **$715,000** | **$1,062,500** | **$1,162,500** | **$1,322,500** | **$1,322,500** | **$16,767,500** | |
| **Net Profit/Loss for the company** | **$1,292,166** | **$1,365,916** | **$1,362,916** | **$1,686,916** | **$1,526,416** | **$567,416** | **$184,416** | **$244,416** | **$609,916** | **$700,416** | **$867,916** | **$869,916** | **$11,278,742** | |
| | | | | | | | | | | | | | | |
| Yearly Revenue for the Company | | | | | | | | | | | | | $48,800,000 | |
| Profit as a % of sales | | | | | | | | | | | | | 23.1% | |
| | | | | | | | | | | | | | | |
| Amount Mr Li would need to wire Monthly | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | |







# Financial Analysis – Yearly Revenue







# Financial Analysis – Profit Yearly







# Financial Analysis – Profit as % of Sales







# Financial Analysis – Sales by Category

(75% model)







# Financial Analysis – Employees in the USA







# Financial Analysis – Amount of Mr Li's investment by month and yearly

- Amount Mr Li. invests each month is almost independent of the scenario modeled for the first 12 months.
- After 12 months the company should operate on its own without financial assistance.











# Financial Summary

- This analysis was very conservative.
- Using the 50% to 75% models this company could generate $35 to $50 million / year in revenue after 36 months with profits of up to $12 million per year.  For reference SpeeCo made $15 million on $90 million in revenue.
- Company is profitable at month 11.
- Year 2 profit could be $4.2 million, Year 3 profit almost $12 million. (EBITA)
- Mr. Li's investment is nearly the same for the first 12 months regardless of the 15%, 25%, 50%, or 75% scenario.
- Mr. Li's total investment in the US business would be about $500k over twelve months.  This excludes investment on his end and investment on inventory.
- Recommend following the 50% business model with hopes of achieving the 75% business model results.





# 22 Ton Log Splitter Design

- Models are 75% done.
- Will have drawings complete by mid-June.
- Travel to China in July and August to begin builds.
- Build 15 container loads, 1050 units for the fall of 2012.
- Arrive in Colorado by October 1st, 2012.
- Estimated volume of 35,000 units in 36 months.
- 3 other log splitter models will launch in 2013.











# Sales goals

- Sell 1,000 – 1,500 splitters in fall of 2012.

- Sell 1,000 Post Hole Diggers in the Spring of 2013.

- Really push hard to sell 15,000 Splitters in 2013.
    - Need one large customer to make this happen: TSC, Home Depot, etc.

- Start selling parts and accessories in 2013.
    - Add larger warehouse in 2013 as required.

- Start selling OE in 2012, as soon as this fall.

- Mr. Li will need to support first shipments of inventory until the company is profitable.





# Company Name and Brand

- Company name:
  - Four letter domain name purchased
  - www.irva.com
  - Named after my grandfather and mother
    - Irving and IrvaJean



- Brand logo:
  - Developing other brands as well
  - This will be the first brand for diggers and splitter

 

  

# Items Completed

- Models for 22 ton Log Splitter 75% complete.
- Patent Lawyer retainer paid, ready to file patents.  Need letter drafted to avoid conflict with Blount.
- Business Lawyer retainer paid.
- Accountants will start in October.
- 3 high speed computers and CAD licenses paid for. Installation of software complete.
- Paid for first set of drawings.





# Timeline

- Start transferring money in June
  - Use private accounts until October
  - Officially do company to company transfers in October.
- Add Mr Li as co-owner in October
  - Determine ownership of all employees after 24 months
- Hire Engineer and Sales people in June once Mr. Li approves the plan.
  - Tom Jereb is going to quit SpeeCo and will join our team after 1 year.
  - Need 1 more sales guy to start in June/July.
  - Hire 1 engineer in June.
- Sign lease for new building starting in August (R&D and small starter warehouse).
- Source the ERP computer system and warehouse system for inventory.  Need IT person for this.
- Follow the timeline and the fiscal analysis for the 50% model on the spreadsheet provided.
- This outlines support needed by Mr Li.  It also shows when we will make key hires for the company and what we will be spending the money on.  All of the details for what we will spend money on are on this document.





# Suggested Titles

- Mr Li:  Principal Owner and President of Chinese Operations
- Dan: President of US Operations (minority owner)
- LiShan: Head of Logistics and Quality (minority owner)
- Steve: VP of Sourcing





# Company Structure

- I will have an international business lawyer draft an agreement that will create an entity that will take effect in October.  This will take several months to structure.  I will work with the founders to make sure we all agree on the structure.

- It will be a US based company and Mr. Li will be the primary owner.

- As discussed Mr Li and Dan will determine ownership percentages of all founding employees after 24 months.







# Responsibilities

- Mr. Li in China
  - All manufacturing and assembly
  - Quality Control
  - Shipping of direct import product
  - Financing of company in the US

- LiShan in China
  - Sourcing of additional components
  - Translations
  - Banking and PO processing
  - Shipping and Receiving

- Dan in the USA
  - Setting up the company
  - Design and Engineering
  - Sales and Marketing
  - Warehousing and Inventory
  - Legal and Human Resources
  - Financial and Accounting
  - Customer Service and Warranty Satisfaction





# To do

- Get Mr. Li’s approval and start working on this project full time.
- Transfer money.
- Make job offers.
- Follow the timeline on the spreadsheet.

- Have fun….make money!!





**From:** yingelei <yingelei@sina.com>
**Sent:** Monday, January 07, 2013 9:29 PM EST
**To:** Dan Banjo <dbanjo@frictionlessworld.com>
**Subject:** 答复: 答复: Contents of Confrence call

Dan
In order to avoid legal issues from Blount.
That's just one option need be discussed with you.
We must regard some small issue as future risk which must be prevented.
We will talk when you were here.
Allen

---

**发件人:** Dan Banjo [mailto:dbanjo@frictionlessworld.com]
**发送时间:** 2013年1月8日 0:23
**收件人:** yingelei
**主题:** Re: 答复: Contents of Confrence call

Why set up a new company?

Sent from my iPhone

On Jan 7, 2013, at 4:07 AM, "yingelei" <yingelei@sina.com> wrote:

Dan
Mr.Lee has a new idea about our business way.
He plans to set up a new factory where our new log splitters will be assembled.
So just bring the draft only has main information like shares composing and left name , address ect in blank which will be filled after our face to face discussing in CIU.
These days I will contact lawyer in Shanghai and hope we will have something to talk when you were here.
Allen

---

**发件人:** Dan Banjo [mailto:dbanjo@frictionlessworld.com]
**发送时间:** 2013年1月4日 22:44
**收件人:** Allen
**主题:** FW: Contents of Confrence call

Allen I still need this info for the lawyer as soon as possible!!

---

**From:** Dan Banjo
**Sent:** Thursday, December 27, 2012 7:20 AM
**To:** 'yingelei'
**Subject:** RE: Contents of Confrence call

OK. Please forward me Mr. Li's official name, address, etc. Also the same for CIU. I need this information for the paperwork legal draft. I will have a Chinese lawyer translate if for you and him as well.
Please let Mr Li know that EB5 takes about 12 months to complete so it is a long process.

---

**From:** yingelei [mailto:yingelei@sina.com]
**Sent:** Wednesday, December 26, 2012 7:49 PM
**To:** Dan Banjo
**Subject:** 答复: Contents of Confrence call

Dan
Another two accounts should be offered to me .
For addition, Mr. Lee suggest that EB5 can be discussed after company setting up.
When you were here, please take draft of document for company registration .
Thanks
Allen

---

**发件人:** Dan Banjo [mailto:dbanjo@frictionlessworld.com]
**发送时间:** 2012年12月27日 3:19
**收件人:** Allen
**主题:** FW: Contents of Confrence call

Allen,
We got the first $100k transfer thanks. Do you need more bank accounts or are you going to put the remainder in the same two accounts? Please let me know as soon as possible. Also can you answer these questions?

- Please provide me the official name of: 1) CIU, 2) CIU's official address, 3) Mr Li's official name and home address, 4) Franks official name and address, 5) Tracey's official name and address. I w[illegible] on the EB5 end of the project.
- When will Mr. Li have the next 1000 log splitter parts completed? I'd like to get 2000 un[illegible] as we can.

I am meeting with a lawyer tomorrow to draw up the legal documents the way Mr Li wants

Exhibit
24

Thanks
Dan

---

**From:** Dan Banjo
**Sent:** Wednesday, December 19, 2012 2:11 PM
**To:** 'yingelei'
**Subject:** RE: Contents of Confrence call

Allen,

Please let Mr. Li know that I fundamentally agree with the structure. Also let him know that:

- I contacted a lawyer today to start drafting up the agreement. I will get a quote on the approximate cost of this work and let you know what it is.
- It does not look like Will is going to come back. I have interviewed about 10 engineers and I will make one an offer this week. We need an engineer to finish a bunch of the work that Will didn't finish.
- I have interviewed several marketing/graphic artist people. I will contract one to create our brochures and the owners manuals for the log splitters starting in January per our discussion.
- I will author a job description for a certified accountant. I will start interviewing over the next few weeks and per our discussion we will hire someone in January when we need them.

Couple of questions:

- Have you started any money transfers for October and November?
- Please provide me the official name of: 1) CIU, 2) CIU's official address, 3) Mr Li's official name and home address, 4) Franks official name and address, 5) Tracey's official name and address. I will start working on the EB5 end of the project.
- When will Mr. Li have the next 1000 log splitter parts completed? I'd like to get 2000 units here as soon as we can.

Thanks,
Dan

---

**From:** yingelei [mailto:yingelei@sina.com]
**Sent:** Sunday, December 16, 2012 7:29 PM
**To:** Dan Banjo
**Subject:** Contents of Confrence call

Dan
Here are main points of contents of Mr. Lee's conference call

一、Meeting with Blount

1、There is no big progress from this meeting, except rising price.
2、There will be an contract until 21st Dec, but Mr. Lee will not sign it.

二、Production

1、Harrow spikes will LCL with Mark's goods but shipping fee need be lower than standard.
2、We will continue production on hands and as well as new order. But we must lower down of TSC's progress which Blount is staring and will be conflict. So please focus on other market.

三、Organization of new company

1、Basically Mr. Lee will invest 1 million into new company and shares 85% which means you have to put at least 170 thousand and share 15%。Each year Mr.Lee will give bonus from his share to three person including you Lishan and Steve. If they would like to invest money and have shares we will discuss again.
2、We will start to send you money this week via several times because government controlling.
3、Please review lawyer again to split out for yourself and for companies.
4、Keep doing this and make decision unless big issues.
5、Prepare to set up company on Dec.

四、 Operation

1、Keep sale products to customer but never mention CIU's name.
2、Tell TSC that we will sign contract until our companied setting up on Dec.
3、Hire an engineer before asking will if he can join in again. Hire marketing person until next year.

If you have any questions please let me know
Allen

**发件人:** Dan Banjo [mailto:dbanjo@frictionlessworld.com]
**发送时间:** 2012年12月16日 9:06
**收件人:** Yingelei
**主题:** Re: Number of splitters?

Has he had a chance to review everything I sent? I can talk to you tonight if you want.
Thanks

Sent from my iPhone

On Dec 15, 2012, at 5:56 PM, "Yingelei" < yingelei@sina.com> wrote:

> Dan
> Mr lee asked if you had time to get my call at 10am Beijing time
> Thanks
> Allen
>
> From Allen's iPhone
>
> 在 Dec 16, 2012，12:58 AM，Dan Banjo <dbanjo@frictionlessworld.com> 写道：
>
>> Allen,
>> When will you have all of the parts for the first 500 splitters at CIU? I need to know so that we can plan the shipments. Also I need to order two more decals and bring them over with me. Need Mr Li to approve.

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 Page87



# Li-Banjo Company Discussion

Sept 20, 2012

By: D. Banjo

For Mr. Li / CIU

Exhibit
25

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 18:29:05 Page88

# EB5 Foreign Investment

- Investigation into EB5 investment for Mr. Li to get citizenship for children per discussion with Mr. Li.
- Company would support work of Frictionless World.
- Normally a $1 million USD dollar investment per individual.
- Because we moved the new company to a city with less than 20,000 people we can use the targeted investment criteria. Then the investment is only $500k per person. (need to verify this with an EB5 lawyer)
- Current population of Louisville, CO is 19,000 people. Once it goes over 20,000 we must invest $1 million per person.
- Lawyer fees are about $100k per application.
- Moving the office and warehouse to Louisville will save $500k for each application for a **total of $1 million!!!**
- Can get both Tracey and Frank applications in by the end of the year.

# EB5 investment issues

- A foreigner can not simply create a company in the US and then put $1 million in the bank to get a residency. This is illegal.
- Thus we would need to create a "pass through company." Mr Li invests in the one that is a "pass through company." The this company would only support Frictionless World. Ultimately both companies support the growth of CIU.
- Frictionless World will be the "parent company." This will be the company that employs the people needed to satisfy the EB5 requirements for the parent. Mr. Li gets his money back after the investment period which is usually 12-15 years. The longer the better from the government perspective.
- "Parent company" makes some profit (5-10%) but would be the employer of record to satisfy the EB5 requirements. Need to check into the legal aspects to make sure this structure is possible.
- Have lawyers and translators ready to get started next month if Mr. Li approves.



Case:19-11282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 Page90

- This is the company that Mr. Li owns. Dan, Steve, LiShan will also own a portion.
- Everything that CIU makes will be sold to this company in the USA, then passed through to Frictionless World.
- This company sees enough profit from the sale to Frictionless World to support expenses and growth.
- Must also pay insurance and taxes in the US as well as over head expenses. Frictionless World also sells non-CIU built products to help growth of all companies.
- Propose that Mr Li own 70% of this company. Dan, Steve, LiShan split the remainder. Dan owns FW.
- We could even make Blount buy from this company in the USA thus we would reduce the payment issues Mr. Li is having with Blount.



Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 Page91

- Visiting 30 OE customers next month. Going to offer top 300 or 1800 parts made. Need to offer a 2 year price guarantee. Can raise prices after this period. It gets us in the door.
- What does Mr. Li think about quoting new OE parts?

- Visiting big farm stores next month. Want to offer the 22 ton, 28 ton and potential 35 ton. Also need to offer a full "farm" line up. Including Post Hole Digger, fencing, gating, post pounders, quick hitches, etc. Need to offer a 2 year guarantee. Is Mr. Li OK with this strategy?

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 Page92

# LiBanjo direct Product Flow

CIU production cost $466.72
vs quotes of $503.35

CIU

LiBanjo 團隊合作

$36.63 profit for CIU on production .

CIU sells to LiBanjo for $505 without oils.

LiBanjo pays for filter base and decals as well as shipping. $80

Total profit less than $131 per splitter due to higher expenses.

**Why this won't work - Cons:**
**Insurance will be difficult/impossible to get.**
**Confidence in foreign owned company.**
**Customer may not purchase from us because they can not sue a Chinese company.**
**Can not use for EB5 investment.**
**Company could never be sold in the US without a formal JV agreement. Renting warehouse space impossible. No equity for USA employees. Can not pursue this option.**

TSC
TRACTOR SUPPLY CO

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 Page93

# Product Flow with Pass Through Company

CIU production cost $466.72
vs quotes of $503.35

CIU

LiBanjo
團隊合作

$36.63 profit for CIU on production .

CIU sells to LiBanjo (pass through) for $505 without oils.

FW pays for filter base and decals as well as shipping. $80

Total profit of $131 per splitter.

**Pros:**
**Could allow for EB5.**
**Employees in the US have more confidence, more likely to do good work at lower cost.**
**Tax incentives. FW can get insurance and bank loans easier.**
**More likely to get more customers.**
**Avoids legal issues. Creates legal accountability in the US.**
**Important for customers.**
**Can get credit and DUNS number.**

TSC TRACTOR SUPPLY CO

**"Frictionless World"**

Total profit in FW only 5-10% net to grow all business, remainder back to LiBanjo/CIU

Case:19-01281-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 Page94

- Lowers total tax burden.
- Mr. Li pays a lower percent in China and US.
- Estimated Total profit for LiBanjo = $3.5 million USD per year once we reach 30,000 splitters. Makes four times the amount of profit he currently makes on just splitter parts. Assumes Speeco / Blount business is routed through new company.
- Mr. Li total profit margin = 28% on a larger sales number!! Much better than just selling parts!
- Gives Mr. a company he is the majority owner of in the USA. Can pass this on to his family after the investment period is over. Allows for USA citizenship for children.

Case:19-01128-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 Page95

# Key Splitter Sales Points

- Must go to market around $700.
- Must be able to add oils in the US.
- Keep some parts sourced in the US so that we can claim domestic components. FW will buy these and send to CIU.
- Packaging and hardware is very important!!
- Inform Blount of new company for routing PO's, stop selling to them.
- Have to show completed splitters to TSC in October!! Need final parts tested soon!

**From:** yingelei <yingelei@sina.com>
**Sent:** Wednesday, December 26, 2012 9:48 PM EST
**To:** Dan Banjo <dbanjo@frictionlessworld.com>
**Subject:** 答复: Contents of Confrence call

Dan
Another two accounts should be offered to me .
For addition, Mr. Lee suggest that EB5 can be discussed after company setting up.
When you were here, please take draft of document for company registration .
Thanks
Allen

---

**发件人:** Dan Banjo [mailto:dbanjo@frictionlessworld.com]
**发送时间:** 2012年12月27日 3:19
**收件人:** Allen
**主题:** FW: Contents of Confrence call

Allen,
We got the first $100k transfer thanks. Do you need more bank accounts or are you going to put the remainder in the same two accounts? Please let me know as soon as possible. Also can you answer these questions?

- Please provide me the official name of: 1) CIU, 2) CIU's official address, 3) Mr Li's official name and home address, 4) Franks official name and address, 5) Tracey's official name and address. I will start working on the EB5 end of the project.
- When will Mr. Li have the next 1000 log splitter parts completed? I'd like to get 2000 units here as soon as we can.

I am meeting with a lawyer tomorrow to draw up the legal documents the way Mr Li wants them.
Thanks
Dan

---

**From:** Dan Banjo
**Sent:** Wednesday, December 19, 2012 2:11 PM
**To:** 'yingelei'
**Subject:** RE: Contents of Confrence call

Allen,

Please let Mr. Li know that I fundamentally agree with the structure. Also let him know that:

- I contacted a lawyer today to start drafting up the agreement. I will get a quote on the approximate cost of this work and let you know what it is.
- It does not look like Will is going to come back. I have interviewed about 10 engineers and I will make one an offer this week. We need an engineer to finish a bunch of the work that Will didn't finish.
- I have interviewed several marketing/graphic artist people. I will contract one to create our brochures and the owners manuals for the log splitters starting in January per our discussion.
- I will author a job description for a certified accountant. I will start interviewing over the next few weeks and per our discussion we will hire someone in January when we need them.

Couple of questions:

- Have you started any money transfers for October and November?
- Please provide me the official name of: 1) CIU, 2) CIU's official address, 3) Mr Li's official name and home address, 4) Franks official name and address, 5) Tracey's official name and address. I will start working on the EB5 end of the project.
- When will Mr. Li have the next 1000 log splitter parts completed? I'd like to get 2000 units here as soon as we can.

Thanks,
Dan

---

**From:** yingelei [mailto:yingelei@sina.com]
**Sent:** Sunday, December 16, 2012 7:29 PM
**To:** Dan Banjo
**Subject:** Contents of Confrence call

Dan
Here are main points of contents of Mr. Lee's conference call

一、 Meeting with Blount

1、 There is no big progress from this meeting, except rising price.
2、 There will be an contract until 21st Dec, but Mr. Lee will not sign it.

二、 Production

1、 Harrow spikes will LCL with Mark's goods but shipping fee need be lower than standard.
2、 We will continue production on hands and as well as new orde[rs] lower down of TSC's progress which Blount is staring and will please focus on other market.

Exhibit
26

三、 Organization of new company

1、 Basically Mr. Lee will invest 1 million into new company and shares 85% which means you have to put at least 170 thousand and share 15%。Each year Mr.Lee will give bonus from his share to three person including you Lishan and Steve. If they would like to invest money and have shares we will discuss again.
2、 We will start to send you money this week via several times because government controlling.
3、 Please review lawyer again to split out for yourself and for companies.
4、 Keep doing this and make decision unless big issues.
5、 Prepare to set up company on Dec.

四、 Operation

1、 Keep sale products to customer but never mention CIU's name.
2、 Tell TSC that we will sign contract until our companied setting up on Dec.
3、 Hire an engineer before asking will if he can join in again. Hire marketing person until next year.

If you have any questions please let me know
Allen

---

**发件人:** Dan Banjo [mailto:dbanjo@frictionlessworld.com]
**发送时间:** 2012年12月16日 9:06
**收件人:** Yingelei
**主题:** Re: Number of splitters?

Has he had a chance to review everything I sent? I can talk to you tonight if you want.
Thanks

Sent from my iPhone

On Dec 15, 2012, at 5:56 PM, "Yingelei" < yingelei@sina.com> wrote:

> Dan
> Mr lee asked if you had time to get my call at 10am Beijing time
> Thanks
> Allen
>
> From Allen's iPhone
>
> 在 Dec 16, 2012，12:58 AM，Dan Banjo <dbanjo@frictionlessworld.com> 写道：
>
>> Allen,
>> When will you have all of the parts for the first 500 splitters at CIU? I need to know so that we can plan the shipments. Also I need to order two more decals and bring them over with me.
>> Need Mr Li to approve.

**From:** Allen Yin <yingelei@sina.com>
**Sent:** Tuesday, March 26, 2013 3:34 AM EDT
**To:** Dan Banjo <dbanjo@frictionlessworld.com>; 07frankli <07frankli@163.com>
**Subject:** Re: A few items

Dan
As far as now, it seems the amount is almost the same, I will further confirm the first several transfer without my handling.
Please help me to check if there are any money transferred before 11th July.
Mr. Lee will transfer money this week. Please record them before new company's setting up.
We received updated documents this morning. One thing should be noticed by you is that we would change the investor from Mr. Lee to our new investing company. Please ask suggestion from lawyer.
Further more, Mr. Lee is wondering if all the documents can be translated into Chinese and we will sign the Bi-language version. Please ask for time and fee.
If there is no enough time for you here, please continue to deal with the document.
Thanks

Allen Yin

**From:** Dan Banjo
**Date:** 2013-03-26 10:28
**To:** Frank; Allen
**Subject:** A few items

Allen,

I have a couple of items:

1. Have you received confirmation on the number and amount of transfers Mr. Li has made to date from the bankers? If so please forward the information to me so I can reconcile with our records.
2. I spoke with TSC they want me to ship out splitters to their stores this week. This will be very expensive because I have to ship all of the splitters individually to each store. Can you prepare another transfer immediately to the two bank account below? I realize that this will reduce the amount Mr Li funds the company by $100k but we need the money now to do the following:
   a. TSC store test $20k
   b. Shipping scale and strapping equipment $5k
   c. Menards line review $5K
   d. Home Depot review $5k
   e. Purchase more decals, filters and filter bases $20k

- Bank Account #4
  - Name: April Smith
  - Bank Name: US Bank
  - Bank Address: 980 W. Dillon Road, Louisville, CO 80027
  - Bank Phone Number: 303-926-3160
  - Account: 203685543159
  - Account type: Savings
  - Routing number: 102000021
  - Swift number: USBKUS44IMT
- Bank Account #5
  - Name: A. E. Smith
  - Bank Name: US Bank
  - Bank Address: 980 W. Dillon Road, Louisville, CO 80027
  - Bank Phone Number: 303-926-3160
  - Account: 103681601490
  - Account type: Checking
  - Routing number: 102000021
  - Swift number: USBKUS44IMT

As you can read from the documents I forwarded earlier they already assume that Mr Li will fund an additional $100K this week. Please advise Mr Li of this so we can move forward with the items above. Thank you very much.

Thanks!
Dan

Exhibit
27

# EB5 Foreign Investment

- Normally a $1 million USD dollar investment per individual.

- Because we moved the new company to a city with less than 20,000 people we can use the targeted investment criteria.  Then the investment is only $500k per person.

- Current population of Louisville, CO is 19,000 people.  Once it goes over 20,000 we must invest $1 million per person.

- Lawyer fees are about $100k per application.

- Moving the office and warehouse to Louisville will save Mr Li $500k for each application for a **total of $1 million!!!**

- Can get both Tracey and Frank applications in by the end of year.



Exhibit
28

# EB5 investment issues

- A foreigner can not simply create a company in the US and then put $1 million in the bank to get a residency.  This is illegal.

- Thus we would need to create two companies.  One Mr Li owns and one that is a "shell company."

- The second would be the one Mr. Li invests in.  This will be the "shell company."  This will be the company that employs the people needed to satisfy the EB5 requirements.  Mr. Li gets his money back after the investment period which is usually 12-15 years.  The longer the better from the government perspective.

- "Shell Company" makes no profit but would be the employer of record to satisfy the EB5 requirements.

- Have lawyers and translators ready to get started next month if Mr. Li approves.



- This is the company that Mr. Li owns.  Dan, Steve, LiShan will also own a portion.
- Everything that CIU makes will be sold to this company in the USA.
- This company sees all of the profit from the sale.
- Must also pay insurance and taxes in the US as well as over head expenses.
- OE parts are also sold to this company.
- Propose that Mr Li own 70% of this company.  Dan, Steve, LiShan split the remainder.
- We could even make Blount buy from this company in the USA thus we would reduce the payment issues Mr. Li is having with Blount.



- Visiting 30 OE customers next month.  Going to offer top 300 or 1800 parts made.  Need to offer a 2 year price guarantee.  Can raise prices after this period.  It gets us in the door.
- What does Mr. Li think about quoting new OE parts?

- Visiting big farm stores next month.  Want to offer the 22 ton, 28 ton and potential 35 ton.  Also need to offer a full "farm" line up.  Including Post Hole Digger, fencing, gating, post pounders, quick hitches, etc.  Need to offer a 2 year guarantee.  Is Mr. Li OK with this strategy?

# "Shell Company"

- This is the company that Mr. Li invests in to get the EB5 application through.
- Investment usually needs to be 12-15 years. Then you get your investment money back if the company is successful.
- Would employ the people necessary to meet the EB5 requirement.
- All of the profits are realized in the LiBanjo company.
- This company designs, patents, insures, warehouses, and delivers the products to the customers like TSC.

# Product Flow

CIU production cost  $466.72
vs quotes of  $503.35

CIU



$36.63 profit for CIU on production .

CIU sells to LiBanjo for $505 without oils.

LiBanjo  pays for filter base  and decals as well as shipping. $80

Total profit of $131 per splitter.

**Cons:**
**Insurance will be difficult to get.**
**Confidence in foreign owned company.**
**Customer may not purchase from us because they can not sue a Chinese company.**
**Can not use for EB5 investment.**
**Company could never be sold in the US without a formal JV agreement.**



# Product Flow with Shell Company

CIU production cost $466.72
vs quotes of $503.35

CIU

$36.63 profit for CIU on production .

CIU sells to LiBanjo for $505 without oils.

LiBanjo pays for filter base and decals as well as shipping. $80

Total profit of $131 per splitter.

**Pros:**
**Allows for EB5.**
**Employees in the US have more confidence, more likely to do good work at lower cost.**
**Tax incentives.**
**More likely to get more customers.**
**Avoids legal issues. Creates legal accountability in the US. Important for customers.**
**Can get credit and DUNS number.**

**“Shell Company”**



- Lowers total tax burden.
- Mr. Li pays a lower percent in China and US.
- Total profit for LiBanjo = $3.5 million USD per year once we reach 30,000 splitters.  Makes four times the amount of profit he currently makes on just splitter parts.
- Mr. Li total profit margin = 28% on a larger sales number!!  Much better than just selling parts!
- Gives Mr. a company he is the majority owner of in the USA.  Can pass this on to his family after the investment period is over.

# Key Splitter Sales Points

- Must go to market around $700.

- Must be able to add oils in the US.

- Keep some parts sourced in the US so that we can claim domestic components.

- Packaging and hardware is very important!!

- Have to show completed splitters to TSC in October!!  Need final parts tested soon!

# EB5 Foreign Investment

- Normally a $1 million USD dollar investment per individual.

- Because we moved the new company to a city with less than 20,000 people we can use the targeted investment criteria.  Then the investment is only $500k per person.

- Current population of Louisville, CO is 19,000 people.  Once it goes over 20,000 we must invest $1 million per person.

- Lawyer fees are about $100k per application.

- Moving the office and warehouse to Louisville will save Mr Li $500k for each application for a **total of $1 million!!!**

- Can get both Tracey and Frank applications in by the end of year.



Exhibit
29

# EB5 investment issues

- A foreigner can not simply create a company in the US and then put $1 million in the bank to get a residency.  This is illegal.

- Thus we must create two companies.  One that Mr. Li and Dan own. This will be called LiBanjo.

- A second that Mr Li invests in.  This will be called Frictionless World. This will be the company that employs the people needed to satisfy the EB5 requirements.  Mr Li gets his money back after the investment period which is usually 12-15 years.  The longer the better from the government perspective.

- Have lawyers and translators ready to get started next month if Mr. Li approves.



- This is the company that Mr Li and Dan owns.  Steve, LiShan will also own a portion.
- Everything that CIU makes will be sold to this company in the USA.
- This company sees all of the profit from the sale.  The second company is a "shell" company.
- Must also pay insurance and taxes in the US as well as over head expenses.
- OE parts are also sold to this company.
- Propose that Mr Li own 70% of this company.  Dan, Steve, LiShan split the remainder.
- We could even make Blount buy from this company in the USA thus we would reduce the payment issues Mr Li is having with Blount.

FrictionlessWorld

- This is the company that Mr. Li invests in to get the EB5 application through.
- Investment usually needs to be 12-15 years. Then you get your investment money back if the company is successful.
- Company must succeed and make “some” money. Enough to employ the necessary amount of people.
- All of the profits are realized in the LiBanjo company.
- This company designs, patents, insures, warehouses, and delivers the products to the customers like TSC.



CIU production cost $466.72 vs quotes of $503.35

CIU

$36.63 profit for CIU on production .

CIU sells to LiBanjo for $505 without oils.

LiBanjo pays for filter base and decals as well as shipping. $80

**Mr Li's total profit: $36.63 + 70%*$95 = $103.13 per splitter!!!**

LiBanjo sells to FW for $680. LiBanjo profit per splitter $95

FW sells to TSC for $700.









- Lowers total tax burden.
- Mr. Li pays a lower percent in China and US.
- Total profit for Mr Li = $3.1 million USD per year once we reach 30,000 splitters.  Makes three times the amount of profit he currently makes on just splitter parts.
- Mr. Li total profit margin = 22% on a larger sales number!!  Much better than just selling parts!
- Gives Mr. a company he is the majority owner of in the USA.  Can pass this on to his family after the investment period is over.

# Key Splitter Sales Points

- Must go to market around $700.

- Must be able to add oils in the US.

- Keep some parts sourced in the US so that we can claim domestic components.

- SpeeCo selling at about $740.

- Packaging and hardware is very important!!

- Have to show completed splitters to TSC in October!!  Need final parts tested soon!

**REMOVED**

**EXHIBIT 30**

Exhibit
30

**From:** yingelei <yingelei@sina.com>
**Sent:** Wednesday, March 27, 2013 6:55 PM EDT
**To:** Dan Banjo <dbanjo@frictionlessworld.com>; Frank <07frankli@163.com>
**Subject:** 回复: Phone call

Dan
As confirmed by mr lee, the invest company will use name of Frank Selina Tracy and my name.
Because mr.lee won,t at office until 9 30 please try to call us at 9 40 pm beijing time
Thanks
Allen

邮件来自三星手机

-------- 原始邮件 --------
发件人： Dan Banjo <dbanjo@frictionlessworld.com>
日期:
收件人： Allen <yingelei@sina.com>,Frank <07frankli@163.com>
主题： Phone call

Allen / Frank

Can I call you on your Thursday morning….my Wednesday evening to finalize the last few items on the documents? I hope to fly to China next Tuesday. I think we need to know:

Final funding agreement numbers. Need to verify funds transferred to date and agree on the revised funding numbers.

Need Mr Li's investment fund name so that the lawyers can modify the documents.

Get the final documents to the translation firm in New York city.

I can call you on Skype tonight.

Thanks!

Dan

Exhibit
31

**From:** yingelei <yingelei@sina.com>
**Sent:** Wednesday, December 26, 2012 9:48 PM EST
**To:** Dan Banjo <dbanjo@frictionlessworld.com>
**Subject:** 答复: Contents of Confrence call

Dan
Another two accounts should be offered to me .
For addition, Mr. Lee suggest that EB5 can be discussed after company setting up.
When you were here, please take draft of document for company registration .
Thanks
Allen

---

**发件人:** Dan Banjo [mailto:dbanjo@frictionlessworld.com]
**发送时间:** 2012年12月27日 3:19
**收件人:** Allen
**主题:** FW: Contents of Confrence call

Allen,
We got the first $100k transfer thanks. Do you need more bank accounts or are you going to put the remainder in the same two accounts? Please let me know as soon as possible. Also can you answer these questions?

- Please provide me the official name of: 1) CIU, 2) CIU's official address, 3) Mr Li's official name and home address, 4) Franks official name and address, 5) Tracey's official name and address. I will start working on the EB5 end of the project.
- When will Mr. Li have the next 1000 log splitter parts completed? I'd like to get 2000 units here as soon as we can.

I am meeting with a lawyer tomorrow to draw up the legal documents the way Mr Li wants them.
Thanks
Dan

---

**From:** Dan Banjo
**Sent:** Wednesday, December 19, 2012 2:11 PM
**To:** 'yingelei'
**Subject:** RE: Contents of Confrence call

Allen,

Please let Mr. Li know that I fundamentally agree with the structure. Also let him know that:

- I contacted a lawyer today to start drafting up the agreement. I will get a quote on the approximate cost of this work and let you know what it is.
- It does not look like Will is going to come back. I have interviewed about 10 engineers and I will make one an offer this week. We need an engineer to finish a bunch of the work that Will didn't finish.
- I have interviewed several marketing/graphic artist people. I will contract one to create our brochures and the owners manuals for the log splitters starting in January per our discussion.
- I will author a job description for a certified accountant. I will start interviewing over the next few weeks and per our discussion we will hire someone in January when we need them.

Couple of questions:

- Have you started any money transfers for October and November?
- Please provide me the official name of: 1) CIU, 2) CIU's official address, 3) Mr Li's official name and home address, 4) Franks official name and address, 5) Tracey's official name and address. I will start working on the EB5 end of the project.
- When will Mr. Li have the next 1000 log splitter parts completed? I'd like to get 2000 units here as soon as we can.

Thanks,
Dan

---

**From:** yingelei [mailto:yingelei@sina.com]
**Sent:** Sunday, December 16, 2012 7:29 PM
**To:** Dan Banjo
**Subject:** Contents of Confrence call

Dan
Here are main points of contents of Mr. Lee's conference call

一、 Meeting with Blount

1、 There is no big progress from this meeting, except rising price.
2、 There will be an contract until 21st Dec, but Mr. Lee will not sign it.

二、 Production

1、 Harrow spikes will LCL with Mark's goods but shipping fee need be lower than standard.
2、 We will continue production on hands and as well as new orde[illegible] lower down of TSC's progress which Blount is staring and will [illegible] please focus on other market.

Exhibit 32

三、 Organization of new company

1、 Basically Mr. Lee will invest 1 million into new company and shares 85% which means you have to put at least 170 thousand and share 15%。Each year Mr.Lee will give bonus from his share to three person including you Lishan and Steve. If they would like to invest money and have shares we will discuss again.
2、 We will start to send you money this week via several times because government controlling.
3、 Please review lawyer again to split out for yourself and for companies.
4、 Keep doing this and make decision unless big issues.
5、 Prepare to set up company on Dec.

四、 Operation

1、 Keep sale products to customer but never mention CIU's name.
2、 Tell TSC that we will sign contract until our companied setting up on Dec.
3、 Hire an engineer before asking will if he can join in again. Hire marketing person until next year.

If you have any questions please let me know
Allen

---

**发件人:** Dan Banjo [mailto:dbanjo@frictionlessworld.com]
**发送时间:** 2012年12月16日 9:06
**收件人:** Yingelei
**主题:** Re: Number of splitters?

Has he had a chance to review everything I sent? I can talk to you tonight if you want.
Thanks

Sent from my iPhone

On Dec 15, 2012, at 5:56 PM, "Yingelei" <yingelei@sina.com> wrote:

> Dan
> Mr lee asked if you had time to get my call at 10am Beijing time
> Thanks
> Allen
>
> From Allen's iPhone
>
> 在 Dec 16, 2012，12:58 AM，Dan Banjo <dbanjo@frictionlessworld.com> 写道：
>
>> Allen,
>> When will you have all of the parts for the first 500 splitters at CIU? I need to know so that we can plan the shipments. Also I need to order two more decals and bring them over with me. Need Mr Li to approve.

**From:** Hampton Smith <hsmith@frictionlessworld.com>
**Sent:** Friday, April 19, 2019 5:52 PM EDT
**To:** janicejia1983 <janicejia1983@163.com>; Frank - CIU <07frankli@163.com>
**CC:** Dan Banjo <dbanjo@frictionlessworld.com>; Brandon Raso <BRaso@frictionlessworld.com>
**Subject:** 2019 NEW ORDERS - #1 of 4 [Log Splitter Components]
**Attachment(s):** "PO 4004155 108248 Exp_Sept19.pdf","PO 4004156 108248 Exp_Dec19.pdf","PO 4004157 108249 Exp_Jul19.pdf","PO 4004158 108249 Exp_Aug19.pdf","PO 4004159 108249 Exp_Dec19.pdf","PO 4004161 106265 Exp_Sept19.pdf","PO 4004162 106265 Exp_Oct19.pdf","PO 4004164 106265 Exp_Nov19.pdf","PO 4004165 106265 Exp_Dec12.pdf","PO 4004166 108923 Exp_Jul19.pdf","PO 4004168 109401 Exp_Jul19.pdf","PO 4004170 108925 Exp_Jul19.pdf","PO 4004173 108925 Exp_Aug19.pdf","PO 4004150 107079 Exp_Sept19.pdf","PO 4004151 107079 Exp_Oct19.pdf","PO 4004152 107079 Exp_Nov19.pdf","PO 4004153 107079 Exp_Dec19.pdf","PO 4004154 108248 Exp_Aug19.pdf"

**EMAIL #1 of 4**

Janice/Frank –
To ensure future ship dates are met, we are sending PO's for all products through the end of 2019. We trust that by providing these in advance it will be easier for you to purchase components and schedule production.
These quantities and orders closely match the forecasts we have been providing since January.

These orders are in addition to any open PO's already sent to you. I will send you a recap of all open orders early next week.
**There will be a total of 4 emails – please confirm you received all 4 emails, and confirm ship dates.**

**Attached PO's – Log splitter Components**

| PO | Item | Qty | SHIP DATE |
|---|---|---|---|
| 4004157 | 108249 | 100 | 7/1/2019 |
| 4004166 | 108923 | 150 | 7/1/2019 |
| 4004168 | 109401 | 150 | 7/1/2019 |
| 4004170 | 108925 | 150 | 7/1/2019 |
| 4004154 | 108248 | 300 | 8/1/2019 |
| 4004158 | 108249 | 100 | 8/1/2019 |
| 4004173 | 108925 | 100 | 8/1/2019 |
| 4004150 | 107079 | 1100 | 9/1/2019 |
| 4004155 | 108248 | 300 | 9/1/2019 |
| 4004161 | 106265 | 500 | 9/1/2019 |
| 4004151 | 107079 | 600 | 10/1/2019 |
| 4004162 | 106265 | 500 | 10/1/2019 |
| 4004152 | 107079 | 500 | 11/1/2019 |
| 4004164 | 106265 | 200 | 11/1/2019 |
| 4004153 | 107079 | 200 | 12/1/2019 |
| 4004156 | 108248 | 200 | 12/1/2019 |
| 4004159 | 108249 | 200 | 12/1/2019 |
| 4004165 | 106265 | 200 | 12/1/2019 |

**Hampton Smith**
**VP, Operations**
720-287-5182 ext 103    (Office)
678-918-0792    (Cell)
720-287-5172    (Fax)

hsmith@frictionlessworld.com
www.frictionlessworld.com



*The message you received and any attachments (the "Message") may contain confidential, proprietary or privileged information and are only for their intended recipient(s). Do not, directly or indirectly, use, disseminate, distribute, alter or copy the Message. If you have received this message in error, you are prohibited from copying, distributing, or using the information. Please contact the sender immediately by return e-mail and delete the original message from your system.*

Exhibit
33

**From:** Hampton Smith <hsmith@frictionlessworld.com>
**Sent:** Friday, April 19, 2019 5:52 PM EDT
**To:** janicejia1983 <janicejia1983@163.com>; Frank - CIU <07frankli@163.com>
**CC:** Dan Banjo <dbanjo@frictionlessworld.com>; Brandon Raso <BRaso@frictionlessworld.com>
**Subject:** 2019 NEW ORDERS - #2 of 4 [Crated Splitters]
**Attachment(s):** "PO 4004193 Crated Splitter Exp_Sept19.pdf","PO 4004194 Crated Splitter Exp_Oct19.pdf","PO 4004195 Crated Splitter Exp_Nov19.pdf","PO 4004196 Crated Splitter Exp_Dec19.pdf","PO 4004197 BD Crated Exp_Jul19.pdf","PO 4004198 BD Crated Exp_Aug19.pdf","PO 4004199 BD Crated Exp_Sept19.pdf","PO 4004200 BD Crated Exp_Oct19.pdf","PO 4004201 BD Crated Exp_Nov19.pdf","PO 4004202 BD Crated Exp_Dec19.pdf","PO 4003766 Crated Splitter Exp_May19.pdf","PO 4004190 Crated Splitter Exp_Jun19.pdf","PO 4004191 Crated Splitter Exp_Jul19.pdf","PO 4004192 Crated Splitter Exp_Aug19.pdf"

**EMAIL #2 of 4**

Janice/Frank –
*To ensure future ship dates are met, we are sending PO's for all products through the end of 2019. We trust that by providing these in advance it will be easier for you to purchase components and schedule production.*
*These quantities and orders closely match the forecasts we have been providing since January.*

These orders are in addition to any open PO's already sent to you. I will send you a recap of all opens order early next week.
**There will be a total of 4 emails – please confirm you received all 4 emails, and confirm ship dates.**

**Attached PO's - Crated Splitters**

| PO | Item | Qty | SHIP DATE |
|---|---|---|---|
| 4004190 | 100466 | 224 | 6/1/2019 |
| 4004191 | Crated, Multiple Items | Multi | 7/1/2019 |
| 4003766 | Crated, Multiple Items | Multi | 7/1/2019 |
| 4004197 | Black Diamond Crated | Multi | 7/1/2019 |
| 4004192 | Crated, Multiple Items | Multi | 8/1/2019 |
| 4004198 | Black Diamond Crated | Multi | 8/1/2019 |
| 4004193 | Crated, Multiple Items | Multi | 9/1/2019 |
| 4004199 | Black Diamond Crated | Multi | 9/1/2019 |
| 4004194 | Crated, Multiple Items | Multi | 10/1/2019 |
| 4004200 | Black Diamond Crated | Multi | 10/1/2019 |
| 4004195 | Crated, Multiple Items | Multi | 11/1/2019 |
| 4004201 | Black Diamond Crated | Multi | 11/1/2019 |
| 4004196 | Crated, Multiple Items | Multi | 12/1/2019 |
| 4004202 | Black Diamond Crated | Multi | 12/1/2019 |

**Hampton Smith**
**VP, Operations**
720-287-5182 ext 103      (Office)
678-918-0792                  (Cell)
720-287-5172                  (Fax)

hsmith@frictionlessworld.com
www.frictionlessworld.com



*The message you received and any attachments (the "Message") may contain confidential, proprietary or privileged information and are only for their intended recipient(s). Do not, directly or indirectly, use, disseminate, distribute, alter or copy the Message. If you have received this message in error, you are prohibited from copying, distributing, or using the information. Please contact the sender immediately by return e-mail and delete the original message from your system.*

**From:** Hampton Smith <hsmith@frictionlessworld.com>
**Sent:** Friday, April 19, 2019 5:53 PM EDT
**To:** janicejia1983 <janicejia1983@163.com>; Frank - CIU <07frankli@163.com>
**CC:** Dan Banjo <dbanjo@frictionlessworld.com>; Brandon Raso <BRaso@frictionlessworld.com>
**Subject:** 2019 NEW ORDERS - #3 of 4 [Whole Goods]
**Attachment(s):** "PO 4004207 Trimmers Exp_Sept19.pdf","PO 4004208 Trimmers Exp_Oct19.pdf","PO 4004209 Trimmers Exp_Nov19.pdf","PO 4004210 Trimmers Exp_Dec19.pdf","PO 4004211 Tillers Exp_Nov19.pdf","PO 4004212 Tillers Exp_Dec19.pdf","PO_CIU Augers_2019.pdf","PO_CIU PHD'S_2019.pdf","PO_CIU Quick Hitches_2019.pdf","PO_CIU Rough Cuts_2019.pdf","PO 4004203 Chippers Exp_Sept19.pdf","PO 4004204 Chippers Exp_Oct19.pdf","PO 4004205 Chippers Exp_Nov19.pdf","PO 4004206 Chippers Exp_Dec19.pdf"

**EMAIL #3 of 4**

Janice/Frank –
*To ensure future ship dates are met, we are sending PO's for all products through the end of 2019. We trust that by providing these in advance it will be easier for you to purchase components and schedule production.*
*These quantities and orders closely match the forecasts we have been providing since January.*

These orders are in addition to any open PO's already sent to you. I will send you a recap of all open orders early next week.
**There will be a total of 4 emails – please confirm you received all 4 emails, and confirm ship dates.**

**Attached PO's - Whole Goods ( please note that Augers, PHD, Hitches, and Rough Cuts are combined into 4 files)**

| PO | Item | Qty | SHIP DATE |
|---|---|---|---|
| 4004167 | 100498 | 133 | 6/1/2019 |
| 4004169 | 100623 | 50 | 7/1/2019 |
| 4004171 | 100498 | 133 | 8/1/2019 |
| 4004175 | Multi - Augers | Multi | 8/1/2019 |
| 4004203 | 106817/108240 Chipper | 432/432 | 9/1/2019 |
| 4004207 | 101085 | 288 | 9/1/2019 |
| 4004172 | 100623 | 50 | 9/1/2019 |
| 4004176 | Multi - Augers | Multi | 9/1/2019 |
| 4004180 | 102853 Qk Hitch | 50 | 9/1/2019 |
| 4004204 | 106817/108240 Chipper | 216/216 | 10/1/2019 |
| 4004208 | 101085/108493 | 500/1000 | 10/1/2019 |
| 4004160 | 108050/109323 RC | 255/324 | 10/1/2019 |
| 4004174 | 100498 | 133 | 10/1/2019 |
| 4004205 | 106817/108240 Chipper | 216/216 | 11/1/2019 |
| 4004209 | 101085/108493 | 2500/3500 | 11/1/2019 |
| 4004211 | 107555/106145 | 4000/250 | 11/1/2019 |
| 4004163 | 108050/109361/109323 | 340/100/432 | 11/1/2019 |
| 4004178 | Multi - Augers | Multi | 11/1/2019 |
| 4004182 | 102850/102851/102854 | 50/100/50 | 11/1/2019 |
| 4004206 | 106817/108240 Chipper | 216/216 | 12/1/2019 |
| 4004210 | 101085/108493 | 1000/2500 | 12/1/2019 |
| 4004212 | 107555 | 3000 | 12/1/2019 |

**Hampton Smith**
**VP, Operations**
720-287-5182 ext 103 (Office)
678-918-0792 (Cell)
720-287-5172 (Fax)

hsmith@frictionlessworld.com
www.frictionlessworld.com

*The message you received and any attachments (the "Message") may contain confidential, proprietary or privileged information and are only for their intended recipient(s). Do not, directly or indirectly, use, disseminate, distribute, alter or copy the Message. If you have received this message in error, you are prohibited from copying, distributing, or using the information. Please contact the sender immediately by return e-mail and delete the original message from your system.*

**From:** Hampton Smith <hsmith@frictionlessworld.com>
**Sent:** Friday, April 19, 2019 5:53 PM EDT
**To:** janicejia1983 <janicejia1983@163.com>; Frank - CIU <07frankli@163.com>
**CC:** Dan Banjo <dbanjo@frictionlessworld.com>; Brandon Raso <BRaso@frictionlessworld.com>
**Subject:** 2019 NEW ORDERS - #4 of 4 [Direct Shipments]
**Attachment(s):** "PO 4004137_Mid-States 00003757.pdf","PO 4004138_Mid-States 00003755.pdf","PO 4004139_Mid-States 00003744.pdf","PO 4004140_Mid-States 00003741.pdf","PO 4004142_Mid-States 00003740.pdf","PO 4004143_Mid-States 00003742.pdf","PO 4004144_Mid-States 00003748.pdf","PO 4004145_Mid-States 00003753.pdf","PO 4004146_Mid-States 00003790.pdf","PO 4004147_Mid-States 00003789.pdf","PO 4004148_Mid-States 00003787.pdf","PO 4004149_Mid-States 00003786.pdf","PO 4004177 MidStates 00003766.pdf","PO 4004179 MidStates 00003754.pdf","PO 4004181 MidStates 00003762.pdf","PO 4004183 MidStates 00003810.pdf","PO 4004184 MidStates 00003797.pdf","PO 4004185 MidStates 00003795.pdf","PO 4004186 MidStates 00003770.pdf","PO 4004187 MidStates 00003765.pdf","PO 4004188 MidStates 00003784.pdf","PO 4004189 MidStates 00003745.pdf","PO 4004128_Mid-States 00003783.pdf","PO 4004129_Mid-States 00003756.pdf","PO 4004130_Mid-States 00003750.pdf","PO 4004131_Mid-States 00003746.pdf","PO 4004132_Mid-States 00003743.pdf","PO 4004133_Mid-States 00003739.pdf","PO 4004134_Mid-States 00003764.pdf","PO 4004135_Mid-States 00003761.pdf","PO 4004136_Mid-States 00003759.pdf"

**EMAIL #4 of 4**

**This set of PO's are Mid States Direct Shipments – you will continue to receive these over time as Mid States provides new PO's. I will provide the forecast again for remaining Mid-States orders.**

Janice/Frank –
*To ensure future ship dates are met, we are sending PO's for all products through the end of 2019. We trust that by providing these in advance it will be easier for you to purchase components and schedule production.*
*These quantities and orders closely match the forecasts we have been providing since January.*

These orders are in addition to any open PO's already sent to you. I will send you a recap of all open orders early next week.
**There will be a total of 4 emails – please confirm you received all 4 emails, and confirm ship dates.**

**Attached PO's - Direct Shipments**

| PO | Item | Qty | SHIP DATE |
|---|---|---|---|
| 4004128 | 108246 | 77 | 7/10/2019 |
| 4004134 | 108245 | 79 | 7/10/2019 |
| 4004135 | 108245 | 79 | 7/10/2019 |
| 4004136 | 108245 | 79 | 7/10/2019 |
| 4004137 | 108245 | 79 | 7/10/2019 |
| 4004138 | 108245 | 79 | 7/10/2019 |
| 4004139 | 108245 | 79 | 7/10/2019 |
| 4004148 | 108247 | 60 | 7/10/2019 |
| 4004149 | 108246 | 77 | 7/10/2019 |
| 4004183 | 108247 | 60 | 7/10/2019 |
| 4004184 | 108245 | 79 | 7/10/2019 |
| 4004185 | 108245 | 79 | 7/10/2019 |
| 4004189 | 108246 | 77 | 7/10/2019 |
| 4004140 | 108245 | 79 | 7/13/2019 |
| 4004187 | 108245 | 79 | 7/13/2019 |
| 4004132 | 108245 | 79 | 7/17/2019 |
| 4004130 | 108245 | 79 | 7/30/2019 |
| 4004177 | 108246 | 77 | 7/30/2019 |
| 4004129 | 108245 | 79 | 8/4/2019 |
| 4004131 | 108245 | 79 | 8/10/2019 |
| 4004143 | 108246 | 77 | 8/10/2019 |
| 4004145 | 108246/108248 | 47/30 | 8/11/2019 |
| 4004181 | 108247/108246 | 25/50 | 8/12/2019 |
| 4004186 | 108245 | 79 | 8/12/2019 |
| 4004133 | 108245 | 79 | 8/17/2019 |
| 4004188 | 108245 | 79 | 9/25/2019 |
| 4004147 | 108245 | 79 | 10/1/2019 |
| 4004144 | 108246 | 77 | 10/8/2019 |
| 4004146 | 108245 | 79 | 11/3/2019 |
| 4004142 | 108245 | 79 | 11/24/2019 |
| 4004179 | 108245 | 79 | 12/7/2019 |

**Hampton Smith**
**VP, Operations**
720-287-5182 ext 103 (Office)
678-918-0792 (Cell)
720-287-5172 (Fax)

hsmith@frictionlessworld.com

www.frictionlessworld.com



*The message you received and any attachments (the "Message") may contain confidential, proprietary or privileged information and are only for their intended recipient(s). Do not, directly or indirectly, use, disseminate, distribute, alter or copy the Message. If you have received this message in error, you are prohibited from copying, distributing, or using the information. Please contact the sender immediately by return e-mail and delete the original message from your system.*

**Historical Log Splitter Costs**

| Model | Program Volume 2014-2018 | CURRENT PN | NEW PN | 2013 Price $ | 2013 Purchase Volume | 2014 Price $ | 2014 Purchase Volume | 2015 Price $ | 2015 Purchase Volume | 2016 Price $ | 2016 Purchase Volume | 2017 Price $ | 2017 Purchase Volume | 2018 Price $ | 2018 Purchase Volume | Program Volume 2013-2018 | 2013 to 2018: $ Spent at Actual Pricing | 2013 to 2018: *$Difference if 2014-2018 charged at corrected 2019 Pricing* | 2013 to 2018: DELTA | 2019 Price $ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DHT Branded** | | | | | | | | | | | | | | | | | | | | | |
| 3PT log splitter | 539 | 100450 | | | | $300.00 | 171 | $300.00 | 133 | $285.00 | 170 | $285.00 | 31 | $285.00 | 101 | 606 | $177,270 | $163,620 | $13,650 | $270.00 | **used 100450 new pricing for comparison** |
| 22T DHT Kohler log splitter wood crate | 4,418 | 100171 | | $544.00 | 910 | $544.00 | 745 | $544.00 | 1,518 | $529.00 | 853 | $502.00 | 120 | $502.00 | 623 | 4,769 | $2,550,335 | $2,193,740 | $356,595 | | **used 108357 new pricing for comparison** |
| 27T DHT Kohler log splitter wood crate | 9,168 | 100408 | | $558.76 | 3,069 | $558.76 | 5,740 | $554.00 | 840 | $539.00 | 642 | $512.00 | 32 | $512.00 | 323 | 10,646 | $5,915,275 | $4,897,160 | $1,018,115 | | **used 108357 new pricing for comparison** |
| 28T DHT Kohler log splitter wood crate | 2,727 | 100342 | | $687.00 | 297 | $687.00 | 883 | $687.00 | 581 | $642.50 | 1,045 | $642.50 | 127 | $642.50 | 301 | 3,234 | $2,156,210 | $1,940,400 | $215,810 | $600.00 | **used 100342 new pricing for comparison** |
| 35T DHT Kohler log splitter wood to metal crate in 2019 | 3,529 | 100466 | | | 0 | $731.81 | 862 | $731.10 | 896 | $731.10 | 46 | $690.00 | 38 | $690.00 | 246 | 2,088 | $1,515,476 | $1,252,800 | $262,676 | $600.00 | **used 100466 new pricing for comparison** |
| OPP Full Beam log splitter wood to metal crate in 2019 | 288 | 100950 | 107973 | | 0 | | 0 | $511.00 | 375 | | | | | $490.00 | | 375 | $191,625 | $163,125 | $28,500 | $435.00 | **used 100950 new pricing for comparison** |
| 1/2 Beam log splitter wood to metal crate in 2019 | 288 | 101278 | 107972 | | 0 | | 0 | $500.00 | 190 | | | | | $475.00 | 442 | 632 | $304,950 | $268,600 | $36,350 | $425.00 | **used 101278 new pricing for comparison** |
| 30T DHT Kohler log splitter metal crate | | 108357 | | | | | | | | | | | | | | | | | | $460.00 | |
| 35T DHT Briggs log splitter metal crate | | 108358 | | | | | | | | | | | | | | | | | | $570.00 | |
| 40T DHT Kohler log splitter metal crate | | 108359 | | | | | | | | | | | | | | | | | | $625.00 | |
| | | | | | | | | | | | | | | | | | **$12,811,141** | **$10,879,445** | **$1,931,696** | | |
| **Lowes Branded** | | | | | | | | | | | | | | | | | | | | | |
| 22T Lowes log splitter wood crate | 30,524 | 101507 | | | | $539.00 | 15,260 | $539.00 | 15,400 | | | | | | | 30,660 | $16,525,740 | $14,103,600 | $2,422,140 | | **used 108357 new pricing for comparison** |
| 27T Lowes log splitter wood crate | 14,856 | 101561 | | | | $564.23 | 4,900 | $564.23 | 8,470 | $564.23 | 1,576 | | | | | 14,946 | $8,432,982 | $6,875,160 | $1,557,822 | | **used 108357 new pricing for comparison** |
| 35T Lowes log splitter wood crate | 1,006 | 101900 | | | | $765.82 | 0 | $765.82 | 3,192 | | | | | | | 3,192 | $2,444,497 | $1,915,200 | $529,297 | | **used 100466 new pricing for comparison** |
| 22T Lowes LS Assembled | 7,059 | 106080 | | | | | | | | $465.00 | 8,075 | $465.00 | | | | 8,075 | $3,754,875 | $3,714,500 | $40,375 | | **used 107079 new pricing for comparison** |
| 27T Lowes LS Assembled | 2,917 | 106264 | | | | | | | | $494.00 | 6,720 | $494.00 | | | | 6,720 | $3,319,680 | $3,091,200 | $228,480 | | **used 107079 new pricing for comparison** |
| 25T Lowes LS Assembled | 5,614 | 107036 | | | | | | | | | | $465.00 | 6,500 | $465.00 | 5,000 | 11,500 | $5,347,500 | $5,290,000 | $57,500 | | **used 107079 new pricing for comparison** |
| 30T Lowes LS Assembled | 2,597 | 107079 | | | | | | | | | | | | $494.00 | 3,950 | 3,950 | $1,951,300 | $1,817,000 | $134,300 | $460.00 | **used 107079 new pricing for comparison** |
| 35T Lowes LS Assembled | | 106265 | | | | | | | | | | | | | | | | | | $590.00 | |
| | | | | | | | | | | | | | | | | | **$41,776,574** | **$36,806,660** | **$4,969,914** | | |
| **Black Diamond Branded** | | | | | | | | | | | | | | | | | | | | | |
| 25T Briggs log splitter metal crate | 5,323 | 108245 | | | | | | | | | | | | $450.00 | 5,875 | 5,875 | $2,643,750 | $2,511,563 | $132,188 | $427.50 | **used 108245 new pricing for comparison** |
| 30T Briggs log splitter metal crate | 1,200 | 108246 | | | | | | | | | | | | $500.00 | 1,200 | 1,200 | $600,000 | $570,000 | $30,000 | $475.00 | **used 108246 new pricing for comparison** |
| 35T Briggs log splitter metal crate | 1,006 | 108247 | | | | | | | | | | | | $600.00 | 1,246 | 1,246 | $747,600 | $710,220 | $37,380 | $570.00 | **used 108247 new pricing for comparison** |
| 27T Honda log splitter assembled | 965 | 108248 | | | | | | | | | | | | $282.94 | 1,200 | 1,200 | $339,528 | $322,548 | $16,980 | $268.79 | **used 108248 new pricing for comparison** |
| 37T Honda log splitter assembled | 204 | 108249 | | | | | | | | | | | | $342.68 | 400 | 400 | $137,072 | $130,220 | $6,852 | $325.55 | **used 108249 new pricing for comparison** |
| 3PT log splitter | 180 | 108250 | | | | | | | | | | | | $285.00 | 180 | 180 | $51,300 | $48,735 | $2,565 | $270.75 | **used 108250 new pricing for comparison** |
| | | | | | | | | | | | | | | | | | **$4,519,250** | **$4,293,286** | **$225,965** | | |
| | | | | | | | | | | | | | | | | | **$59,106,965** | **$51,979,391** | **$7,127,574** | | |

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 153

Exhibit
34



ImportGenius.com
info@importgenius.com
Toll Free: 855-573-9976
International: +1 480-745-3396

| PRODUCT DESCRIPTION | CONSIGNEE | SHIPPER | ARRIVAL DATE | GROSS WEI | GROSS WEIGHT (KG) | FOREIGN PORT | US PORT |
|---|---|---|---|---|---|---|---|
| FORESTRY MACHINERY ACCESSORIESFORESTRY M | SPEECO INC Special Pro | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/12/2012 | 128150 | 58250 | Shanghai | Los Angeles, California |
| FORESTRY MACHINERY ACCESSORIESFORESTRY M | SPEECO INC Special Pro | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/12/2012 | 128590 | 58450 | Shanghai | Los Angeles, California |
| FORESTRY MACHINERY ACCESSORIESFORESTRY M | SPEECO INC Special Pro | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/12/2012 | 214368 | 97440 | Pusan | Los Angeles, California |
| FORESTRY MACHINERY ACCESSORIESFORESTRY M | SPEECO INC Special Pro | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/12/2012 | 214280 | 97400 | Pusan | Los Angeles, California |
| FORESTRY MACHINERY ACCESSORIESFORESTRY M | SPEECO INC Special Pro | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/12/2012 | 128788 | 58540 | Pusan | Los Angeles, California |
| TRACTOR PARTSTRACTOR PARTSTRACTOR PARTS | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/18/2012 | 171182 | 77810 | Shanghai | Los Angeles, California |
| LAWN MOWER PARTSLAWN MOWER PARTSLAWN M | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/24/2012 | 214236 | 97380 | Shanghai | Long Beach, California |
| LAWN MOWER PARTSLAWN MOWER PARTSLAWN M | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/24/2012 | 177518 | 80690 | Shanghai | Long Beach, California |
| MACHINERY PARTS | SPEECO INC Special Pro | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/26/2012 | 2376 | 1080 | Shanghai | Seattle, Washington |
| MACHINERY PARTS & ACCESSORIES | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/30/2012 | 42768 | 19440 | Shanghai | Los Angeles, California |
| MACHINERY PARTS&ACCESSORMACHINERY PARTS | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/01/2012 | 214148 | 97340 | Pusan | Los Angeles, California |
| MACHINERY PARTS & ACCESSORIESMACHINERY PA | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/06/2012 | 227814 | 103552 | Shanghai | Los Angeles, California |
| MACHINERY PARTS & ACCESSORIESMACHINERY PA | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/06/2012 | 214346 | 97430 | Shanghai | Long Beach, California |
| MACHINERY PARTS & ACCESSORIESMACHINERY PA | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/06/2012 | 213928 | 97240 | Shanghai | Long Beach, California |
| MACHINERY PARTS & ACCESSORIESMACHINERY PA | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/06/2012 | 196636 | 89380 | Shanghai | Long Beach, California |
| MACHINERY PARTS & ACCESSORIES | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/16/2012 | 41976 | 19080 | Shanghai | Seattle, Washington |
| MACHINERY PARTS&ACCESSORIESMACHINERY PAR | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/17/2012 | 213664 | 97120 | Shanghai | Long Beach, California |
| MACHINERY PARTS & ACCESSORIESMACHINERY PA | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/25/2012 | 214192 | 97360 | Shanghai | Seattle, Washington |
| MACHINERY PARTS & ACCESSORIESMACHINERY PA | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/25/2012 | 214104 | 97320 | Shanghai | Seattle, Washington |
| MACHINERY PARTS & ACCESSORIESMACHINERY PA | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/25/2012 | 214390 | 97450 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/05/2012 | 214258 | 97390 | Shanghai | Los Angeles, California |
| AGRICULTUGAL MACHINERY PARTSAGRICULTUGAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/05/2012 | 214324 | 97420 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/10/2012 | 213730 | 97150 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/10/2012 | 214346 | 97430 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/17/2012 | 214060 | 97300 | Shanghai | Los Angeles, California |
| AGRICULUTRAL MACHINERY PARTSAGRICULUTRAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/17/2012 | 214302 | 97410 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/18/2012 | 171446 | 77930 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/18/2012 | 214236 | 97380 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/19/2012 | 214456 | 97480 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/20/2012 | 69784 | 31720 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/28/2012 | 214049 | 97295 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/28/2012 | 214511 | 97505 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHIENRY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/01/2012 | 214511 | 97505 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/01/2012 | 214236 | 97380 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PART(WHEEL)AGRICUL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/02/2012 | 107712 | 48960 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/06/2012 | 171380 | 77900 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHIENERY PARTSAGRICULTURA | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/06/2012 | 113388 | 51540 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/07/2012 | 214500 | 97500 | Shanghai | Los Angeles, California |

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 Page125 of 153

Exhibit 35

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/09/2012 | 214500 | 97500 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/09/2012 | 214016 | 97280 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/12/2012 | 214236 | 97380 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/14/2012 | 214192 | 97360 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/14/2012 | 214324 | 97420 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/15/2012 | 214302 | 97410 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/15/2012 | 38038 | 17290 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/15/2012 | 170148 | 77340 | Shanghai | Los Angeles, California |
| LOG SPLITTERLOG SPLITTERLOG SPLITTERLOG SP | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/16/2012 | 106920 | 48600 | Shanghai | Tacoma, Washington |
| LOG SPLITTERLOG SPLITTERLOG SPLITTERLOG SP | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/16/2012 | 106920 | 48600 | Shanghai | Tacoma, Washington |
| AGRICULTRUAL MACHINERY PARTSAGRICULTRUAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/16/2012 | 214522 | 97510 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/17/2012 | 214522 | 97510 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/17/2012 | 213939 | 97245 | Shanghai | Long Beach, California |
| AGRICULTRUAL MACHINERY PARTSAGRICULTRUAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/18/2012 | 214434 | 97470 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/23/2012 | 42768 | 19440 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/23/2012 | 171402 | 77910 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/23/2012 | 214192 | 97360 | Shanghai | Long Beach, California |
| AGRICULTRUAL MACHINER PARTSAGRICULTRUAL M | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/23/2012 | 128502 | 58410 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/27/2012 | 208032 | 94560 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/30/2012 | 214302 | 97410 | Shanghai | Tacoma, Washington |
| CUTTING TOOLSCUTTING TOOLSCUTTING TOOLSCU | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/30/2012 | 214390 | 97450 | Shanghai | Los Angeles, California |
| AGRICULTRUAL MACHINERY PARTSAGRICULTRUAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/05/2012 | 214456 | 97480 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/05/2012 | 42900 | 19500 | Shanghai | Long Beach, California |
| AGRICULTRUAL MACHINERY PARTSAGRICULTRUAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/09/2012 | 211926 | 96330 | Shanghai | Tacoma, Washington |
| AGRICULTRUAL MACHINERY PARTSAGRICULTRUAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/09/2012 | 214390 | 97450 | Shanghai | Long Beach, California |
| AGRICULTRUAL MACHINERY PARTSAGRICULTRUAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/09/2012 | 214170 | 97350 | Shanghai | Long Beach, California |
| AGRICULTRUAL MACHINERY PARTSAGRICULTRUAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/09/2012 | 214148 | 97340 | Shanghai | Long Beach, California |
| AGRICULTRUAL MACHINERY PARTS | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/14/2012 | 43142 | 19610 | Shanghai | Tacoma, Washington |
| AGRICULTRUAL MACHINERY PARTSAGRICULTRUAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/14/2012 | 213334 | 96970 | Shanghai | Tacoma, Washington |
| AGRICULTRUAL MACHINERY PARTSAGRICULTRUAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/14/2012 | 214082 | 97310 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY PARTAGRICULTURAL M | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/19/2012 | 85756 | 38980 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTSAGRICULTURAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/19/2012 | 128370 | 58350 | Shanghai | Los Angeles, California |
| AGRICULTRUAL MACHINERY PARTSAGRICULTRUAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/23/2012 | 214456 | 97480 | Shanghai | Long Beach, California |
| AGRICULTRUAL MACHINERY PARTSAGRICULTRUAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/30/2012 | 214522 | 97510 | Shanghai | Los Angeles, California |
| AGRICULTRUAL MACHINERY PARTSAGRICULTRUAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/04/2012 | 214258 | 97390 | Shanghai | Tacoma, Washington |
| AGRICULTRUAL MACHINERY PARTSAGRICULTRUAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/04/2012 | 171182 | 77810 | Shanghai | Tacoma, Washington |
| AGRICULTRUAL MACHINERY PARTSAGRICULTRUAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/05/2012 | 171402 | 77910 | Shanghai | Long Beach, California |
| AGRICULTRUAL MACHINERY PARTSAGRICULTRUAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/05/2012 | 214104 | 97320 | Shanghai | Long Beach, California |
| AGRICULTRUAL MACHINERY PARTSAGRICULTRUAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/05/2012 | 206492 | 93860 | Shanghai | Long Beach, California |
| AGRICULTRUAL MACHINERY PARTSAGRICULTRUAL | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/05/2012 | 193512 | 87960 | Shanghai | Long Beach, California |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/09/2012 | 214412 | 97460 | Shanghai | Los Angeles, California |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/09/2012 | 214434 | 97470 | Shanghai | Los Angeles, California |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/11/2012 | 214280 | 97400 | Shanghai | Tacoma, Washington |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/12/2012 | 214456 | 97480 | Shanghai | Long Beach, California |

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 Page 126 of 153

| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/12/2012 | 214412 | 97460 | Shanghai | Long Beach, California |
|---|---|---|---|---|---|---|---|
| AGRICULTRUAL MACHINERY AGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/13/2012 | 214489 | 97495 | Shanghai | Los Angeles, California |
| AGRICULTRUAL MACHINERY AGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/13/2012 | 214280 | 97400 | Shanghai | Los Angeles, California |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/16/2012 | 214434 | 97470 | Shanghai | Los Angeles, California |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/16/2012 | 214456 | 97480 | Shanghai | Los Angeles, California |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/16/2012 | 214489 | 97495 | Shanghai | Los Angeles, California |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/16/2012 | 214544 | 97520 | Shanghai | Los Angeles, California |
| AGRICULTRUAL MACHNERYAGRICULTRUAL MACHN | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/18/2012 | 214302 | 97410 | Shanghai | Tacoma, Washington |
| LOG SPLITTERLOG SPLITTERLOG SPLITTER | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/19/2012 | 80190 | 36450 | Shanghai | Long Beach, California |
| AGRICULTRUAL MACHNINERYAGRICULTRUAL MACH | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/25/2012 | 214346 | 97430 | Shanghai | Los Angeles, California |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/25/2012 | 214368 | 97440 | Shanghai | Los Angeles, California |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/25/2012 | 128722 | 58510 | Shanghai | Tacoma, Washington |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/25/2012 | 128744 | 58520 | Shanghai | Tacoma, Washington |
| LOG SPLITTERLOG SPLITTERLOG SPLITTER | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/26/2012 | 80190 | 36450 | Shanghai | Long Beach, California |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/26/2012 | 214280 | 97400 | Shanghai | Long Beach, California |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/02/2012 | 214544 | 97520 | Shanghai | Tacoma, Washington |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/03/2012 | 198044 | 90020 | Shanghai | Long Beach, California |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/07/2012 | 171402 | 77910 | Shanghai | Los Angeles, California |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/07/2012 | 214500 | 97500 | Shanghai | Los Angeles, California |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/09/2012 | 171534 | 77970 | Shanghai | Tacoma, Washington |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/09/2012 | 171644 | 78020 | Shanghai | Tacoma, Washington |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/14/2012 | 214632 | 97560 | Shanghai | Los Angeles, California |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/14/2012 | 170500 | 77500 | Shanghai | Los Angeles, California |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/16/2012 | 170346 | 77430 | Shanghai | Tacoma, Washington |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/16/2012 | 171050 | 77750 | Shanghai | Tacoma, Washington |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/17/2012 | 170434 | 77470 | Shanghai | Long Beach, California |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/21/2012 | 160160 | 72800 | Shanghai | Los Angeles, California |
| AGRICULTURE MACHINERYAGRICULTURE MACHINE | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/21/2012 | 167442 | 76110 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINARYAGRICULTURAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/21/2012 | 213290 | 96950 | Shanghai | Los Angeles, California |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/23/2012 | 213422 | 97010 | Shanghai | Tacoma, Washington |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/23/2012 | 127952 | 58160 | Shanghai | Tacoma, Washington |
| AGRICULTRUAL MACHINERYAGRICULTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/04/2012 | 169950 | 77250 | Shanghai | Los Angeles, California |
| AGRIUCLTRUAL MACHINERYAGRIUCLTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/06/2012 | 164758 | 74890 | Shanghai | Tacoma, Washington |
| AGRIUCLTRUAL MACHINERYAGRIUCLTRUAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/06/2012 | 126786 | 57630 | Shanghai | Tacoma, Washington |
| AGRICULTRUAL MACHINERY | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/06/2012 | 42834 | 19470 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/13/2012 | 171710 | 78050 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/13/2012 | 171468 | 77940 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/13/2012 | 171116 | 77780 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/18/2012 | 214104 | 97320 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/18/2012 | 214478 | 97490 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/19/2012 | 42108 | 19140 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/22/2012 | 171578 | 77990 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/22/2012 | 170588 | 77540 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/22/2012 | 171138 | 77790 | Shanghai | Tacoma, Washington |

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 153

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/27/2012 | 171446 | 77930 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/27/2012 | 171732 | 78060 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/27/2012 | 171204 | 77820 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/27/2012 | 171424 | 77920 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/01/2012 | 128898 | 58590 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/01/2012 | 128678 | 58490 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/03/2012 | 214478 | 97490 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/03/2012 | 213994 | 97270 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | Blount, Inc. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/03/2012 | 212344 | 96520 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY ASSEMBLYAGRICULTU | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/06/2012 | 159874 | 72670 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/10/2012 | 171490 | 77950 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/10/2012 | 171006 | 77730 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/10/2012 | 214214 | 97370 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/10/2012 | 214126 | 97330 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/10/2012 | 171600 | 78000 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/11/2012 | 171424 | 77920 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/11/2012 | 136686 | 62130 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/14/2012 | 214390 | 97450 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/14/2012 | 171336 | 77880 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/16/2012 | 72666 | 33030 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/17/2012 | 159280 | 72400 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/18/2012 | 22924 | 10420 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/21/2012 | 214390 | 97450 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/21/2012 | 42416 | 19280 | Shanghai | Los Angeles, California |
| AGRICLTURAL MACHINERYAGRICLTURAL MACHINEI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/29/2012 | 194942 | 88610 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/29/2012 | 49091 | 22314 | Shanghai | Los Angeles, California |
| SPACER BUSH | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/02/2012 | 36344 | 16520 | Shanghai | Long Beach, California |
| AGRICULTURAL MCAHINERYAGRICULTURAL MCAHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/02/2012 | 177496 | 80680 | Shanghai | Long Beach, California |
| AGRICULTRAL MACHINERYAGRICULTRAL MACHINEI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/02/2012 | 214302 | 97410 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/02/2012 | 170544 | 77520 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/06/2012 | 212432 | 96560 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/06/2012 | 214170 | 97350 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/06/2012 | 214082 | 97310 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/07/2012 | 41822 | 19010 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/08/2012 | 135454 | 61570 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/09/2012 | 171490 | 77950 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/09/2012 | 213378 | 96990 | Shanghai | Long Beach, California |
| MOTORCYCLE BUTYL RUBERSMOTORCYCLE BUTYI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/10/2012 | 168564 | 76620 | Shanghai | Los Angeles, California |
| MOTORCYCLE BUTYL RUBERSMOTORCYCLE BUTYI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/10/2012 | 166782 | 75810 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/15/2012 | 169554 | 77070 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERYAGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/15/2012 | 160028 | 72740 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/21/2012 | 171116 | 77780 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/21/2012 | 171446 | 77930 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/22/2012 | 28182 | 12810 | Shanghai | Long Beach, California |

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 153

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/22/2012 | 171490 | 77950 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/22/2012 | 202950 | 92250 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/29/2012 | 214236 | 97380 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/29/2012 | 171534 | 77970 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/04/2012 | 25674 | 11670 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/10/2012 | 158158 | 71890 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/10/2012 | 200618 | 91190 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/12/2012 | 170500 | 77500 | Puerto Limon | Port Everglades, Florida |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/12/2012 | 163746 | 74430 | Puerto Limon | Port Everglades, Florida |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/12/2012 | 23936 | 10880 | Puerto Limon | Port Everglades, Florida |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/17/2012 | 206052 | 93660 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/17/2012 | 164758 | 74890 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/19/2012 | 40524 | 18420 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/20/2012 | 211552 | 96160 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/20/2012 | 160402 | 72910 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/26/2012 | 213202 | 96910 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/26/2012 | 212366 | 96530 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/26/2012 | 47674 | 21670 | Shanghai | Los Angeles, California |
| ACCESSORIES FOR LAWN MACHINE ACCESSORIES | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/02/2012 | 213928 | 97240 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/02/2012 | 171468 | 77940 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/02/2012 | 170808 | 77640 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/03/2012 | 214170 | 97350 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/03/2012 | 214302 | 97410 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERU | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/08/2012 | 38984 | 17720 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/10/2012 | 214192 | 97360 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/11/2012 | 40392 | 18360 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/11/2012 | 31262 | 14210 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/14/2012 | 15774 | 7170 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/14/2012 | 43054 | 19570 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY PARTS FREIGHT COLLI | TRACTOR SUPPLY COM | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/17/2012 | 42682 | 19401 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/23/2012 | 206272 | 93760 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/26/2012 | 171622 | 78010 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/26/2012 | 156750 | 71250 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/26/2012 | 32747 | 14885 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/02/2013 | 171336 | 77880 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/02/2013 | 171358 | 77890 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/02/2013 | 170522 | 77510 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/02/2013 | 36476 | 16580 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/06/2013 | 24420 | 11100 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/12/2013 | 127996 | 58180 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/12/2013 | 128601 | 58455 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/14/2013 | 132594 | 60270 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/15/2013 | 212124 | 96420 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/15/2013 | 212806 | 96730 | Shanghai | Long Beach, California |

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 153

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/21/2013 | 30844 | 14020 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS 01 FREIGHT CO | TRACTOR SUPPLY COM | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/28/2013 | 42984 | 19538 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/29/2013 | 36146 | 16430 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/03/2013 | 168388 | 76540 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/03/2013 | 170500 | 77500 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/03/2013 | 171006 | 77730 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/03/2013 | 170082 | 77310 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/05/2013 | 42922 | 19510 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/05/2013 | 40392 | 18360 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/10/2013 | 213884 | 97220 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/10/2013 | 128172 | 58260 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/18/2013 | 27280 | 12400 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/19/2013 | 39182 | 17810 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/19/2013 | 213994 | 97270 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY PARTS 19478.5 KGS 15 | TRACTOR SUPPLY COM | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/23/2013 | 42854 | 19479 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/24/2013 | 213686 | 97130 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/24/2013 | 170786 | 77630 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/25/2013 | 42889 | 19495 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/25/2013 | 35970 | 16350 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/26/2013 | 171380 | 77900 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/26/2013 | 171402 | 77910 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/26/2013 | 170456 | 77480 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/26/2013 | 169422 | 77010 | Shanghai | Long Beach, California |
| ASSY LOG SPLITTER 22 TON ASSY LOG SPLITTER 2 | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/27/2013 | 82883 | 37674 | Shanghai | Oakland, California |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/08/2013 | 34760 | 15800 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/11/2013 | 35244 | 16020 | Shanghai | Tacoma, Washington |
| AGRIC HORT FOREST MACHY LAWN GROUND ROLL | TRACTOR SUPPLY COM | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/11/2013 | 42838 | 19472 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINRY PART 19288 KGS 15.676 | TRACTOR SUPPLY COM | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/16/2013 | 42434 | 19288 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERU AGRICULTURAL MACH | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/18/2013 | 214324 | 97420 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERU AGRICULTURAL MACH | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/25/2013 | 171490 | 77950 | Shanghai | Los Angeles, California |
| AGRICULLTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/25/2013 | 42504 | 19320 | Shanghai | Los Angeles, California |
| AGRIC HORT FOREST MACHY LAWN GROUND ROLL | TRACTOR SUPPLY COM | CHANGZHOU INTER UNIVERSAL | 03/28/2013 | 42634 | 19379 | Shanghai | Savannah, Georgia |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/01/2013 | 42680 | 19400 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/01/2013 | 171446 | 77930 | Shanghai | Los Angeles, California |
| AGRICULTURAL AMCHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/01/2013 | 42944 | 19520 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/03/2013 | 171578 | 77990 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/03/2013 | 159478 | 72490 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/08/2013 | 40744 | 18520 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/09/2013 | 126852 | 57660 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/09/2013 | 125873 | 57215 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/15/2013 | 78474 | 35670 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/15/2013 | 214544 | 97520 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/22/2013 | 111430 | 50650 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/22/2013 | 85030 | 38650 | Shanghai | Long Beach, California |

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 Page 130 of 153

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/29/2013 | 171094 | 77770 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/29/2013 | 127886 | 58130 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/29/2013 | 108570 | 49350 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/04/2013 | 171468 | 77940 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/06/2013 | 171754 | 78070 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS FREIGHT COLLI | TRACTOR SUPPLY COI | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/06/2013 | 43727 | 19876 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS FREIGHT COLLI | TRACTOR SUPPLY COI | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/06/2013 | 43811 | 19914 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/07/2013 | 85734 | 38970 | Shanghai | Long Beach, California |
| 'SHIPPER-S LOAD, COUNT & SEAL' (290CTNS) CY / DI | TRACTOR SUPPLY COI | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/09/2013 | 41604 | 18911 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINRY PART FREIGHT COLLECT | TRACTOR SUPPLY COI | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/13/2013 | 42513 | 19324 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PART FREIGHT COLLE( | TRACTOR SUPPLY COI | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/13/2013 | 42590 | 19359 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/13/2013 | 194392 | 88360 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/14/2013 | 85756 | 38980 | Shanghai | Long Beach, California |
| AGRICULTURAL INV#13TS0424CIU THIS SHIPMENT C | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/19/2013 | 131373 | 59715 | Shanghai | Oakland, California |
| AGRICULTURAL INV#13TS0424-2CIU THIS SHIPMENT | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/19/2013 | 131373 | 59715 | Shanghai | Oakland, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/20/2013 | 122254 | 55570 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/21/2013 | 85844 | 39020 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/27/2013 | 171446 | 77930 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/29/2013 | 85228 | 38740 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/03/2013 | 171556 | 77980 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/03/2013 | 40392 | 18360 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/03/2013 | 214456 | 97480 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/03/2013 | 214500 | 97500 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/04/2013 | 127677 | 58035 | Shanghai | Long Beach, California |
| AGRICULTURAL INV#13TS0510CIU THIS SHIPMENT C | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL | 06/08/2013 | 83270 | 37850 | Shanghai | Oakland, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/11/2013 | 171446 | 77930 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/11/2013 | 171226 | 77830 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/14/2013 | 126874 | 57670 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/16/2013 | 171644 | 78020 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/16/2013 | 128788 | 58540 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/16/2013 | 171538 | 77972 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/18/2013 | 43010 | 19550 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/25/2013 | 171116 | 77780 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/25/2013 | 213598 | 97090 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/01/2013 | 171413 | 77915 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/01/2013 | 166760 | 75800 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/02/2013 | 85723 | 38965 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/02/2013 | 214555 | 97525 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/08/2013 | 115918 | 52690 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/10/2013 | 171842 | 78110 | Shanghai | Long Beach, California |
| 'SHIPPER-S LOAD, COUNT & SEAL' (281CTNS) CY / DI | TRACTOR SUPPLY CO. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/13/2013 | 43340 | 19700 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/15/2013 | 85162 | 38710 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/16/2013 | 214434 | 97470 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/16/2013 | 40392 | 18360 | Shanghai | Long Beach, California |

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 Page 131 of 153

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IRON NUTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/18/2013 | 5104 | 2320 | Shanghai | Los Angeles, California |
| AGRICULTURAL FORESTRY THIS SHIPMENT CONTA | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL | 07/20/2013 | 35530 | 16150 | Shanghai | Oakland, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/22/2013 | 171424 | 77920 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/22/2013 | 171358 | 77890 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/22/2013 | 85855 | 39025 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/27/2013 | 171039 | 77745 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/27/2013 | 171292 | 77860 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PART AGRICULTURAL | TRACTOR SUPPLY CO. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/29/2013 | 42880 | 19491 | Colon | Savannah, Georgia |
| AGRICULTURAL MACHINERY PART 19467.5 KGS 17.6 | TRACTOR SUPPLY CO. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/29/2013 | 42830 | 19468 | Colon | Savannah, Georgia |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/02/2013 | 214258 | 97390 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/02/2013 | 171622 | 78010 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/05/2013 | 171446 | 77930 | Shanghai | Seattle, Washington |
| AS SHIPPER-S LOAD COUNT & SEALED SAID TO CO | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL | 08/08/2013 | 127512 | 57960 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/12/2013 | 171028 | 77740 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/12/2013 | 170610 | 77550 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/12/2013 | 170214 | 77370 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/12/2013 | 42471 | 19305 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PART 19653 KGS 20.59 | TRACTOR SUPPLY CO. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/15/2013 | 43237 | 19653 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACINERY PARTS 19278 KGS 20.95 | TRACTOR SUPPLY CO. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/15/2013 | 42412 | 19278 | Shanghai | Los Angeles, California |
| ROLLER CHAIN ROLLER CHAIN ROLLER CHAIN ROLL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/17/2013 | 214390 | 97450 | Shanghai | Los Angeles, California |
| ROLLER CHAIN ROLLER CHAIN ROLLER CHAIN ROLL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/17/2013 | 214390 | 97450 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PART AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/19/2013 | 214302 | 97410 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY PART AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/19/2013 | 171325 | 77875 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/19/2013 | 42790 | 19450 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/19/2013 | 42680 | 19400 | Shanghai | Los Angeles, California |
| MACHINERY PARTS& ACCESSORIES AGRICULTURA | STEVE VANDER BURGH | CHANGZHOU INTER UNIVERSAL | 08/23/2013 | 18748 | 8522 | Shanghai | Oakland, California |
| LAWN MOWER LAWN MOWER LAWN MOWER LAWN | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/24/2013 | 214302 | 97410 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/31/2013 | 214456 | 97480 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/03/2013 | 214544 | 97520 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/07/2013 | 171138 | 77790 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/09/2013 | 171600 | 78000 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/09/2013 | 115830 | 52650 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/09/2013 | 40623 | 18465 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/09/2013 | 127039 | 57745 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PART 01 FREIGHT COL | TRACTOR SUPPLY CO. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/14/2013 | 42847 | 19476 | Singapore | Savannah, Georgia |
| AGRICULTURAL MACHINERY 01 FREIGHT COLLECT, | TRACTOR SUPPLY CO. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/14/2013 | 42750 | 19432 | Singapore | Savannah, Georgia |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/14/2013 | 128370 | 58350 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/16/2013 | 171534 | 77970 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/16/2013 | 171226 | 77830 | Shanghai | Seattle, Washington |
| AS SHIPPER-S LOAD COUNT & SEALED SAID TO CO | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL | 09/20/2013 | 255024 | 115920 | Shanghai | Oakland, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/21/2013 | 213928 | 97240 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINER PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/22/2013 | 171336 | 77880 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/22/2013 | 170764 | 77620 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/22/2013 | 85635 | 38925 | Shanghai | Los Angeles, California |

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 153

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/28/2013 | 171534 | 77970 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/28/2013 | 171600 | 78000 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/29/2013 | 85624 | 38920 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/29/2013 | 213565 | 97075 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/30/2013 | 171644 | 78020 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/05/2013 | 171512 | 77960 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/07/2013 | 170808 | 77640 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/07/2013 | 171380 | 77900 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/14/2013 | 30470 | 13850 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/14/2013 | 202664 | 92120 | Shanghai | Seattle, Washington |
| AGRICULTURAL FORESTRY ASSY LOG SPLITTER TH | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/20/2013 | 43890 | 19950 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS FREIGHT COLLI | TRACTOR SUPPLY CO. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/29/2013 | 42328 | 19240 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/30/2013 | 171380 | 77900 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/30/2013 | 42152 | 19160 | Shanghai | Tacoma, Washington |
| AGRCIULTURAL MACHINERY AGRCIULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/30/2013 | 90508 | 41140 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/30/2013 | 128612 | 58460 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY PARTS FREIGHT COLLI | TRACTOR SUPPLY CO. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/04/2013 | 42526 | 19330 | Pusan | Savannah, Georgia |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/05/2013 | 171776 | 78080 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/05/2013 | 128854 | 58570 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/14/2013 | 15994 | 7270 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/14/2013 | 88616 | 40280 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/14/2013 | 39820 | 18100 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/14/2013 | 43560 | 19800 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/14/2013 | 85096 | 38680 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/14/2013 | 10516 | 4780 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/19/2013 | 170544 | 77520 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS FREIGHT COLLI | TRACTOR SUPPLY CO. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/19/2013 | 43397 | 19726 | Shanghai | Savannah, Georgia |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/20/2013 | 37026 | 16830 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/20/2013 | 91740 | 41700 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/20/2013 | 96998 | 44090 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/20/2013 | 31658 | 14390 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY PART | TRACTOR SUPPLY COM | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/25/2013 | 41976 | 19080 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/03/2013 | 142780 | 64900 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/03/2013 | 65362 | 29710 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/04/2013 | 214302 | 97410 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/04/2013 | 214060 | 97300 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/04/2013 | 42570 | 19350 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PART SHIPPERS DESIF | TRACTOR SUPPLY COM | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/09/2013 | 42830 | 19468 | Shanghai | Savannah, Georgia |
| SPLITTER PARTS SPLITTER PARTS SPLITTER PARTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/09/2013 | 51876 | 23580 | Shanghai | Los Angeles, California |
| SPLITTER PARTS SPLITTER PARTS SPLITTER PARTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/09/2013 | 118140 | 53700 | Shanghai | Los Angeles, California |
| ASSY LOG SPLITTER 27TON | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL,MACH | 12/10/2013 | 42504 | 19320 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/16/2013 | 124102 | 56410 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/16/2013 | 4620 | 2100 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/16/2013 | 171600 | 78000 | Shanghai | Los Angeles, California |

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 Page 133 of 153

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ASSY LOG SPLITTER 27TON | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL,MACH | 12/26/2013 | 42504 | 19320 | Shanghai | Los Angeles, California |
| ASSY LOG SPLITTER 27TON | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL,MACH | 12/26/2013 | 42504 | 19320 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/28/2013 | 214500 | 97500 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/28/2013 | 214258 | 97390 | Shanghai | Los Angeles, California |
| ASSY LOG SPLITTER 27TON | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL,MACH | 12/30/2013 | 42504 | 19320 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS 01 FREIGHT CO | TRACTOR SUPPLY CO. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/01/2014 | 41928 | 19058 | Pusan | Savannah, Georgia |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/02/2014 | 171512 | 77960 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/02/2014 | 169642 | 77110 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/02/2014 | 1496 | 680 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/02/2014 | 85888 | 39040 | Shanghai | Long Beach, California |
| ASSY LOG SPLITTER . . | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 01/06/2014 | 43890 | 19950 | Shanghai | Oakland, California |
| ASSY LOG SPLITTER . . | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 01/06/2014 | 42504 | 19320 | Shanghai | Oakland, California |
| AGRICULTURAL MACHINERY PARTS . . | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 01/06/2014 | 36762 | 16710 | Shanghai | Oakland, California |
| AGRICULTURAL MACHINERY PARTS . . | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 01/06/2014 | 39501 | 17955 | Shanghai | Oakland, California |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/09/2014 | 42878 | 19490 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/09/2014 | 171490 | 77950 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/09/2014 | 170764 | 77620 | Shanghai | Long Beach, California |
| IRON NUTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/10/2014 | 6380 | 2900 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS SHIPPERS DES | TRACTOR SUPPLY COM | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/11/2014 | 42126 | 19148 | Shanghai | Savannah, Georgia |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/12/2014 | 213730 | 97150 | Shanghai | Los Angeles, California |
| AGRICULTURE MACHINARY PARTS AGRICULTURE M | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/14/2014 | 171490 | 77950 | Shanghai | Los Angeles, California |
| AGRICULTURE MACHINARY PARTS AGRICULTURE M | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/14/2014 | 170698 | 77590 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/16/2014 | 84942 | 38610 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/16/2014 | 170544 | 77520 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/16/2014 | 214016 | 97280 | Shanghai | Long Beach, California |
| AGRCIULTURAL MACHINERY PARTS SSO COLLECT I | TRACTOR SUPPLY CO. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/16/2014 | 42324 | 19238 | Shanghai | Los Angeles, California |
| AGRICULTUAL MACHINERY PART 19279 KGS 18.671 | TRACTOR SUPPLY CO. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/21/2014 | 42414 | 19279 | Colon | Savannah, Georgia |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/22/2014 | 171424 | 77920 | Shanghai | Long Beach, California |
| AGRICULTURAL MACINERY PARTS AGRICULTURAL I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/27/2014 | 171578 | 77990 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACINERY PARTS AGRICULTURAL I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/27/2014 | 171578 | 77990 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACINERY PARTS AGRICULTURAL I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/27/2014 | 171116 | 77780 | Shanghai | Los Angeles, California |
| ASSY LOG SPLITTER 27TON | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL,MACH | 01/28/2014 | 42504 | 19320 | Shanghai | Los Angeles, California |
| MACHINERY KEY MACHINERY KEY MACHINERY KEY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/30/2014 | 171534 | 77970 | Shanghai | Long Beach, California |
| AGRICULTURE MACHINARY AGRICULTURE MACHIN/ | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/02/2014 | 171314 | 77870 | Shanghai | Los Angeles, California |
| AGRICULTURE MACHINARY AGRICULTURE MACHIN/ | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/02/2014 | 128612 | 58460 | Shanghai | Los Angeles, California |
| AGRICULTURE MACHINARY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/02/2014 | 42702 | 19410 | Shanghai | Los Angeles, California |
| ASSY LOG SPLITTER 27TON | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL,MACH | 02/03/2014 | 42504 | 19320 | Shanghai | Los Angeles, California |
| AGRICULTURE MACHINARY AGRICULTURE MACHIN/ | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/09/2014 | 128172 | 58260 | Shanghai | Los Angeles, California |
| AGRICULTURE MACHINARY AGRICULTURE MACHIN/ | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/09/2014 | 170478 | 77490 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PART SSO COLLECT FI | TRACTOR SUPPLY CO. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/12/2014 | 42434 | 19288 | Shanghai | Savannah, Georgia |
| ASSY LOG SPLITTER 27TON | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL,MACH | 02/25/2014 | 42504 | 19320 | Shanghai | Los Angeles, California |
| 3POINT LOG SPLITTER | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL,MACH | 03/03/2014 | 43120 | 19600 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/03/2014 | 38445 | 17475 | Shanghai | Los Angeles, California |
| LAWN MOWER PARTS LAWN MOWER PARTS LAWN I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/03/2014 | 171160 | 77800 | Shanghai | Los Angeles, California |

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 153

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LAWN MOWER PARTS LAWN MOWER PARTS LAWN I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/03/2014 | 171248 | 77840 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/04/2014 | 43076 | 19580 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/06/2014 | 41184 | 18720 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PART | TRACTOR SUPPLY COI | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/06/2014 | 42401 | 19273 | Shanghai | Savannah, Georgia |
| AGRICULTURAL MACHINERY PART | TRACTOR SUPPLY COI | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/06/2014 | 42887 | 19494 | Shanghai | Savannah, Georgia |
| 'SHIPPER-S LOAD, COUNT & SEAL' (189CTNS) CY / C' | TRACTOR SUPPLY CO. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/07/2014 | 42803 | 19456 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/09/2014 | 213884 | 97220 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/09/2014 | 213928 | 97240 | Shanghai | Los Angeles, California |
| ASSY LOG SPLITTER ASSY LOG SPLITTER | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL,MACH | 03/14/2014 | 87780 | 39900 | Shanghai | Oakland, California |
| ASSY LOG SPLITTER ASSY LOG SPLITTER ASSY LO( | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL,MACH | 03/14/2014 | 127512 | 57960 | Shanghai | Oakland, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/16/2014 | 214148 | 97340 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/19/2014 | 171006 | 77730 | Shanghai | Los Angeles, California |
| STEEL SHAFT | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/21/2014 | 6380 | 2900 | Shanghai | Long Beach, California |
| LAWN MOWER PARTS LAWN MOWER PARTS LAWN I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/24/2014 | 171578 | 77990 | Shanghai | Los Angeles, California |
| LAWN MOWER PARTS LAWN MOWER PARTS LAWN I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/24/2014 | 171446 | 77930 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS | TRACTOR SUPPLY COI | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/24/2014 | 42953 | 19524 | Shanghai | Savannah, Georgia |
| AGRICULTURAL MACHINERY PARTS | TRACTOR SUPPLY COI | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/24/2014 | 42962 | 19528 | Shanghai | Savannah, Georgia |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/24/2014 | 128634 | 58470 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/24/2014 | 128172 | 58260 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/24/2014 | 128326 | 58330 | Shanghai | Los Angeles, California |
| AGRICULTUAL MACHINERY AGRICULTUAL MACHINE | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/02/2014 | 213378 | 96990 | Shanghai | Los Angeles, California |
| AGRICULTUAL MACHINERY AGRICULTUAL MACHINE | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/02/2014 | 214016 | 97280 | Shanghai | Los Angeles, California |
| AGRICULTUAL MACHINERY PARTS AGRICULTUAL M. | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/06/2014 | 128634 | 58470 | Shanghai | Los Angeles, California |
| AGRICULTUAL MACHINERY PARTS AGRICULTUAL M. | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/06/2014 | 128546 | 58430 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/10/2014 | 171446 | 77930 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/10/2014 | 171094 | 77770 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/10/2014 | 171468 | 77940 | Shanghai | Long Beach, California |
| 'SHIPPER-S LOAD, COUNT & SEAL' (105CTNS) CY / C' | TRACTOR SUPPLY CO. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/11/2014 | 42203 | 19183 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/12/2014 | 40392 | 18360 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/12/2014 | 22044 | 10020 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PART | TRACTOR SUPPLY COI | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/15/2014 | 41912 | 19051 | Shanghai | Savannah, Georgia |
| AGRICULTURAL MACHINERY PART | TRACTOR SUPPLY COI | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/15/2014 | 42981 | 19537 | Shanghai | Savannah, Georgia |
| AGRICULTURAL MACHINERY PART | TRACTOR SUPPLY COI | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/15/2014 | 42339 | 19245 | Shanghai | Savannah, Georgia |
| AGRICLTUAL MACHINERY PARTS AGRICLTUAL MACI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/15/2014 | 171204 | 77820 | Shanghai | Los Angeles, California |
| AGRICLTUAL MACHINERY PARTS AGRICLTUAL MACI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/15/2014 | 171600 | 78000 | Shanghai | Los Angeles, California |
| AGRICLTUAL MACHINERY PARTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/15/2014 | 42988 | 19540 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/16/2014 | 85712 | 38960 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/16/2014 | 171600 | 78000 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/16/2014 | 171468 | 77940 | Shanghai | Los Angeles, California |
| MODEL 100 POS HOLE DIGGER FOUR WAY WEDGE S | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL,MACH | 04/16/2014 | 39857 | 18117 | Shanghai | Los Angeles, California |
| ASSY LOG SPLITTER 28 TON | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL,MACH | 04/22/2014 | 43428 | 19740 | Shanghai | Los Angeles, California |
| ROLLER CHAIN ROLLER CHAIN ROLLER CHAIN ROLI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/01/2014 | 214434 | 97470 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/02/2014 | 214060 | 97300 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINEY PARTS AGRICULTURAL I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/04/2014 | 214060 | 97300 | Shanghai | Los Angeles, California |

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 Page 135 of 153

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AGRICULTURAL MACHINEY PARTS AGRICULTURAL I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/04/2014 | 214412 | 97460 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINEY PARTS AGRICULTURAL I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/04/2014 | 171006 | 77730 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | TRACTOR SUPPLY CO. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/06/2014 | 85950 | 39068 | Colon | Savannah, Georgia |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/08/2014 | 213774 | 97170 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/08/2014 | 170808 | 77640 | Shanghai | Long Beach, California |
| 'SHIPPER-S LOAD, COUNT & SEAL' (227CTNS) CY / C | TRACTOR SUPPLY CO. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/08/2014 | 42786 | 19448 | Pusan | Los Angeles, California |
| ROLLER CHAIN ROLLER CHAIN ROLLER CHAIN ROLI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/13/2014 | 170742 | 77610 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/15/2014 | 171314 | 77870 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/15/2014 | 171446 | 77930 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/22/2014 | 171556 | 77980 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/22/2014 | 171380 | 77900 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINEY PARTS | TRACTOR SUPPLY CON | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/23/2014 | 42625 | 19375 | Shanghai | Savannah, Georgia |
| AGRICULTURE MACHINARY PARTS AGRICULTURE M | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/25/2014 | 214060 | 97300 | Shanghai | Los Angeles, California |
| AGRICULTURE MACHINARY PARTS AGRICULTURE M | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/25/2014 | 85624 | 38920 | Shanghai | Los Angeles, California |
| COMPACT AUGER QUICK HITCH PIN BUSHING ADAP | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL,MACH | 05/25/2014 | 35046 | 15930 | Shanghai | Oakland, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/29/2014 | 214302 | 97410 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/29/2014 | 214500 | 97500 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS SSO COLLECT - | TRACTOR SUPPLY CO ( | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/29/2014 | 42805 | 19457 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/01/2014 | 171732 | 78060 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/01/2014 | 43010 | 19550 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/05/2014 | 213862 | 97210 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/05/2014 | 170192 | 77360 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/08/2014 | 170852 | 77660 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/08/2014 | 170874 | 77670 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/08/2014 | 42306 | 19230 | Shanghai | Los Angeles, California |
| LOG SPLITTER ASSY LIGHT DUTY PHD MODEL | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL,MACH | 06/08/2014 | 37853 | 17206 | Shanghai | Oakland, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/11/2014 | 128502 | 58410 | Shanghai | Los Angeles, California |
| ACCESSORIES FOR LAWN MACHINE ACCESSORIES | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/12/2014 | 170984 | 77720 | Shanghai | Long Beach, California |
| ACCESSORIES FOR LAWN MACHINE ACCESSORIES | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/12/2014 | 171402 | 77910 | Shanghai | Long Beach, California |
| ACCESSORIES FOR LAWN MACHINE ACCESSORIES | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/12/2014 | 128546 | 58430 | Shanghai | Long Beach, California |
| THREADED SCREWS AND BOLTS NESOI OF IRON OF | TRACTOR SUPPLY CON | CHANGZHOU INTER UNIVERSAL MACH | 06/15/2014 | 42328 | 19240 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS | TRACTOR SUPPLY CON | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/16/2014 | 42453 | 19297 | Shanghai | Savannah, Georgia |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL,MACH | 06/19/2014 | 83160 | 37800 | Shanghai | Long Beach, California |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/19/2014 | 184800 | 84000 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/21/2014 | 213730 | 97150 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/21/2014 | 170940 | 77700 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/22/2014 | 214082 | 97310 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/22/2014 | 40392 | 18360 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY PARTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/24/2014 | 42207 | 19185 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL,MACH | 06/26/2014 | 162624 | 73920 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL,MACH | 06/26/2014 | 162624 | 73920 | Shanghai | Long Beach, California |
| QUICK LINK QUICK LINK QUICK LINK QUICK LINK | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/27/2014 | 171028 | 77740 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/30/2014 | 214060 | 97300 | Shanghai | Los Angeles, California |
| POINT LOG SPLITTER POINT LOG SPLITTER POINT L | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/03/2014 | 569184 | 258720 | Shanghai | Los Angeles, California |

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 Page 153

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/06/2014 | 171204 | 77820 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/06/2014 | 170720 | 77600 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/06/2014 | 85690 | 38950 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/06/2014 | 171358 | 77890 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/06/2014 | 170324 | 77420 | Shanghai | Long Beach, California |
| POINT LOG SPLITTER POINT LOG SPLITTER POINT L | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 07/10/2014 | 203280 | 92400 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | TRACTOR SUPPLY COM | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/10/2014 | 126133 | 57333 | Shanghai | Savannah, Georgia |
| LAWN MOWER PARTS LAWN MOWER PARTS LAWN I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/14/2014 | 214236 | 97380 | Shanghai | Los Angeles, California |
| QUICK LINK QUICK LINK QUICK LINK QUICK LINK | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/14/2014 | 171248 | 77840 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/14/2014 | 214236 | 97380 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/14/2014 | 213774 | 97170 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS SSO COLLECT ( | TRACTOR SUPPLY CO. | CHANGZHOU INTER UNIVERSAL MACH | 07/16/2014 | 42634 | 19379 | Pusan | Savannah, Georgia |
| ASSY LOG SPLITTER LOWES 22TON ASSY LOG SPLI | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL,MACH | 07/17/2014 | 162624 | 73920 | Shanghai | Long Beach, California |
| ASSY LOG SPLITTER LOWES 22TON ASSY LOG SPLI | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL,MACH | 07/17/2014 | 203280 | 92400 | Shanghai | Long Beach, California |
| ASSY LOG SPLITTER LOWES 22TON ASSY LOG SPLI | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL,MACH | 07/17/2014 | 162624 | 73920 | Shanghai | Long Beach, California |
| ASSY LOG SPLITTER LOWES 22TON ASSY LOG SPLI | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL,MACH | 07/19/2014 | 203280 | 92400 | Shanghai | Oakland, California |
| ASSY LOG SPLITTER LOWES 22TON ASSY LOG SPLI | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL,MACH | 07/19/2014 | 203280 | 92400 | Shanghai | Oakland, California |
| ASSY LOG SPLITTER LOWES 22TON ASSY LOG SPLI | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL,MACH | 07/22/2014 | 203280 | 92400 | Shanghai | Oakland, California |
| AGRICULTURAL MACHINERY PART | TRACTOR SUPPLY COM | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/24/2014 | 42924 | 19511 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/27/2014 | 171446 | 77930 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/27/2014 | 171446 | 77930 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/27/2014 | 171556 | 77980 | Shanghai | Los Angeles, California |
| AGRICULTURE MACHINARY PARTS AGRICULTURE M | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/27/2014 | 212982 | 96810 | Shanghai | Long Beach, California |
| AGRICULTURE MACHINARY PARTS AGRICULTURE M | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/27/2014 | 170632 | 77560 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/29/2014 | 170082 | 77310 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/29/2014 | 171710 | 78050 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL,MACH | 07/30/2014 | 64607 | 29367 | Shanghai | Oakland, California |
| ASSY LOG SPLITTER LOWES 27TON ASSY LOG SPLI | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL,MACH | 07/30/2014 | 128898 | 58590 | Shanghai | Oakland, California |
| ASSY LOG SPLITTER LOWES 27TON ASSY LOG SPLI | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL,MACH | 07/30/2014 | 128898 | 58590 | Shanghai | Oakland, California |
| ASSY LOG SPLITTER LOWES 22TON ASSY LOG SPLI | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL,MACH | 07/30/2014 | 162624 | 73920 | Shanghai | Oakland, California |
| ASSY LOG SPLITTER LOWES 22TON ASSY LOG SPLI | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL,MACH | 07/30/2014 | 162624 | 73920 | Shanghai | Oakland, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/03/2014 | 171402 | 77910 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/03/2014 | 171600 | 78000 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINER PARTS AGRICULTURAL I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/07/2014 | 214412 | 97460 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINER PARTS AGRICULTURAL I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/07/2014 | 214412 | 97460 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINER PARTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/07/2014 | 42504 | 19320 | Shanghai | Long Beach, California |
| LAWN MOWER PARTS LAWN MOWER PARTS LAWN I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/12/2014 | 211904 | 96320 | Shanghai | Los Angeles, California |
| LAWN MOWER PARTS LAWN MOWER PARTS LAWN I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/12/2014 | 170390 | 77450 | Shanghai | Los Angeles, California |
| ARICULTURAL MACHINERY PARTS ARICULTURAL MA | TRACTOR SUPPLY CO. | CHANGZHOU INTER UNIVERSAL MACH | 08/13/2014 | 42161 | 19164 | Shanghai | Savannah, Georgia |
| POINT LOG SPLITTER POINT LOG SPLITTER POINT L | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/15/2014 | 121968 | 55440 | Shanghai | Oakland, California |
| POINT LOG SPLITTER POINT LOG SPLITTER POINT L | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/15/2014 | 171248 | 77840 | Shanghai | Oakland, California |
| LAWN MOWER PARTS LAWN MOWER PARTS LAWN I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/17/2014 | 213928 | 97240 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/17/2014 | 211508 | 96140 | Shanghai | Long Beach, California |
| POINT LOG SPLITTER POINT LOG SPLITTER POINT L | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/19/2014 | 171248 | 77840 | Shanghai | Oakland, California |

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 Page 137 of 153

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| POINT LOG SPLITTER POINT LOG SPLITTER POINT L | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/19/2014 | 121968 | 55440 | Shanghai | Oakland, California |
| SPEAKERS -DITTO- SCAC CODE BOPT NAME ACCOU | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/19/2014 | 171248 | 77840 | Shanghai | Oakland, California |
| POINT LOG SPLITTER POINT LOG SPLITTER POINT L | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/19/2014 | 171248 | 77840 | Shanghai | Oakland, California |
| POINT LOG SPLITTER POINT LOG SPLITTER POINT L | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/19/2014 | 121968 | 55440 | Shanghai | Oakland, California |
| POINT LOG SPLITTER POINT LOG SPLITTER POINT L | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/19/2014 | 121994 | 55452 | Shanghai | Oakland, California |
| ROLLER CHAIN ROLLER CHAIN ROLLER CHAIN ROLL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/21/2014 | 170720 | 77600 | Shanghai | Long Beach, California |
| ROLLER CHAIN ROLLER CHAIN ROLLER CHAIN ROLL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/21/2014 | 170544 | 77520 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/22/2014 | 171116 | 77780 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/22/2014 | 171380 | 77900 | Shanghai | Long Beach, California |
| POINT LOG SPLITTER POINT LOG SPLITTER POINT L | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/26/2014 | 203280 | 92400 | Shanghai | Oakland, California |
| POINT LOG SPLITTER POINT LOG SPLITTER POINT L | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/26/2014 | 171248 | 77840 | Shanghai | Oakland, California |
| POINT LOG SPLITTER POINT LOG SPLITTER POINT L | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/26/2014 | 203280 | 92400 | Shanghai | Oakland, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/28/2014 | 171402 | 77910 | Shanghai | Long Beach, California |
| ASSY LOG SPLITTER ASSY LOG SPLITTER | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/29/2014 | 85008 | 38640 | Shanghai | Tacoma, Washington |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/02/2014 | 42504 | 19320 | Shanghai | Los Angeles, California |
| LOG SPLITTER LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/02/2014 | 85008 | 38640 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/02/2014 | 214060 | 97300 | Shanghai | Los Angeles, California |
| LOG SPLITTER LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/02/2014 | 85008 | 38640 | Shanghai | Tacoma, Washington |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/06/2014 | 195580 | 88900 | Shanghai | Oakland, California |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/06/2014 | 165088 | 75040 | Shanghai | Oakland, California |
| ASSY LOG SPLITTER ASSY LOG SPLITTER | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/06/2014 | 85008 | 38640 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/07/2014 | 171402 | 77910 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/07/2014 | 213906 | 97230 | Shanghai | Long Beach, California |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/08/2014 | 212520 | 96600 | Shanghai | Los Angeles, California |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/08/2014 | 127512 | 57960 | Shanghai | Tacoma, Washington |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/08/2014 | 127512 | 57960 | Shanghai | Tacoma, Washington |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/10/2014 | 195580 | 88900 | Shanghai | Oakland, California |
| SPLITTER SPLITTER SPLITTER SPLITTER | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/11/2014 | 171512 | 77960 | Shanghai | Long Beach, California |
| SPLITTER SPLITTER SPLITTER SPLITTER | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/11/2014 | 171314 | 77870 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/15/2014 | 169796 | 77180 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/15/2014 | 169444 | 77020 | Shanghai | Los Angeles, California |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/16/2014 | 195580 | 88900 | Shanghai | Oakland, California |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/16/2014 | 195580 | 88900 | Shanghai | Oakland, California |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/16/2014 | 165088 | 75040 | Shanghai | Oakland, California |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/17/2014 | 195580 | 88900 | Shanghai | Oakland, California |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/17/2014 | 165088 | 75040 | Shanghai | Oakland, California |
| LOG SPLITTER LOG SPLITTER | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/17/2014 | 80696 | 36680 | Shanghai | Oakland, California |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/17/2014 | 195580 | 88900 | Shanghai | Oakland, California |
| LOG SPLITTER | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/17/2014 | 36960 | 16800 | Shanghai | Oakland, California |
| AGRICULTURAL MACHINERY | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/20/2014 | 40392 | 18360 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/20/2014 | 170390 | 77450 | Shanghai | Long Beach, California |
| PUMP PUMP PUMP PUMP PUMP | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/25/2014 | 214478 | 97490 | Shanghai | Long Beach, California |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/25/2014 | 195580 | 88900 | Shanghai | Oakland, California |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/25/2014 | 195580 | 88900 | Shanghai | Oakland, California |

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 Page153

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/27/2014 | 214764 | 97620 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/27/2014 | 214016 | 97280 | Shanghai | Long Beach, California |
| LOG SPLITTER LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/29/2014 | 85008 | 38640 | Shanghai | Tacoma, Washington |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/29/2014 | 42504 | 19320 | Shanghai | Tacoma, Washington |
| LOG SPLITTER LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/29/2014 | 85008 | 38640 | Shanghai | Tacoma, Washington |
| LOG SPLITTER LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/30/2014 | 85008 | 38640 | Shanghai | Los Angeles, California |
| LOG SPLITTER LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/30/2014 | 85008 | 38640 | Shanghai | Los Angeles, California |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/30/2014 | 127512 | 57960 | Shanghai | Los Angeles, California |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/30/2014 | 165088 | 75040 | Shanghai | Oakland, California |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/01/2014 | 195580 | 88900 | Shanghai | Oakland, California |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/01/2014 | 195580 | 88900 | Shanghai | Oakland, California |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/01/2014 | 165088 | 75040 | Shanghai | Oakland, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/04/2014 | 171798 | 78090 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/04/2014 | 127886 | 58130 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/04/2014 | 171578 | 77990 | Shanghai | Long Beach, California |
| LOG SPLITTER LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 10/06/2014 | 85008 | 38640 | Shanghai | Tacoma, Washington |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 10/09/2014 | 7614 | 3461 | Shanghai | Los Angeles, California |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 10/09/2014 | 170016 | 77280 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/10/2014 | 171842 | 78110 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/10/2014 | 171534 | 77970 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/10/2014 | 70862 | 32210 | Shanghai | Tacoma, Washington |
| LAWN MOBER PARTS LAWN MOBER PARTS LAWN M | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/12/2014 | 214412 | 97460 | Shanghai | Long Beach, California |
| LAWN MOBER PARTS LAWN MOBER PARTS LAWN M | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/12/2014 | 171534 | 77970 | Shanghai | Long Beach, California |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/12/2014 | 195580 | 88900 | Shanghai | Oakland, California |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/14/2014 | 42504 | 19320 | Shanghai | Tacoma, Washington |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/14/2014 | 42504 | 19320 | Shanghai | Tacoma, Washington |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/14/2014 | 42504 | 19320 | Shanghai | Tacoma, Washington |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/14/2014 | 42504 | 19320 | Shanghai | Tacoma, Washington |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/14/2014 | 42504 | 19320 | Shanghai | Tacoma, Washington |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/14/2014 | 42504 | 19320 | Shanghai | Tacoma, Washington |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/14/2014 | 42504 | 19320 | Shanghai | Tacoma, Washington |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/14/2014 | 42504 | 19320 | Shanghai | Tacoma, Washington |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/14/2014 | 42504 | 19320 | Shanghai | Tacoma, Washington |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/14/2014 | 42504 | 19320 | Shanghai | Tacoma, Washington |
| LOG SPLITTER LOG SPLITTER | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/15/2014 | 80696 | 36680 | Shanghai | Oakland, California |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/15/2014 | 165088 | 75040 | Shanghai | Oakland, California |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/15/2014 | 195580 | 88900 | Shanghai | Oakland, California |
| ASSY LOG SPLITTER 28TON ASSY LOG SPLITTER 28 | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL,MACH | 10/17/2014 | 277662 | 126210 | Shanghai | Oakland, California |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/17/2014 | 42504 | 19320 | Shanghai | Los Angeles, California |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/17/2014 | 42504 | 19320 | Shanghai | Los Angeles, California |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/17/2014 | 42504 | 19320 | Shanghai | Los Angeles, California |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/17/2014 | 42504 | 19320 | Shanghai | Los Angeles, California |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/17/2014 | 42504 | 19320 | Shanghai | Los Angeles, California |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/17/2014 | 42504 | 19320 | Shanghai | Los Angeles, California |

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 153

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/18/2014 | 171160 | 77800 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/18/2014 | 171600 | 78000 | Shanghai | Long Beach, California |
| LAWN MOWER PARTS LAWN MOWER PARTS LAWN I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/18/2014 | 128458 | 58390 | Shanghai | Long Beach, California |
| LAWN MOWER PARTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/18/2014 | 42922 | 19510 | Shanghai | Long Beach, California |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 10/19/2014 | 42504 | 19320 | Shanghai | Tacoma, Washington |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 10/19/2014 | 42504 | 19320 | Shanghai | Tacoma, Washington |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 10/19/2014 | 42504 | 19320 | Shanghai | Tacoma, Washington |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 10/19/2014 | 42504 | 19320 | Shanghai | Tacoma, Washington |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 10/19/2014 | 42504 | 19320 | Shanghai | Tacoma, Washington |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 10/19/2014 | 42504 | 19320 | Shanghai | Tacoma, Washington |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 10/19/2014 | 42504 | 19320 | Shanghai | Tacoma, Washington |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 10/19/2014 | 42504 | 19320 | Shanghai | Tacoma, Washington |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 10/19/2014 | 42504 | 19320 | Shanghai | Tacoma, Washington |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 10/19/2014 | 42504 | 19320 | Shanghai | Tacoma, Washington |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/21/2014 | 165088 | 75040 | Shanghai | Oakland, California |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/21/2014 | 195580 | 88900 | Shanghai | Oakland, California |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/27/2014 | 42504 | 19320 | Shanghai | Los Angeles, California |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/27/2014 | 42504 | 19320 | Shanghai | Los Angeles, California |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/27/2014 | 42504 | 19320 | Shanghai | Los Angeles, California |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/27/2014 | 42504 | 19320 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/29/2014 | 165088 | 75040 | Shanghai | Oakland, California |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 11/01/2014 | 42504 | 19320 | Shanghai | Seattle, Washington |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 11/01/2014 | 42504 | 19320 | Shanghai | Seattle, Washington |
| LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 11/01/2014 | 42504 | 19320 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY PARTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/03/2014 | 37598 | 17090 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHNIERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/03/2014 | 171578 | 77990 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHNIERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/03/2014 | 171578 | 77990 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/04/2014 | 203390 | 92450 | Shanghai | Oakland, California |
| LOG SPLITTER LOG SPLITTER LOG SPLITTER LOG S | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/04/2014 | 203390 | 92450 | Shanghai | Oakland, California |
| LOG SPLITTER LOG SPLITTER | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/04/2014 | 83270 | 37850 | Shanghai | Oakland, California |
| AGRICULTURAL MACHINRY PARTS AGRICULTURAL I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/07/2014 | 171424 | 77920 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINRY PARTS AGRICULTURAL I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/07/2014 | 171424 | 77920 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/11/2014 | 171688 | 78040 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/11/2014 | 171666 | 78030 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/11/2014 | 171622 | 78010 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/11/2014 | 171666 | 78030 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/11/2014 | 214632 | 97560 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/11/2014 | 172458 | 78390 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/11/2014 | 171688 | 78040 | Shanghai | Tacoma, Washington |
| AGRICULTURAQL MACHINERY AGRICULTURAQL MA | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/11/2014 | 171765 | 78075 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/20/2014 | 169752 | 77160 | Shanghai | Tacoma, Washington |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/26/2014 | 214346 | 97430 | Pusan | Tacoma, Washington |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/26/2014 | 213774 | 97170 | Pusan | Tacoma, Washington |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/01/2014 | 214632 | 97560 | Shanghai | Long Beach, California |

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 Page 140 of 153

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/01/2014 | 214478 | 97490 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/01/2014 | 171226 | 77830 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/01/2014 | 171380 | 77900 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/01/2014 | 214258 | 97390 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/01/2014 | 171424 | 77920 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/01/2014 | 171600 | 78000 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/07/2014 | 214544 | 97520 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/07/2014 | 213048 | 96840 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/14/2014 | 171072 | 77760 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/14/2014 | 171160 | 77800 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/17/2014 | 213598 | 97090 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/17/2014 | 213532 | 97060 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/17/2014 | 43032 | 19560 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/20/2014 | 196658 | 89390 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/20/2014 | 146146 | 66430 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/21/2014 | 191070 | 86850 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/26/2014 | 214236 | 97380 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/27/2014 | 213752 | 97160 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/27/2014 | 213554 | 97070 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/03/2015 | 213796 | 97180 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/03/2015 | 213730 | 97150 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/09/2015 | 170962 | 77710 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/09/2015 | 171402 | 77910 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/09/2015 | 171094 | 77770 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/11/2015 | 171644 | 78020 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/11/2015 | 171072 | 77760 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/16/2015 | 214456 | 97480 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/16/2015 | 214720 | 97600 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/17/2015 | 170799 | 77636 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/17/2015 | 171402 | 77910 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/29/2015 | 171402 | 77910 | Shanghai | Long Beach, California |
| MODEL 10 POST HOLE DIGGERS 9' AUGER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL,MACH EQUI | 02/04/2015 | 35805 | 16275 | Shanghai | Oakland, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/14/2015 | 127688 | 58040 | Shanghai | Long Beach, California |
| ROLLER CHAIN ROLLER CHAIN ROLLER CHAIN ROLL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/21/2015 | 171270 | 77850 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/21/2015 | 213950 | 97250 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/26/2015 | 171512 | 77960 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/28/2015 | 171490 | 77950 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/28/2015 | 171292 | 77860 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/28/2015 | 214434 | 97470 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/28/2015 | 214324 | 97420 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/02/2015 | 209748 | 95340 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/02/2015 | 206470 | 93850 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/04/2015 | 43032 | 19560 | Shanghai | Seattle, Washington |
| AGRICULTURAL MACHINERY PARTS | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL,MACH EQUI | 03/04/2015 | 42878 | 19490 | Shanghai | Oakland, California |

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 Page141 of 153

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AGRICULTURAL MACHINERY PARTS ASSY LOG SPLI | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL,MACH EQUI | 03/05/2015 | 214117 | 97326 | Shanghai | Oakland, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/07/2015 | 213818 | 97190 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/07/2015 | 213884 | 97220 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/07/2015 | 213928 | 97240 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/10/2015 | 214390 | 97450 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/10/2015 | 214192 | 97360 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/12/2015 | 205920 | 93600 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/12/2015 | 206646 | 93930 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PART #ALSO NOTIFY P | TRACTOR SUPPLY CO.( | CHANGZHOU INTER UNIVERSAL MACHINERY | 03/18/2015 | 76972 | 34987 | Ningpo | Savannah, Georgia |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/10/2015 | 171160 | 77800 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/10/2015 | 170786 | 77630 | Shanghai | Long Beach, California |
| ASSY LOG SPLITTER LOWES AGRICULTURAL MACHI | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/17/2015 | 127644 | 58020 | Shanghai | Long Beach, California |
| \ASSY LOG SPLITTER LOWES AGRICULTURAL MACH | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/17/2015 | 171336 | 77880 | Shanghai | Long Beach, California |
| ASSY LOG SPLITTER LOWES AGRICULTURAL MACHI | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/17/2015 | 169312 | 76960 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/22/2015 | 212124 | 96420 | Shanghai | Long Beach, California |
| ASSY LOG SPLITTER LOWES AGRICULTURAL MACHI | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 04/23/2015 | 169862 | 77210 | Shanghai | Los Angeles, California |
| ASSY LOG SPLITTER LOWES AGRICULTURAL MACHI | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 04/23/2015 | 194865 | 88575 | Shanghai | Los Angeles, California |
| ASSY LOG SPLITTER LOWES AGRICULTURAL MACHI | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 04/23/2015 | 166408 | 75640 | Shanghai | Los Angeles, California |
| STEEL SHAFT | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 04/30/2015 | 12628 | 5740 | Shanghai | Tacoma, Washington |
| LAWN MOWER PARTS LAWN MOWER PARTS LAWN I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/01/2015 | 127952 | 58160 | Shanghai | Long Beach, California |
| LAWN MOWER PARTS LAWN MOWER PARTS LAWN I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/01/2015 | 128326 | 58330 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/06/2015 | 128194 | 58270 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/06/2015 | 127754 | 58070 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/13/2015 | 170918 | 77690 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/13/2015 | 212520 | 96600 | Shanghai | Long Beach, California |
| LAWN MOWER PARTS LAWN MOWER PARTS LAWN I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/17/2015 | 171204 | 77820 | Shanghai | Long Beach, California |
| SPLITTER PART SPLITTER PART SPLITTER PART SP | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/17/2015 | 170632 | 77560 | Shanghai | Long Beach, California |
| COTTER PIN COTTER PIN COTTER PIN COTTER PIN | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/17/2015 | 213554 | 97070 | Shanghai | Long Beach, California |
| LAWN MOWER PARTS LAWN MOWER PARTS LAWN I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/17/2015 | 213488 | 97040 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/22/2015 | 211750 | 96250 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/22/2015 | 170764 | 77620 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/03/2015 | 170500 | 77500 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/03/2015 | 171072 | 77760 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/03/2015 | 170214 | 77370 | Shanghai | Long Beach, California |
| ASSY LOG SPLITTER LOWES AGRICULTURAL MACHI | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/04/2015 | 161392 | 73360 | Shanghai | Long Beach, California |
| SPLITTER PART SPLITTER PART SPLITTER PART SP | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/05/2015 | 214082 | 97310 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/05/2015 | 214632 | 97560 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/05/2015 | 214346 | 97430 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/05/2015 | 214478 | 97490 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/17/2015 | 214170 | 97350 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/17/2015 | 214126 | 97330 | Shanghai | Long Beach, California |
| AGRICULTURE MACHINARY PARTS AGRICULTURE M | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/17/2015 | 214236 | 97380 | Shanghai | Long Beach, California |
| AGRICULTURE MACHINARY PARTS AGRICULTURE M | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/17/2015 | 214500 | 97500 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/20/2015 | 213928 | 97240 | Shanghai | Long Beach, California |

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 Page 142 of 153

| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/20/2015 | 213862 | 97210 | Shanghai | Long Beach, California |
|---|---|---|---|---|---|---|---|
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/22/2015 | 213411 | 97005 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 06/22/2015 | 213686 | 97130 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/01/2015 | 171688 | 78040 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/01/2015 | 170720 | 77600 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/02/2015 | 170434 | 77470 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/02/2015 | 170291 | 77405 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/13/2015 | 214060 | 97300 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/13/2015 | 214236 | 97380 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/15/2015 | 170610 | 77550 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/15/2015 | 171864 | 78120 | Shanghai | Long Beach, California |
| ASSY LOG SPLITTER LOWES MACHINERY PARTS AS | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL | 07/15/2015 | 124054 | 56388 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/17/2015 | 171380 | 77900 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/17/2015 | 171226 | 77830 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/22/2015 | 171688 | 78040 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/22/2015 | 171622 | 78010 | Shanghai | Long Beach, California |
| ASSY LOG SPLITTER LOWES MACHINERY PARTS | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 07/28/2015 | 40700 | 18500 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/05/2015 | 165264 | 75120 | Shanghai | Long Beach, California |
| LAWN MOWER PARTS LAWN MOWER PARTS LAWN I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/05/2015 | 169840 | 77200 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/05/2015 | 214412 | 97460 | Shanghai | Long Beach, California |
| ASSY LOG SPLITTER LOWES MACHINERY PARTS AS | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/06/2015 | 255860 | 116300 | Shanghai | Los Angeles, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/10/2015 | 170148 | 77340 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/10/2015 | 171094 | 77770 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/13/2015 | 213730 | 97150 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY AGRICULTURAL MACHI | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/13/2015 | 214170 | 97350 | Shanghai | Long Beach, California |
| LAWN MOWER PARTS LAWN MOWER PARTS LAWN I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/27/2015 | 170478 | 77490 | Shanghai | Long Beach, California |
| LAWN MOWER PARTS LAWN MOWER PARTS LAWN I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/27/2015 | 171446 | 77930 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/27/2015 | 169466 | 77030 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/27/2015 | 128370 | 58350 | Shanghai | Long Beach, California |
| ASSY LOG SPLITTER LOWES ASSY LOG SPLITTER L | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/04/2015 | 84823 | 38556 | Shanghai | Los Angeles, California |
| LAWN MOWRE PARTS LAWN MOWRE PARTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/09/2015 | 72094 | 32770 | Shanghai | Long Beach, California |
| LAWN MOWRE PARTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 09/09/2015 | 37576 | 17080 | Shanghai | Long Beach, California |
| AGRICULTURAL MACINERY PARTS AGRICULTURAL I | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/11/2015 | 170236 | 77380 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/11/2015 | 171402 | 77910 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/17/2015 | 168146 | 76430 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/17/2015 | 116468 | 52940 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/17/2015 | 151470 | 68850 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 10/30/2015 | 153274 | 69670 | Shanghai | Long Beach, California |
| LAWN MOWER PARTS | BLOUNT, INC. | CHANGZHOU INTER UNIVERSAL MACHINERY | 01/06/2016 | 28600 | 13000 | Shanghai | Long Beach, California |
| ASSY LOG SPLITTER ASSY LOG SPLITTER | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/10/2016 | 83776 | 38080 | Shanghai | Los Angeles, California |
| ASSY LOG SPLITTER ASSY LOG SPLITTER ASSY LO( | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MACHINERY | 05/17/2016 | 125664 | 57120 | Shanghai | Oakland, California |
| PLUSH TOY | TRACTOR SUPPLY COI | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/19/2016 | 42042 | 19110 | Shanghai | Long Beach, California |
| ARTICLES OF IRON OR STEEL NESOI WLDMT CL PO: | TRACTOR SUPPLY COI | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/22/2016 | 42042 | 19110 | Shanghai | Tacoma, Washington |
| WLDMT CL POST DRIVER ROUND 19110 KGS 23.96 C | TRACTOR SUPPLY COI | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/25/2016 | 42042 | 19110 | Shanghai | Savannah, Georgia |

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 Page 143 of 153

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WLDMT CL POST DRIVER ROUND 19500 KGS 24.45 C | TRACTOR SUPPLY COM | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/29/2016 | 42900 | 19500 | Shanghai | Baltimore, Maryland |
| WLDMT CL POST DRIVER ROUND | TRACTOR SUPPLY COM | CHANGZHOU INTER UNIVERSAL MACHINERY | 08/31/2016 | 42042 | 19110 | Shanghai | Savannah, Georgia |
| ASSY TANK SMALL ASSY TANK SMALL ASSY TANK S | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 11/13/2016 | 85760 | 38982 | Shanghai | Long Beach, California |
| AGRICULTURAL MACHINERY PARTS AGRICULTURAL | FRICTIONLESS WORLD | CHANGZHOU INTER UNIVERSAL MACHINERY | 12/11/2016 | 85173 | 38715 | Shanghai | Long Beach, California |
| MODEL 100 POST HOLE DIGGERS 3 POINT LOG SPLI | SMA-SOUTHERM MARK | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/09/2018 | 28774 | 13079 | Shanghai | Tacoma, Washington |
| MODEL 100 POST HOLE DIGGERS 3 POINT LOG SPLI | SMA-CORSICANA | CHANGZHOU INTER UNIVERSAL MACHINERY | 02/16/2018 | 28142 | 12792 | Shanghai | Long Beach, California |
| HITCH PIN, RETAIL HD AUGER REPLACEMENT TIP, C | FRICTIONLESS LLC | CHANGZHOU INTER UNIVERSAL MAC | 05/31/2018 | 32762 | 14892 | Shanghai | Long Beach, California |
| HITCH PIN,RETAIL HD AUGER REPLACEMENT TIP,CO | SMA DC-JONESBORO | CHANGZHOU INTER UNIVERSAL | 07/28/2018 | 36522 | 16601 | Shanghai | Savannah, Georgia |
| BRIGGS LOG SPLITTER | MATTOON RURAL KING | CHANGZHOU INTER UNIVERSAL | 10/23/2018 | 41334 | 18788 | Shanghai | New York/Newark Area, N |
| BRIGGS LOG SPLITTER | MATTOON RURAL KING | CHANGZHOU INTER UNIVERSAL | 10/24/2018 | 38584 | 17538 | Shanghai | New York/Newark Area, N |
| LOG SPLITTER | TSC STORES L.P. | CHANGZHOU INTER UNIVERSAL | 11/18/2018 | 41334 | 18788 | Shanghai | Seattle, Washington |

Case:19-01282-MER Doc#:1-2 Filed:10/09/19 Entered:10/09/19 13:29:05 153

**From:** Allen Yin <yingelei@sina.com>
**Sent:** Sunday, September 29, 2013 2:50 AM EDT
**To:** Dan Banjo <dbanjo@frictionlessworld.com>; 07frankli <07frankli@163.com>
**Subject:** 回复: FW: Visit from Great Plains contact to confirm Mr Li is supplying Frictionless with Great Plains parts

Dan
I hope this mail finds you well
We discussed with Mr.Lee and we get plan as below.
1、Only 3 months left this year and we have less order from Blount, which means it will not affect a lot if we change the agreement. If we do something now , there will be plenty time for Blount to anti-solve.
2、what we will do is to make them a sudden notice before Christmas that we will rise price upon all the products(as mentioned when your visit, please offer us increasing suggestion for our reference) .
3、We will held the initiative, clients belong to Blount now will find back to us. So please remain energy continuing to sale our products and ready to be found when they need.
4、what custom most need now is a stable supply and as well as stable price, so it is possible that they insist business with Blount now and makes us sad.
**It's a internal plan, please don't use it for sales guy.**
Hope you can understand what we are doing and do remember we are on the same boat.
By the way , please offer us the formal accounting report offered by finance department and Mr.Lee is going to solve the issue of lack money.
Thanks for your hard work and good luck

---

Allen Yin

---

**发件人：** Dan Banjo
**发送时间：** 2013-09-28 08:23
**收件人：** Allen; Frank
**主题：** FW: Visit from Great Plains contact to confirm Mr Li is supplying Frictionless with Great Plains parts

Guys

I need to talk to Mr. Li. Our sales guy, Paul, was at this customer today. They were the number 1 OEM account for SpeeCo. It turns out that the SpeeCo sales guy was there yesterday. He told this customer that Mr Li has an exclusive agreement with SpeeCo and that WE can not be being supplied by CIU. Basically they are lying to customers about Mr Li owning Frictionless and our ability to supply. I really think Mr Li needs to terminate the agreement with SpeeCo immediately otherwise we are going to keep running into this situation. They are calling the agreement that Mr Li signed an exclusive agreement. It is the SAME thing that happened with TSC. I really feel the longer we wait the harder it is going to be in the future.

If Mr Li wants I can pursue legal action against them. Let me know your thoughts.

Thanks
Dan

---

**From:** Dan Banjo
**Sent:** Friday, September 27, 2013 11:20 AM
**To:** bob.warkentin@greatplainsmfg.com
**Cc:** Allen; Frank; pemig@frictionlessworld.com
**Subject:** Visit from Great Plains contact to confirm Mr Li is supplying Frictionless with Great Plains parts
**Importance:** High

Bob,

Per our discussion today I am forwarding you the address of CIU. As we discussed Mr. Li makes most all of the parts for Great Plains and sells them to SpeeCo. Mr. Li has created the company Frictionless in the USA to sell these parts directly to customers. Below is a list of parts that CIU has made or is making for Great Plains.

| | | | |
|---|---|---|---|
| CHANGZHOU INTER UNIVERSAL | S57134700 | GP #149-580D | OEM, ARM PIVOT SHAFT |
| CHANGZHOU INTER UNIVERSAL | S57039700 | GP #805-349C | OEM, 1-1/4 X 7 IN GP805-349 PIN |
| CHANGZHOU INTER UNIVERSAL | S57031600 | GP #800-322C | OEM, GPM800-322C STUD BOLT |
| CHANGZHOU INTER UNIVERSAL | S57119200 | GP #805-378C | OEM, PIN HINGE |
| CHANGZHOU INTER UNIVERSAL | S57047800 | GP #805-350C | OEM, 1 X 9-1/2 IN PIN |
| CHANGZHOU INTER UNIVERSAL | S57070600 | GP #805-168C | OEM, GPM HITCH PIN |
| CHANGZHOU INTER UNIVERSAL | S57118500 | GP #198-295D | OEM, REAR OPENER INNER TUBE |

Exhibit 36

| | | | |
|---|---|---|---|
| CHANGZHOU INTER UNIVERSAL | S57036900 | GP #198-137D | OEM, GPM BUSHING |
| CHANGZHOU INTER UNIVERSAL | S57037100 | GP #142-198D | OEM, GPM BUSHING |
| CHANGZHOU INTER UNIVERSAL | S57112200 | GP #198-290D | OEM, DEPTH WHEEL ECC BUSHING |
| CHANGZHOU INTER UNIVERSAL | S57134500 | GP #198-291D | OEM, WHL OUTER BUSHING |
| CHANGZHOU INTER UNIVERSAL | S57134800 | GP #405-031D | OEM, 1/4 SPACER 5/8 IN DIA |
| CHANGZHOU INTER UNIVERSAL | S57187900 | GP #199-114D | OEM, PRESS WHEEL |
| CHANGZHOU INTER UNIVERSAL | S57142600 | GP #404-174D | OEM, ECCENTRIC BUSHING |
| CHANGZHOU INTER UNIVERSAL | S57037400 | GP# 198-257D | OEM, GPM BUSHING |
| CHANGZHOU INTER UNIVERSAL | S57020600 | GP# 805-331C | OEM, COULTER SPRING GUIDE |
| CHANGZHOU INTER UNIVERSAL | S57134600 | GP# 149-583D | OEM, ARM SPRING ROD STOB |
| CHANGZHOU INTER UNIVERSAL | S58015700 | GP# 586-026S | OEM, TURNBUCKLE ASSY |
| CHANGZHOU INTER UNIVERSAL | S58016200 | GP# 580-007S | OEM, WHEEL ARM TURNBUCKLE |
| CHANGZHOU INTER UNIVERSAL | S56021900 | ? | OEM, 1/2 THD X 8-1/2 IN HARROW SPIKE FD |
| CHANGZHOU INTER UNIVERSAL | S56024700 | ? | OEM, 3/4 X 11 SPLIKE W/ HEAD |
| CHANGZHOU INTER UNIVERSAL | S56025100 | ? | OEM, 3/4 X 14 IN SPIKE W/ HEAD |
| CHANGZHOU INTER UNIVERSAL | S57020500 | GP# 802-718C | OEM, COULTER SPRING ROD |
| CHANGZHOU INTER UNIVERSAL | S57036100 | GP# 802-768C | OEM, THREADED EYE BOLT |
| CHANGZHOU INTER UNIVERSAL | S57013200 | GP# 123-445D | OEM, SM SEEDS TUBE |

The address of CIU is:
CIU address: CHANGZHOU INTER UNIVERSAL,MACH/EQUIP CO.;LTD
ZHAIQIAO TOWN,WUJIN,CHANGZHOU,JIANGSU 213177,
P.R.CHINA

公司名称：常州市英特通用机械设备有限公司
公司地址：江苏省常州市武进区前黄镇寨桥工业集中区，邮编：213177
联系人：殷格磊(Allen Yin)

The main contact is Allen Yin. He is the son-in-law of Mr. Li. His phone number is: +86 138-6120-6297

I have also copied Mr Li’s son. His name is Frank. His number is +86 139-1507-0118

Both Allen and Frank can meet your contact Benard and show him the factory. They will be able to confirm that Mr. Li owns Frictionless and is the majority owner and the Chairman of Frictionless.

Allen and Frank will be able to confirm that Great Plains and Landpride parts are indeed manufactured by Mr. Li’s factory and that his intent is to sell them to you via Frictionless in the USA. I hope that this information helps you make a decision to purchase future products from us.

Regards,

**Daniel Banjo**
President

720-287-5182 ext 101 (Office)
248-842-6601 (Cell)
720-287-5172 (Fax)

dbanjo@frictionlessworld.com
www.frictionlessworld.com

–
–



*The message you received and any attachments (the "Message") may contain confidential, proprietary or privileged information and are only for their intended recipient(s). Do not, directly or indirectly, use, disseminate, distribute, alter or copy the Message. If you have received this message in error, you are prohibited from copying, distributing, or using the information. Please contact the sender immediately by return e-mail and delete the original message from your system.*

**From:** 李 明苏 <limingsu@live.cn>
**Sent:** Monday, December 03, 2018 11:00 PM EST
**To:** Dan Banjo <dbanjo@frictionlessworld.com>
**Subject:** Re: Financial issues

Hi Dan,
We'll wait for your response then. Thanks for the help.
Bests,
Serena

发自我的 iPhone

在 2018年12月4日，11:06，Dan Banjo <dbanjo@frictionlessworld.com> 写道：

> Serena/Frank,
>
> I hope you had a good trip to the USA and appreciate you coming to visit. Let me discuss our options in the USA to help with financing with Rob and the Bank here. Please give me a week or two before you make any changes on your financial commitments in China.
>
> I am positive that we will have a good solution.
>
> Thanks!
> Dan
>
> ---
>
> **From:** 李 明苏 <Limingsu@live.cn>
> **Sent:** Monday, December 3, 2018 6:46 PM
> **To:** Dan Banjo <dbanjo@frictionlessworld.com>
> **Cc:** Rob Germundson <RGermundson@frictionlessworld.com>; 07frankli@163.com
> **Subject:** Financial issues
>
> Hi Dan,
>
> Frank and I have presented all the issues that we discussed to Mr. Li. As you know, the bank is currently inspecting CIU's operation and they require more detailed future orders that would happen in Frictionless in the coming year. Eventually, the bank will release the loans this year. But, they will decrease at least $1million dollars next year. Seriously, CIU is experiencing some financial problems. Mr.Li wants to know is it possible that you could loan more money in US and Frictionless will pay the interests. Also, could you extend the loan period of $400,000 that just happened? So CIU will have more cash coming this month. We really don't have sufficient money to pay all the suppliers.
>
> Seperately, by considering all the financial issues, Mr. Li will probabily look for another investor to invest money for CIU. However, they require an auditing for Frictionless to make sure the company is successfully operated. I'm still dealing with this and if they really want to do so, I will look for an auditor to solve the issue and this may happen in January.
>
> Bests,
> Serena

Exhibit
37

**From:** 李 明苏 <limingsu@live.cn>
**Sent:** Wednesday, February 20, 2019 3:06 AM EST
**To:** Rob Germundson <RGermundson@frictionlessworld.com>
**CC:** Daniel Black <Dblack@frictionlessworld.com>; Dan Banjo <dbanjo@frictionlessworld.com>
**Subject:** 答复: Wire payment today and request to meet on business plan

Hi Rob,

Again, I'm sorry for the sudden change of the schedules. Both of my kids got sick and went to hospitals, but they should be fine. I'll let you know once I reschedule my visiting plans.

Mr. Li will be interested in the plan for the next five years. As we know, the agreement is used to for bank loans, but there's nothing mentioned how much money we are actually get. If this is the case, the agreement does not mean anything to us. We would like to know more about the process.

Also, I'm still waiting for the weekly cash flow statements from banks, but I received nothing until now. As you promised, I was supposed to have the one in end of January. Please send me the bank statements ASAP.

Thank you,
Serena

---

发件人: Rob Germundson <RGermundson@frictionlessworld.com>
发送**时间**: 2019年2月20日 9:21
收件人: Serena Li
抄送: Daniel Black; Dan Banjo
主题: Wire payment today and request to meet on business plan

Hi Serena, I am sorry to hear about your kids. We are thinking about you and Frank and hope everything turns out well for your kids.

A wire payment was sent today for $250,000.00. There was a bank holiday on Monday which is why its one day later. Daniel will follow-up with a communication of the invoices paid.

I saw your email today about additional funding via Dan's credit line. We are talking to the bank and will meet again soon. In December, they acknowledged our initial plan and gave general agreement to move forward with you to work to modify the operating agreement. As we discussed, a line of credit extension is predicated on the bank's ability to secure Frictionless inventory as collateral. With your help, the agreement is modified. The bank has now requested a five year business plan. This plan is being developed to review with them. I expect they will come to a decision in April. The reason is they review Dan's financial position annually in April and advise him regarding a line of credit for the coming year.

I sincerely would like to give you better news than this. Please understand it takes time to lay groundwork and get credit lines in place. This is why we started bank conversations in November and December. At present, we are following the Alternate Plan you approved in January. Additionally, we continue to update forecasts and cash positions. As in 2018, if forecasted revenue is up and more cash comes in, it will be sent to CIU.

| Current Plan | | | | Alternative Plan | | | |
|---|---|---|---|---|---|---|---|
| **January Payment Plan** | | | | **January Payment Plan** | | | |
| January 7th | $ | 200,000 | paid | January 7th | $ | 200,000 | |
| January 14th | $ | 400,000 | paid | January 14th | $ | 400,000 | |
| January 21st | $ | 850,000 | Dan $600k advance | January 21st | $ | 850,000 | |
| January 28th | $ | 400,000 | on track to pay | January 28th | $ | 400,000 | |
| ADDT'L PMT | $ | 700,000 | Dan $700K advance | ADDT'L PMT | $ | 1,000,000 | $300K Paid back in February |
| **January Plan** | **$** | **2,550,000** | | **January Plan** | **$** | **2,850,000** | |
| **February Payment Plan** | | | | **February Payment Plan** | | | |
| February 4th | $ | 250,000 | | February 4th | $ | - | |
| February 11th | $ | 300,000 | | February 11th | $ | 250,000 | |
| February 18th | $ | 250,000 | | February 18th | $ | 250,000 | |
| February 25th | $ | 200,000 | | February 25th | $ | 200,000 | |
| **February Plan** | **$** | **1,000,000** | | **February Plan** | **$** | **700,000** | |
| **March Payment Plan** | | | | **March Payment Plan** | | | |
| March 4th | $ | 100,000 | | March 4th | $ | 100,000 | |
| March 11th | $ | 100,000 | | March 11th | $ | 100,000 | |
| March 18th | $ | 150,000 | | March 18th | $ | 150,000 | |
| March 25th | $ | 100,000 | | March 25th | $ | 100,000 | |
| **March Plan** | **$** | **450,000** | | **March Plan** | **$** | **450,000** | |
| **April Forecast*** | **$** | **450,000** | | **April Forecast*** | **$** | **450,000** | |
| **May Forecast*** | **$** | **1,000,000** | | **May Forecast*** | **$** | **1,000,000** | |
| **June Forecast*** | **$** | **2,000,000** | | **June Forecast*** | **$** | **2,000,000** | |

*Weekly forecast not firm at this time

Looking ahead, we still want to review with you 2019 through 2023 to gain your insight and agreement. It will

Exhibit 38

Frictionless profitability, significantly improve the aging of accounts payable due CIU, and address outstanding debt. Please let Dan, Daniel, and myself soon when you will be able to review with us. If possible, we would like to see you in person here.

Rob

**From:** 李 明苏 <Limingsu@live.cn>
**Sent:** Tuesday, February 19, 2019 2:14 AM EST
**To:** Dan Banjo <dbanjo@frictionlessworld.com>
**CC:** Rob Germundson <RGermundson@frictionlessworld.com>; Daniel Black <Dblack@frictionlessworld.com>;
07frankli@163.com <07frankli@163.com>
**Subject:** Purpose for visiting

Hi Dan,

Rob was asking me what need to be prepared for my visit. I'm so sorry for the delay. It's serious kids' health problems here.

Mr. Li had a meeting with me and Frank these days. It's still about the payments. CIU need to pay $1.3 million in February just for the Kohler engines and need to pay other suppliers as well. We are not having enough cash flows based on the current payment plan. How much money can we actually loan from US bank and has the process started? CIU is contacting with local banks as well trying to keep our loans stable. Once the loans in US bank finished, could you send us the official bank statement, so that we could show to our banks as well.

Thank you,
Serena

Exhibit
39

**From:** JUN LI <07frankli@163.com>
**Sent:** Wednesday, February 20, 2019 11:58 PM EST
**To:** 李 明苏 <limingsu@live.cn>
**CC:** Dan Banjo <dbanjo@frictionlessworld.com>
**Subject:** 回复：PO Updates - 2/20/2019
**Attachment(s):** "image001.jpg"

Hi Dan,

Very exciting to heard that good news. As Serena said the problem right now is the cash flows. CIU also prepare to upgrade our assembling line for the future and need hire more employees. That will cost a lot. The other big issue is the price reduce. You said the cost were very low to get the business. How's the price right now? Then we can see the gap of our benifit.

Thanks,

Frank

**JUN LI**

邮箱：07frankli@163.com

签名由 网易邮箱大师 定制

在2019年02月21日 12:39，李 明苏 写道：

Hi Dan,

These are good news for us. The biggest concen for CIU is not the capability of production, it's the cash flows. If we could have more cash flows coming in, we could hire more people to implement the orders. If not, we are even tight for paying the vendors. Based on current payment plan in 2019, CIU is unable to pay the engines during February to April for current orders. You really need to solve this issue for us. We're also trying to find methods to release the cash flow pressure, but the investors are gaining limited information from Frictionless, which may result failure. I do not understand why Rob is not providing their full documents.

Best,
Serena

---

**发件人:** Dan Banjo <dbanjo@frictionlessworld.com>
**发送时间:** 2019年2月21日 10:36
**收件人:** 李 明苏; Frank
**主题:** FW: PO Updates - 2/20/2019

Frank / Serena,

Just got back from Lowes. Good news is that they are going to double or triple their chippers this year. They have agreed to a 30 ton and 35 ton log splitter line up. Volume for the year total for splitters for them should be around 12,000 pieces, plus/minus 2,000.

It looks like we have the Menards business which will be confirmed next week. That is another 3,000 log splitters…..maybe more.

Bad news is the costs were very low to win the business but we are in good shape from a customer perspective vs our competition. We would not have been able to win the business without CIU's support.

**MY CONCERN is** that we would be looking at around **85,000** engine driven products from CIU this year. I fear that maybe we are going to go beyond the capacity at CIU. We should talk about this because the worst thing we can do is sell something and then have to tell the customers we can not deliver. Lets discuss if you think this is an issue and if we should look to move some items elsewhere.

In the next 3-4 weeks we will have a very firm forecast. I had asked Hampton to give you the preliminary forecast and timing today just so you are able to start looking at the planning as thing firm up.

2019 will be a decent year, and we are now really set up for a great 2020. Because the business we won this part of the calendar year. Next year will be stronger.

Next week I am at Costco and Amazon.

Exhibit 40

Hope the kids feel better!!!!

Thank you
Dan

---

**From:** Hampton Smith <hsmith@frictionlessworld.com>
**Sent:** Wednesday, February 20, 2019 5:30 PM
**To:** janicejia1983 <janicejia1983@163.com>; Frank - CIU <07frankli@163.com>
**Cc:** Dan Banjo <dbanjo@frictionlessworld.com>; Brandon Raso <BRaso@frictionlessworld.com>
**Subject:** PO Updates - 2/20/2019

Hi Janice/Frank – here is the updated product forecast and PO update requests.

"2019_CIU FLOW PLAN" has the PO's we need shipping dates on are highlighted in yellow. Please add notes like last time.
Most important PO's:
- Logsplitters – 30T Lowes & 27T BD we have been talking about
- Roughcut decks
- Canadian Tire PO's for 2/20/2019 – did these ship? Need to know tomorrow, customer asked today
- 9IN Augers ( POS 4003327, 4003491)
- 4003491 & 4003599 for customer SMA
- 4003322 for customer Behlen

"2019_CIU SEASON PLAN" is the most current forecast. Please review in detail – there are some new customer items we have almost finalized, with very large volumes, that are highlighted in yellow. The annual forecast for all items with engines has become very large, we need to discuss.
Remember, the quantities here are when they should ship from CIU.

Let me know when a good time is for us to talk on Skype – orders are still coming in very fast.

**Hampton Smith**
**VP, Operations**
720-287-5182 ext 103      (Office)
678-918-0792                   (Cell)
720-287-5172                   (Fax)

hsmith@frictionlessworld.com
www.frictionlessworld.com



*The message you received and any attachments (the "Message") may contain confidential, proprietary or privileged information and are only for their intended recipient(s). Do not, directly or indirectly, use, disseminate, distribute, alter or copy the Message. If you have received this message in error, you are prohibited from copying, distributing, or using the information. Please contact the sender immediately by return e-mail and delete the original message from your system.*