**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FRICTIONLESS WORLD, LLC | ) | Case No. 19-18459 MER |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| FRICTIONLESS WORLD LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 19-01282 MER |
| | ) | |
| FRICTIONLESS LLC, CHANGZHOU | ) | |
| INTER UNIVERSAL MACHINE & | ) | |
| EQUIPMENT CO., LTD, LI ZHIXIANG, | ) | |
| CHANGZHOU ZHONG LIAN | ) | |
| INVESTMENT CO. LTD., SERENA LI, | ) | |
| AND FRANK LI, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**TEMPORARY RESTRAINING ORDER**
_____

THIS MATTER having come before the Court on the Verified Motion for Temporary Restraining Order (the "Motion") filed by Frictionless World, LLC's ("FW") and the Court, being duly advised in the premises, hereby

FINDS, that the above-captioned Defendants received adequate notice of the Motion.  The Court

FURTHER FINDS, pursuant to Rule 65(b), made applicable to this proceeding by Fed. R. Bankr. P. 7065, that it clearly appears from specific facts shown by the Motion that immediate and irreparable injury, loss, or damage will result to FW before ZL Investment can be heard in opposition to the Motion.

Based upon these findings, the Court GRANTS FW's Motion.  The Court therefore

ORDERS that a Temporary Restraining Order is entered against the above-captioned Defendants and their respective attorneys, officers, agents, servants, employees, and any all

persons in active concert or participation with them, to immediately seek an abeyance in the arbitration action pending before the American Arbitration Association, case number 01-19-0001-174 (the "Arbitration Action"), and to cease prosecution of the Arbitration Action.

This Temporary Restraining Order is entered at 4:00 p.m. on October 11, 2019 and shall expire by its terms within fourteen (14) days after entry, unless within the time so fixed this Order, for good cause shown, is extended for a like period or unless the above-captioned Defendants consent that it may be extended for a longer period.  The Court

FURTHER ORDERS a hearing on FW's Motion for Preliminary Injunction is set for October 22, 2019 at 9:30 a.m. in Courtroom C.   Any responsive pleadings shall be filed by October 18, 2019.

Dated this 11th day of October, 2019.

BY THE COURT:

Hon. Michael E. Romero
Chief United States Bankruptcy Judge