# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 19-18459 MER |
| | ) | |
| Frictionless World, LLC | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Frictionless World, LLC, | ) | |
| | ) | Adversary Proceeding No. 19-01282 MER |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Frictionless, LLC; Changzhou Inter Universal | ) | |
| Machine & Equipment Co., Ltd.; Li Zhixiang; | ) | |
| Changzhou Zhong Lian Investment Co., Ltd.; | ) | |
| Serena Li; and Frank Li, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND JOINT MOTION OF DEBTOR AND
## ARBITRATION PARTICIPANT DEFENDANTS
## REGARDING SCHEDULING

Debtor and Plaintiff Frictionless World, LLC ("Debtor"), and Defendants Frictionless, LLC; Changzhou Inter Universal Machine & Equipment Co., Ltd.; Li Zhixiang; and Changzhou Zhong Lian Investment Co., Ltd. (collectively, the "Arbitration Participant Defendants" and together with Debtor, the "Parties"), by and through their respective undersigned attorneys, hereby stipulate and jointly move the Court for entry of an Order establishing certain scheduling matters regarding the above-captioned Chapter 11 case involving the Debtor and the above-captioned adversary proceeding. In support of their Stipulation and Joint Motion, the Parties respectfully state as follows:

Active/50783932.5

- 2 -

1. The Debtor filed its above-captioned bankruptcy case (the "Case") under Chapter 11 of the Bankruptcy Code on September 30, 2019. Debtor continues to operate its business as a debtor-in-possession.

2. Debtor initiated the above-captioned adversary proceeding (the "Adversary Proceeding") by filing its Complaint (the "Complaint") for Turnover of Property of the Estate, Claim Disallowance, Avoidance, Damages, and Injunctive Relief on October 9, 2019, naming as defendants the six defendants (the "Defendants") listed in the above caption.

3. Debtor and the Arbitration Participant Defendants are parties to that certain arbitration proceeding, commenced April 15, 2019, captioned *Changzhou Zhong Lian Investment Co. Ltd. (a/k/a Z.L. Investment), Claimant v. Daniel Banjo and Frictionless World, LLC, Respondents v. Li Zhixiang, Z.L. Investment, and Changzhou Inter Universal Machine and Equipment Co., Ltd.*, *Counterclaim and Third-Party Respondents*, American Arbitration Association Case No. 01-19-0001-1748 (the "Arbitration"). Defendants Serena Li and Frank Li are not named as parties to the Arbitration.

4. On October 11, 2019, this Court entered a Temporary Restraining Order (the "TRO") against the Defendants, which ordered all Defendants, among other things, to immediately seek an abeyance in the Arbitration and to cease prosecution of the Arbitration. Defendants have complied with the TRO and no further action has occurred in the Arbitration following entry and service of the TRO.

5. In the TRO, the Court scheduled a hearing on Debtor's Motion for Preliminary Injunction (the "PI Motion") for October 22, 2019 at 9:30 a.m. in Courtroom C, with any responsive pleadings to be filed by October 18, 2019.

6. The Arbitration Participant Defendants will be represented in the Case and the Adversary Proceeding by the firms of Sherman & Howard L.L.C. and K&L Gates LLP. Defendants Serena Li and Frank Li are not yet represented by counsel in the Adversary Proceeding.

7. The Arbitration Participant Defendants intend to file (a) in the Case, a Motion for Relief from the Automatic Stay (the "Stay Relief Motion") to allow them to continue prosecuting the Arbitration and (b) in the Adversary Proceeding, (i) an opposition to the PI Motion, (ii) a Motion to Compel Arbitration of the claims set forth in the Complaint (the "Motion to Compel Arbitration"), and (iii) a Motion to Stay the Adversary Proceeding (the "Motion to Stay") pending the outcome of the Arbitration (with (i)-(iii) referred to collectively as the "Arbitration Motions").

8. The Parties have discussed among themselves and with the Court's staff an efficient schedule for briefing and conducting hearings on the PI Motion, the Stay Relief Motion, and the Arbitration Motions, and other resulting procedural and scheduling matters. Accordingly, the Parties stipulate and jointly move the Court for entry of an order, in the form filed herewith, as follows:

    a. The hearing scheduled for October 22, 2019 shall be treated as a status conference. Attorneys from K&L Gates LLP are authorized to participate in the status conference telephonically on behalf of the Arbitration Participant Defendants.

    b. On or before November 1, 2019, the Arbitration Participant Defendants shall file in the Case, the Stay Relief Motion, and in the Adversary Proceeding, the Arbitration Motions. The Arbitration Participant Defendants shall provide notice of the Stay Relief Motion

to all parties in interest entitled to notice under the Bankruptcy Rules, with a response deadline of November 22, 2019.

  c. On or before November 22, 2019, the Debtor shall file in the Case, any opposition to the Stay Relief Motion, and in the Adversary Proceeding, any reply in support of the PI Motion and any opposition to the other two Arbitration Motions.

  d. On or before December 2, 2019, the Arbitration Participant Defendants shall file in the Case, any reply in support of the Stay Relief Motion, and in the Adversary Proceeding, any replies in support of the Motion to Compel Arbitration and the Motion to Stay.

  e. On or before December 4, 2019, each of the Parties shall file with the Court and serve on the other Parties a list of all witnesses and exhibits that each of the Parties may offer at the combined hearing on the PI Motion, the Stay Motion, and the Arbitration Motions, and copies of all exhibits shall be delivered to counsel for the respective Parties.

  f. The Court shall conduct a combined hearing (the "Hearing") on the PI Motion, the Stay Relief Motion (as a preliminary hearing under L.B.R. 4001-1(c)), and all Arbitration Motions on December 6, 2019 at 9:30 a.m., in Courtroom C.

  g. Pending further order of the Court, the TRO shall remain in effect as to the Arbitration Participant Defendants.

9. In addition to the motions contemplated by this Stipulation and Joint Motion, the Parties retain all rights to file any motions they deem appropriate in either the Case or the Adversary Proceeding.

10. The Arbitration Participant Defendants assert that nothing in this Stipulation and Joint Motion shall constitute a consent or waiver by the Arbitration Participant Defendants as to the jurisdiction of this or any other Court, the authority or ability of this Court to hear or decide

any of the claims set forth in the Complaint, or any other matter except as expressly set forth herein, and all rights of the Arbitration Participant Defendants regarding any claims or defenses are expressly reserved. The Debtor disputes the Arbitration Participant Defendants' assertions regarding jurisdiction. For the avoidance of doubt, all Parties reserve all rights except as expressly set forth herein.

WHEREFORE, the Parties respectfully request that the Court enter an Order in the form attached, setting forth the agreed schedule set forth above.

DATED: October 18, 2019.

*s/ David V. Wadsworth*
David V. Wadsworth
Aaron J. Conrardy
Wadsworth Garber Warner Conrardy, P.C.
2580 West Main Street, Suite 200
Littleton, Colorado 80120
Tel: 303-296-1999
Fax: 303-296-7600
dwadsworth@wgwc-law.com
aconrardy@wgwc-law.com

Thomas P. Howard
Olayinka L. Hamza
Thomas P. Howard, LLC
842 W. South Boulder Road, Suite 100
Louisville, Colorado 80027
Tel: 303-665-9845
Fax: 303-665-9847
thoward@thowardlaw.com
ohamza@thowardlaw.com

*Attorneys for Debtor Frictionless World, LLC*

*s/ Eric E. Johnson*
Peter A. Cal
Eric E. Johnson
Sherman & Howard L.L.C.
633 17th Street, Suite 3000
Denver. CO 80202
Tel: 303-297-2900
Fax: 303-298-0940
pcal@shermanhoward.com
ejohnson@shermanhoward.com

*s/ Brian D. Koosed*
Brian D. Koosed
Robert T. Honeywell
K&L Gates LLP
1601 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 778-9204
Facsimile: (202) 778-9100
E-mail: Brian.Koosed@klgates.com
     Robert.Honeywell@klgates.com

*Attorneys for Defendants Frictionless, LLC; Changzhou Inter Universal Machine & Equipment Co., Ltd.; Li Zhixiang; and Changzhou Zhong Lian Investment Co., Ltd.*

- 5 -

- 6 -

## CERTIFICATE OF SERVICE

      I hereby certify that on October 18, 2019, I electronically filed the foregoing **STIPULATION AND JOINT MOTION OF DEBTOR AND ARBITRATION PARTICIPANT DEFENDANTS REGARDING SCHEDULING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Aaron J. Conrardy, Esq.  
David Wadsworth, Esq.  
David Warner, Esq.  
aconrardy@wgwc-law.com  
dwadsworth@wgwc-law.com  
dwarner@wgwc-law.com  

Thomas P. Howard  
Olayinka L. Hamza  
thoward@thowardlaw.com  
ohamza@thowardlaw.com  

Kevin S. Neiman, Esq.  
kevin@ksnpc.com  

                                              *s/ Roberta Neal*