# Exhibit 26

# Huebner Arbitration

Los Angeles    Hong Kong    London    New York

Home    Experience    Lectures & Publications    Contact



DHuebner@HuebnerArbitration.com

+1-213-620-1133 (U.S.)
+ 44-207-583-9808 (London)
+ 852-5808-2493 (Hong Kong)

   

## Experience

### Arbitration

Amb. Huebner has handled more than 200 arbitrations in three dozen jurisdictions around the world as arbitrator or advocate, under the rules of more than a dozen arbitral institutions.

Although his matters have involved a wide range of industry sectors and legal issues, he has particular expertise in technology (including semiconductor, hardware, software, materials, AI, haptics, telecom, and gaming), life sciences (including pharma, biotech, clinical trials, health tech, medical devices, healthcare), entertainment/media, investment (including investor-state under ICSID, UNCITRAL, and ICC rules), energy, and infrastructure disputes.

He has been named to the Silicon Valley Arbitration and Mediation Center's "List of the World's Leading Technology Neutrals" and to the inaugural Sino-US Joint Panel of Arbitrators established by Shenzhen Court of International Arbitration and JAMS to resolve cross-border technology and other IP disputes.

He has been included on the panels or lists of arbitrators of the major international and regional arbitration institutions, including the International Centre for the Settlement of Investment Disputes (ICSID), JAMS, International Centre for Dispute Resolution (ICDR), World Intellectual Property Organization (WIPO), Hong Kong International Arbitration Centre (HKIAC), China International Economic and Trade Arbitration Commission (CIETAC), Shanghai International Arbitration Centre

(SHIAC), Beijing International Arbitration Centre (BIAC), Asian International Arbitration Centre (AIAC, formerly KLRCA), Korean Commercial Arbitration Board (KCAB), London Court of International Arbitration (LCIA), Silicon Valley Arbitration and Mediation Center (SVAMC), American Arbitration Association (AAA), and New Zealand International Arbitration Centre (NZIAC).

Ambassador Huebner has served on numerous arbitration and other professional boards and is the current chair of the Chartered Institute of Arbitrators' North America Branch.

### Education & Qualifications

Amb. Huebner is a 1982 graduate of Princeton University (summa cum laude), where he majored at the Woodrow Wilson School of Public and International Affairs, and a 1986 graduate of Yale Law School, where he was editor-in-chief of the Yale Journal on Regulation.

He is a member of the Bars of California, New York, and the District of Columbia, a licensed solicitor in England & Wales, a Fellow of the College of Commercial Arbitrators, and a Distinguished Fellow of the Auckland University of Technology Faculty of Business and Law. The Chartered Institute of Arbitrators has conferred on Amb. Huebner the title of Chartered Arbitrator (C.Arb), its highest qualification.

### Employment

Amb. (r.) David Huebner established his independent arbitrator practice in December 2016 and affiliated with JAMS in April 2017.

He previously worked at Arnold & Porter LLP in Los Angeles (2014-2016), Sheppard Mullin Richter & Hampton LLP in Shanghai (2006-2009), and Coudert Brothers LLP in various offices (1992-2005). He was a partner in the arbitration, intellectual property, and public international law practices of the firms. He began his career as an

associate at Irell & Manella LLP (1987-1992) handling patent and other intellectual property arbitration and litigation matters in the technology and life sciences sectors.

Over the course of his career he has been regularly listed on a variety of "best" practitioners lists in his fields of practice. Most recently he was named to "Who's Who Legal: Arbitration 2020" and to the Silicon Valley Arbitration and Mediation Center's "List of the World's Leading Technology Neutrals." The Chartered Institute of Arbitrators has designated him a Chartered Arbitrator, its highest credential.

He held a number of administrative and executive positions in his law firms, including as chairman and c.e.o. of Coudert Brothers, managing partner of Coudert's Los Angeles office, and founding managing partner of Sheppard Mullin's Shanghai office.

From 2009 to early 2014, he served as the American Ambassador to New Zealand and the Independent State of Samoa, appointed by President Barack Obama. He was widely acknowledged to be an effective and influential diplomat and received a number of awards for his dispute resolution, public engagement, and science and technology work, including the U.S. Navy's Distinguished Public Service Award, Public Affairs Asia's Gold Standard Award, and a Royal Society of New Zealand's illuminated manuscript honor. The Smithsonian Institution took certain of his papers and artifacts into its permanent collection of American history.

He has been a guest lecturer at universities in the United States, China, New Zealand, and Germany. Most recently, he taught a full-semester course in intellectual property law and policy at the University of California – Los Angeles School of Law. From 1999 to 2007 he taught full-semester courses in international arbitration, international intellectual property, and international business transactions at the University of Southern California Gould School of Law.

Amb. Huebner chaired the California Law Revision Commission under both Governors Davis and

Schwarzenegger.



# Exhibit 27

**From:** RobertsonE@adr.org
**To:** Koosed, Brian D.
**Subject:** Monthly Statement for AAA Case 01-19-0001-1748
**Date:** Tuesday, October 22, 2019 1:34:07 AM
**Attachments:** image28cb79.PNG
SummaryStatement-2019-10-22.pdf

External Sender:

Attached, please find a statement reflecting the current balance due for the above-referenced case.

These statements are automatically generated, and sent, on a monthly basis for those accounts with any balance due. To help facilitate your payment, please use the following link that will take you to our Quick Pay option. You will need the Case Number and the Pay Pin (located on the bottom left hand portion of the attached statement).

https://www.adr.org/PayOnline

Thank you and please contact us if you have any questions regarding this statement, or charges due.

 **Elizabeth Robertson, Esq.**
**Director**
International Centre for Dispute Resolution
American Arbitration Association
120 Broadway, 21st Floor
New York, NY 10271
www.adr.org
**T:** +1 212 484 3299
**F:** 877 304 8457



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.



**AMERICAN ARBITRATION ASSOCIATION**  
INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

| Statement Date |
|---|
| 22-Oct-2019 |
| **Balance Currently Due** |
| $10,350.00 |
| **Case #** |
| 01-19-0001-1748-1-ER |

# Summary Invoice/Statement

Brian D. Koosed, Esq.  
K&L Gates, LLP  
1601 K Street NW  
Washington, DC 20006-1600

Representing: Changzhou Zhong Lian Investment Co. Ltd.

Re: Changzhou Zhong Lian Investment Co. Ltd. (a/k/a Z.L. Investment)  
Vs.  
Daniel Banjo, individually;  
Frictionless World LLC  
Frictionless, LLC  
Vs.  
Li Zhixiang;  
Z.L. Investment; and  
Changzhou Inter Universal Machine & Equipment Co., Ltd.

| Statement Date | Case # | Previous Balance | Credits | New Charges | Statement Balance |
|---|---|---|---|---|---|
| 22-Oct-2019 | 01-19-0001-1748 | $10,350.00 | $0.00 | $0.00 | $10,350.00 |

| Bill Line Date | Bill Line # | Description | Amount | Credits | Balance | Due Date |
|---|---|---|---|---|---|---|
| 19-Sep-2019 | 12476676 | Opposing Party's Share of the Neutral Compensation Deposit covering the Initial 10 hours of Preliminary Matters | $9,250.00 | $9,250.00 | $0.00 | 19-Sep-2019 |
| 10-Sep-2019 | 12470864 | Final Fee | $10,350.00 | $0.00 | $10,350.00 | 10-Sep-2019 |
| 14-Aug-2019 | 12454119 | Your Share of the Tribunal Compensation Deposit covering the Initial 10 hours of Preliminary Matters | $9,250.00 | $9,250.00 | $0.00 | 28-Aug-2019 |
| 17-Apr-2019 | 12380201 | Initial Administrative Fee | $8,625.00 | $8,625.00 | $0.00 | 17-Apr-2019 |

| Statement Balance | Balance Currently Due |
|---|---|
| $10,350.00 | $10,350.00 |

**Corporate Address and Tax ID**: American Arbitration Association, 120 Broadway, 21st Floor, New York, NY 10271, EIN: 13-0429745

# Exhibit 28

| | |
|---|---|
| **From:** | Elizabeth Robertson, Esq. |
| **To:** | Koosed, Brian D.; Thomas P. Howard; Brenda O"Brien; Gehm, Lacey A.; Olayinka Hamza; Meyers, Deborah; Haddox, Kodey M.; William Groh; Scott Brenner; McCullough, Austin E.; Honeywell, Robert T. |
| **Subject:** | Changzhou Zhong Lian Investment Co. Ltd. v. Daniel Banjo, et al. -- Case 01-19-0001-1748 |
| **Date:** | Tuesday, October 08, 2019 9:17:18 AM |
| **Attachments:** | image34cfbd.PNG |

**External Sender:**

Dear Counsel,

This email is regarding Tribunal compensation deposits for this matter. As you know, the initial deposit of 10 hours of each arbitrator's time was advanced 100% by Claimant. At this time we have been instructed by the Tribunal to collect an additional deposit of $30,000, which they estimate will take us through the end of the discovery process. Please advise whether Claimant agrees that this next round of deposits will also be advanced 100% by Claimant. If Claimant does not agree, the billing allocation for the arbitrator compensation deposit will go back to 50% to Claimant and 50% to Respondents. We appreciate receiving your response by Friday, October 11, 2019. If you have any questions, please let me know. Thank you.

Best Regards,
Elizabeth

 **Elizabeth Robertson, Esq.**
**Director**
International Centre for Dispute Resolution
American Arbitration Association
120 Broadway, 21st Floor
New York, NY 10271
www.adr.org
T: +1 212 484 3299
F: 877 304 8457



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.