## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Proceeding

| February 20, 2020 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re:<br><br>FRICTIONLESS WORLD, LLC<br><br>Debtor | Case No. 19-18459 MER<br><br>Chapter 11 |

| FRICTIONLESS WORLD, LLC,<br><br>Plaintiff.<br><br>v.<br><br>FRICTIONLESS, LLC, et al.,<br><br>Defendants. | Adversary Proceeding No. 19-1282 MER |
|---|---|

Appearances:

| Debtor | Frictionless World, LLC | Counsel | David Wadsworth and Thomas Howard |
|---|---|---|---|
| Trustee | U.S. Trustee | Counsel | Alan Motes |
| Creditors | Frictionless, LLC; Changzhou Zhong Lian Investment Co., Ltd.; Li Zhixiang; and Changzhou Inter Universal Machine & Equipment Co., Ltd. | Counsel | Peter Cal, Eric Johnson, and Brian Koosed |
| Creditors | Unsecured Creditors Committee | Counsel | Risa Lynn Wolf-Smith and Stephen Packman |

Proceedings: Hearing on Sale Motion; Motion for Reconsideration and/or Amendment of Order Granting and Response to Arbitration Creditors' Motion to Hold in Abeyance the Official Committee of Unsecured Creditors' Objection to Proofs of Claim; Motion to Intervene as Plaintiff

Orders:

The Sale Motion is deemed withdrawn without prejudice. A continued hearing on the Motion for Reconsideration and/or Amendment of Order Granting and Response to Arbitration Creditors' Motion to Hold in Abeyance the Official Committee of Unsecured Creditors' Objection to Proofs of Claim and Motion to Intervene as Plaintiff will be set by separate order.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By: _____
Deputy Clerk